eFiling

**Logging into eFiling for Delaware County Court of Common Pleas Probate and Juvenile Division**

- The different divisions of the Delaware County Court of Common Pleas will have a link to eServices
- Registration is only required once for the Probate, Juvenile and General Divisions of the Court of Common Pleas
- All case types may not be available for eFiling. The decision as to which case types can be eFiled is determined by each division of the Delaware County Court of Common Pleas.

Navigate to the Courts webpage

**Probate Division**
www.co.delaware.oh.us/court/probate  Click on the eServices Link in the top tool bar
**Juvenile Division**
www.co.delaware.oh.us/court/juvenile Click on the eServices Link in the top tool bar
**General Division**
www.co.delaware.oh.us/index.php/clerk-of-courts click on the eFile link on the left side of the page

To register click on the Attorney or Public Registration link on the left side of the screen follow the prompts to request access
- If you are already registered click on the Log In link
    - Enter the letters from the challenge image then click next
    - Enter Username (your email address)
    - Enter Password
    - Click on the 'eFile' option
        - This will open the Filing Queue
- From the Filing queue the following items can be created
    - Create New Cases
    - Create Subsequent Filings
    - Save incomplete filings to be submitted at a later time

- Monitor the status of eFiled
- Monitor the status of eFiled records / pleadings
- Make corrections on eFilings that have been 'rejected' by the Court

The top portion of the Filing Queue allows the user to search based on the fields entered. Once the desired search fields are entered click on the search button. The search results will display at the bottom of the screen.



**eFile Statuses:**
- Draft – this is being worked on
- Submitted – has been submitted to the court
    - The date and time submitted will become the electronic 'Time Stamp" date and time-once, or if-the Filing is 'Accepted' by the Reviewer.
    - The Filer can continue to modify a Filing in this status; however, doing so will change the filing date/time (time stamp date) of the Filing to the new date/time that the Filing was resubmitted.
- Reviewing – has been opened by either Probate, Juvenile or General

eFiling

Division
- Rejected – has been sent back to the filler
- Resubmitted – has been resubmitted Filings that have been rejected by the clerk and resubmitted will be time-stamped with the original filed/submitted date/time if, or once, accepted by the Reviewer.
- Accepted – has been accepted by the reviewer
- Filings are now electronically 'time stamped' with the date submitted or resubmitted, the payment process is completed, filings are processed in CourtView
- Filled with the Court has been sent to CourtView
- The items displayed correspond what you have checked
- Notice :  !  will display if there is an error with the filing

**File or Submit a New Case for eFiling**

All case types may not be available for eFiling. The decision as to which case types can be eFiled is determined by each division of the Delaware County Court of Common Pleas.

- Log into the eFiling Queue
    - Click on the Create New Case Request
    - Update the Attorney Bar No. field, if desired Attorney Bar No defaults to the bar number of the eUser logged in but can be changed to any valid bar no that is registered as an eUser and exists in CourtView.
    - Enter a Reference Tag if desired – this field is used to help the filer identify the case such as an internal case or tracking number
    - Select the Case Type from the drop down list these will include cases from the General, Probate and Juvenile Divisions of the Delaware County Court of Common Pleas.
    - Select the initiation Action these will vary depending on the case type selected.

### Add the party information



- Click on the "Rep by Atty" box for the parties represented by the attorney listed at the top of the screen
- Select the party type using the drop down list
- Enter the name of the party using either Last, First, Middle Name fields or the Company field (you cannot do both).
- Select the type of Address using the drop down list – only do this if you are entering an address
- Entering the Zip code without the four digit extension. This will auto populate the City and the state
- Select the phone type only if a phone number is entered
- Enter an email address
- If the party has an alias or affiliation enter the affiliation type
- Add the second party follow the instructions above for how to add a party
- Repeat until all parties are added



### Add Documents

- Select the type of Document using the drop down list
- Enter any document notes – this field will allow you to add additional information regarding the document being filed. Information entered will be included in the docket text in the Courts record for the case if the filing is accepted by the reviewer.
- Upload the PDF attachment by clicking the 'Browse" button
- Select the appropriate document by highlighting it or double clicking the document then click open
- The PDF must be less then 3100KB

- Once the document has been attached to remove it click the delete button on the right of the document name
- To add additional documents click on the add documents button then repeat the steps above
- Please note: if there is a cost for the filing that cost will be added to the total at the bottom of the page.



## Add Proposed Orders

- Some filings require a proposed order to be attached
- Proposed orders are uploaded the same way as the documents in the Add Documents
- Proposed orders must be uploaded as a word document



## Cost Section

- If there is a convenience fee a fixed amount or a percentage of the total will be added to the amount owed
- The action code is the total of the documents fee associated with the intital action code selected
- Document fee is the amount associated to the docket codes selected in the Add Documents field

- The total will include the Convenience fee, action code and any document fees
- Paid – is the amount that has been paid on the case
- Owed is the amount due on filing of the case



### Continue with Filing
- To continue with the filing click on the continue with filing button
- This will auto assign a unique number and provide a review of the information to be submitted
- If the filing needs to be modified click on the modified link
- Click on the update cart
- This will add the item to the cart
- If you are wanting to file additional cases repeat the steps above for each additional filing
- Click submit filings to submit the filing to the Court

### Paying by Credit Card or PayPal Account
- A message will appear and you will be redirected to the secure PayPal site to enter payment information
- Either pay with the PayPal Account or with debit or credit card
- Follow the prompts – enter the PayPal Receipt for your records the payment will remain in a pending status until the Court accepts your Filing(s) which will then complete the payment with PayPal.

