# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MELISSA MCFADDEN,**

    **Plaintiff,**

  v.                                     **Civil Action 2:18-cv-544**
                                                **Judge Edmund A. Sargus, Jr.**
                                                **Magistrate Judge Jolson**

**CITY OF COLUMBUS,**

    **Defendant.**

## ORDER

    This matter came before the Court on a telephonic status conference on August 19, 2020. As discussed during the conference, on or before September 2, 2020, Plaintiff is **ORDERED** to obtain certifications from her two medical providers from whom she has produced records. Those providers shall certify that they have produced all of Plaintiff's medical records. Further, to the extent the parties have any disputes over Plaintiff's redactions of those records, they are **ORDERED** to meet and confer regarding the same. If the parties are unable to resolve those disputes, they are directed to contact the Court to schedule a telephonic conference.

    IT IS SO ORDERED.


Date: August 19, 2020                                          /s/ Kimberly A. Jolson
                                                                KIMBERLY A. JOLSON
                                                                UNITED STATES MAGISTRATE JUDGE