**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MELISSA MCFADDEN, | Case No. 2:18-cv-544 |
| Plaintiff, | |
| | Chief Judge Edmund A. Sargus, Jr. |
| v. | |
| | Magistrate Judge Jolson |
| CITY OF COLUMBUS, | |
| | **NOTICE OF DEPOSITION OF** |
| Defendant. | **LOU REITER** |

Please take notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant will, by and through counsel, take the deposition of Lou Reiter on Monday, November 30, 2020 at 10:00 a.m. The deposition will be conducted remotely via video conferencing initiated by the court reporter. The testimony will be recorded by stenographic means. The deposition will continue from day to day until complete. The transcript and will be used for any purpose allowed by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and/or any orders of the Court.

Respectfully submitted,

/s/ Westley M. Phillips
Susan E. Williams (0073375)
Westley M. Phillips (0077728)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
sewilliams@columbus.gov
wmphillips@columbus.gov

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 20, 2020, I electronically filed the foregoing with the Clerk of this Court by using this Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                                              /s/ Westley M. Phillips
                                              Westley M. Phillips (0077728)