# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MELISSA MCFADDEN, | Case No. 2:18-cv-544 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Kimberly A. Jolson |
| CITY OF COLUMBUS, | **DEFENDANT CITY OF COLUMBUS' MOTION FOR LEAVE TO MANUALLY FILE A FLASH DRIVE CONTAINING AUDIO EXHIBITS** |
| Defendant. | |

Defendant City of Columbus respectfully moves this Court for an order granting it leave to manually file a flash drive in support of its forthcoming dispositive motion. The drive will contain audio files that cannot be filed with the Court electronically. Plaintiff has been provided all of the referenced files during discovery but will again be served with another copy if leave to file is granted.

Respectfully submitted,

/s/ Westley M. Phillips
Susan E. Williams (0073375)—LEAD
Westley M. Phillips (0077728)
Assistant City Attorney
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
sewilliams@columbus.gov
wmphillips@columbus.gov

Attorneys for Defendant City of Columbus

**CERTIFICATE OF SERVICE**

      I hereby certify that, on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to all counsel of record in this matter:

                                    /s/ Westley M. Phillips
                                    Westley M. Phillips (0077728)