# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MELISSA MCFADDEN, | Case No. 2:18-cv-544 |
| Plaintiff, | Judge Edmund A. Sargus, Jr. |
| v. | Magistrate Judge Kimberly A. Jolson |
| CITY OF COLUMBUS, | **DEFENDANT CITY OF COLUMBUS' NOTICE OF FILING DEPOSITION** |
| Defendant. | |

## NOTICE OF FILING DEPOSITION

Defendants hereby give notice that they are filing the following deposition with the Court, together with the designated exhibits:

1. Deposition of Melissa McFadden, taken December 3, 2020, with 29 exhibits.

Respectfully submitted,

/s/ Westley M. Phillips
Susan E. Williams (0073375)—LEAD
Westley M. Phillips (0077728)
Assistant City Attorneys
CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY
77 North Front Street, Columbus, Ohio 43215
(614) 645-7385 / (614) 645-6949 (fax)
sewilliams@columbus.gov
wmphillips@columbus.gov

Attorneys for Defendant City of Columbus
*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using this Court's e-Filing System, which will send a notice of this electronic filing to all counsel of record in this matter:

/s/ Westley M. Phillips
Westley M. Phillips (0077728)