Weaver Aff. Ex.23

**Attachment 23**

THE CITY OF _____

**KIM JACOBS**
Chief of Police

*ORIGINAL*
*INVESTIGATION &*
*DEPARTMENTAL*
*CHARGES.*

*ASSIGNED TO*
*SGT. WEAVER*

April 18, 2018

Lieutenant Melissa McFadden #5039, L2B

RE:  I.A.B. Database #201703-1015

**Lieutenant McFadden:**

Facts have been brought to my attention, which indicate that conduct on your part may warrant disciplinary action. Accordingly, you are herewith charged pursuant to Section 1.04 of the Rules of Conduct governing the Division of Police, Department of Public Safety; and Section 108 of the Charter of the City of Columbus, County of Franklin, State of Ohio, with violating the Rules of Conduct of the Division of Police as set forth in **Rule of Conduct 1.48.**

**Charge I:**    You are hereby charged with violating **Rule of Conduct 1.48-Compliance with EEO Laws, Rules, Orders, Policies, and Directives,** which states, *"Division personnel shall obey federal, state, and local antidiscrimination statutes and Division rules, orders, directives, and policies pertaining to EEO."*

Division Directive 8.08, "Equal Employment Opportunity, Nondiscrimination, and Americans with Disabilities Act," subsection (III)(A) states, *"Discrimination in employment with regard to race, color, religion, sex (including sexual harassment), national origin, disability, ancestry, age, genetic information, sexual orientation, or military status is prohibited."*

Division Directive 8.08, "Equal Employment Opportunity, Nondiscrimination, and Americans with Disabilities Act," subsection (III)(B) states, *"Any conduct, whether verbal or physical, that is unwelcome and so severe or pervasive as to*

120 Marconi Boulevard
P.O. Box 15009
Columbus, Ohio 43215-0009

The City of Columbus is an Equal Opportunity Employer

T: (614) 645-4545
F: (614) 645-4551
TDD (614) 645-4677
www.columbuspolice.org

004002

*materially affect an individual's terms or conditions of employment is prohibited."*

Division Directive 8.08, "Equal Employment Opportunity, Nondiscrimination, and Americans with Disabilities Act," subsection (III)(C) states, "*While the Division cannot dictate how a person must feel about another individual or group and may not be able to change negative attitudes, it does insist on proper behavior on the part of its employees toward both the public and other employees.*"

Division Directive 8.08, "Equal Employment Opportunity, Nondiscrimination, and Americans with Disabilities Act," subsection (III)(D) states, "*The Division shall work toward and give full support to all efforts that lead to the achievement of harmony within the Division.*"

Division Directive 7.02, "Duties and Responsibilities of Personnel," subsection (III)(A)(1)states Division Personnel, "*Enforce and uphold the Constitution and laws of the United States of America, the State of Ohio, and the City of Columbus; the rules and regulations of the Division of Police; and the Oath of Office.*"

| | |
|---|---|
| **Specification I:** | You violated E.E.O. laws when you issued Sergeant Tate his 2016 performance ratings based upon your statement that you do not believe "*in black on black crime.*" |
| **Specification II:** | You did not rate Sergeant Tate according to his demonstrated performance for his 2016 Performance Evaluation. |
| **Specification III:** | You violated E.E.O. laws by creating a Hostile Work Environment on Zone 2 B Company. |

You will report to my office on **Tuesday, May 15th, 2018, at 3:30 pm**, at which time you will be given the opportunity to respond, either verbally or in writing, to this charge. You may present an explanation or any other information

004003

that you feel is relevant to the charge, and which you think would be helpful to me in determining what, if any, action I should take.

You may bring your F.O.P. representative and/or attorney with you at the meeting in my office.  Your F.O.P. representative or attorney will have one week (7 days) from the date you receive these charges to request the consideration of an alternate date or time due to a scheduling conflict.   It will be your responsibility to notify your representative or attorney in a timely manner.

**Kim Jacobs**
Chief of Police

KKJ/ve

Copy of the preceding received by me this __18th__ day of April, 2018.

Lieutenant Melissa McFadden #5039

Copy of the preceding served upon Lieutenant Melissa McFadden #5039 by me personally, this __18TH__ day of April, 2018.

Server

004004