**Attachment 24**

**KIM JACOBS**
Chief of Police



THE CITY OF
**COLUMBUS**
ANDREW J. GINTHER, MAYOR

**DIVISION OF POLICE**

**May 17, 2018**

**Lieutenant Melissa McFadden #5039, L2B**

**RE: I.A.B. Database #201703-1015**

**Lieutenant McFadden:**

After reviewing the facts relevant to the disciplinary charges served upon you and your statement relating to those charges, I have made the following determination:

| | |
|---|---|
| **Charge I, Specification I:** | **SUSTAINED** |
| **Specification II:** | **SUSTAINED** |
| **Specification III:** | **SUSTAINED** |

**_Level of Discipline:_**   **_240 Hour Suspension/Termination/Demotion To Police Officer_**

I am recommending the above schedule of discipline to the Director of Public Safety for violations of **Rule of Conduct 1.48**.

The Director of Public Safety will inquire further into this matter.  You will be notified by the Office of the Director of Public Safety when to appear in his office to facilitate his inquiry.  After this inquiry, if the Director of Public Safety sustains the charges, he may suspend you from duty, reduce you in rank or terminate your employment relationship with the City of Columbus.  Should the Director of

120 Marconi Boulevard
P.O. Box 15009
Columbus, Ohio 43215-0009

The City of Columbus is an Equal Opportunity Employer
003992

T: (614) 645-4545
F: (614) 645-4551
TDD (614) 645-4677
www.columbuspolice.org

Public Safety determine that a suspension is the appropriate disposition of this matter, you will be notified at a later date of when your suspension is to be effective, which will be served at the convenience of the Division of Police.

**Kim Jacobs**
Chief of Police

KKJ/ve

Copy of the preceding received by me this  17TH  day of May, 2018.

_____
Lieutenant's Signature

Copy of the preceding served upon Lieutenant McFadden #5039 by me personally, this  17TH  day of May, 2018.

_____
Server

003993