**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MELISSA MCFADDEN,<br><br>          Plaintiff,<br><br>   v.<br><br>CITY OF COLUMBUS,<br><br>          Defendant. | Case No. 2:18-cv-544<br><br>Judge Edmund A. Sargus, Jr.<br><br>Magistrate Judge Kimberly A. Jolson<br><br>**NOTICE OF APPEARANCE** |

Defendant the City of Columbus give notice to the Court, the Clerk, and Plaintiff that Assistant City Attorney Paul M. Bernhart (0079543) is appearing as co-counsel in this matter. Assistant City Attorneys Westley M. Phillips (0077728) and Susan E. Williams (0073375) remains Defendants' co-counsel in this matter.

                                            Respectfully Submitted,

                                            /s/ Paul M. Bernhart
                                            Paul M. Bernhart (0079543)
                                            Westley M. Phillips (0077728)
                                            Susan E. Williams (0073375)
                                            Assistant City Attorneys
                                            CITY OF COLUMBUS, DEPARTMENT OF LAW
                                            ZACH KLEIN, CITY ATTORNEY
                                            77 North Front Street, Columbus, Ohio 43215
                                            (614) 645-7385 / (614) 645-6949 (fax)
                                            pmbernhart@columbus.gov
                                            wmphillips@columbus.gov
                                            sewilliams@columbus.gov

                                            *Attorneys for Defendant*

- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on February 22, 2022, I electronically filed the foregoing with the Clerk of this Court by using the Court's CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court's CM/ECF System.

                        /s/ Paul M. Bernhart
                        Paul M. Bernhart (0079543)