# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MELISSA MCFADDEN,**

              **Plaintiff,**                            <u>NOTICE</u>

**v.**                                                         **Case No. 2:18-cv-544**

                                                               **Judge Edmund A. Sargus, Jr**

**CITY OF COLUMBUS, et al.,**

              **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

Place:  United States District Court         **Chambers**
           Joseph P. Kinneary U.S. Courthouse
           85 Marconi Boulevard                **April 28, 2022 at 9:30 a.m.**
           Columbus, Ohio 43215

TYPE OF PROCEEDING: **Settlement Conference**

                                                   **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**

DATE:   April 22, 2022

                                                      /s /   Christin M. Werner
                                                    (By) Christin M. Werner, Deputy Clerk