### Subsequent Filing

These are filings made on a case that already exists in CourtView regardless of how the case was originally initiated.

All case types may not be available for eFiling. The decision as to which case types can be eFiled is determined by each division of the Delaware County Court of Common Pleas.

**There are multiple ways to eFile a subsequent filing**

**From the my filing queue**
- Using the case number enter the number in the case number field and click the create subsequent filing button
- If the case number is unknown click on the **Create Subsequent Filing** button and use the search options to find the case.
- Select a case listed in the my filing queue – click on the + sign to the right of the previous filing

**Once the Case has been selected**

- Update the Attorney Bar No. field, if desired Attorney Bar No defaults to the bar number of the eUser logged in but can be changed to any valid bar no that is registered as an eUser and exists in CourtView.
- Enter a Reference Tag if desired – this field is used to help the filer identify the case such as an internal case or tracking number
- Select the Case Type from the drop down list these will include cases from the General, Probate and Juvenile Divisions of the Delaware County Court of Common Pleas.
- Select the initiation Action these will vary depending on the case type selected.

**Add the party information**



- Click on the "Rep by Atty" box for the parties represented by the attorney listed at the top of the screen
- Select the party type using the drop down list
- Enter the name of the party using either Last, First, Middle Name fields or the Company field (you cannot do both).
- Select the type of Address using the drop down list – only do this if you are entering an address
- Entering the Zip code without the four digit extension. This will auto populate the City and the state

7 | P a g e

- Select the phone type only if a phone number is entered
- Enter an email address
- If the party has an alias or affiliation enter the affiliation type
- Add the second party follow the instructions above for how to add a party
- Repeat until all parties are added



**Add Documents**
- Select the type of Document using the drop down list
- Enter any document notes – this field will allow you to add additional information regarding the document being filed. Information entered will be included in the docket text in the Courts record for the case if the filing is accepted by the reviewer.
- Upload the PDF attachment by clicking the 'Browse" button
- Select the appropriate document by highlighting it or double clicking the document then click open
- The PDF must be less then 3100KB
- Once the document has been attached to remove it click the delete button on the right of the document name
- To add additional documents click on the add documents button then repeat the steps above
- Please note: if there is a cost for the filing that cost will be added to the total at the bottom of the page.



### Add Proposed Orders
- Some filings require a proposed order to be attached
- Proposed orders are uploaded the same way as the documents in the Add Documents
- Proposed orders must be uploaded as a word document



### Cost Section
- If there is a convenience fee a fixed amount or a percentage of the total will be added to the amount owed
- The action code is the total of the documents fee associated with the intital action code selected
- Document fee is the amount associated to the docket codes selected in the Add Documents field
- The total will include the Convenience fee, action code and any document fees
- Paid – is the amount that has been paid on the case
- Owed is the amount due on filing of the case

### Continue with Filing
- To continue with the filing click on the continue with filing button
- This will auto assign a unique number and provide a review of the information to be submitted
- If the filing needs to be modified click on the modified link
- Click on the update cart
- This will add the item to the cart
- If you are wanting to file additional cases repeat the steps above for each

    additional filing
- Click submit filings to submit the filing to the Court

### Paying by CC or PayPal Account
- A message will appear and you will be redirected to the secure PayPal site to enter payment information
- Either pay with the PayPal Account or with debit or credit card
- Follow the prompts – enter the PayPal Receipt for your records the payment will remain in a pending status until the Court accepts your Filing(s) which will then complete the payment with PayPal.

### Rejected Filings

    Filings that are rejected by the Reviewer will change the status of the filing in your 'My Filing" queue to 'Rejected' and displays in red text for easy identification.



### To Correct 'Rejected' filings

- Select the filing to open the record
- Refer to the filing notes from the Reviewer
- Update the record
- Click on the submit filing

Note:  'Refiled/Resubmitted'  Filings will be 'time-stamped' with the original date and time that the Filing was 'Filed/Submitted' as long as there are no additional Documents were added.

eFiling

If additional documents are added to a 'Rejected' filing, and costs are associated with the additional document, the 'time-stamped' date and time will· become the 'Refiled/Resubmitted' date and time for ALL documents in the Filing and for the case file date if it's a new case request.

**To Delete the Filings from 'My Filings" Queue**
Filings are able to be deleted as long as they are in one of the following statuses.

| status·· | Filing deleted from 'My Filings' queue | Filing deleted from Reviewer queue |
|---|---|---|
| Draft | X | |
| Filed / Submitted | X | X |
| Rejected | X | X |
| Refiled / Resubmitted | X | X |
| Completed | X | X |

- Click the box on the right margin for the record you wish to delete



- Click the **'Delete'** button at the bottom of the screen
- Click the **'Yes'** button at the bottom of the screen
- A box will pop up asking: 'Are you are sure that you want to delete the selected filings?"
- If you wish to delete the filing click the yes button, if you are unsure click no.

11 | P a g e