IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA McFADDEN, | : | |
| | : | **Civil Action No.**  2:18 cv 544 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | JUDGE: SARGUS |
| | : | MAGISTRATE JUDGE: JOLSON |
| CITY OF COLUMBUS, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF MELISSA McFADDEN'S EXHIBIT LIST

Now comes Plaintiff by and through undersigned Counsel to provide her list of exhibits pursuant to this Court's November 29, 2021, Order Setting Trial Date and Final Pretrial Conference.

Plaintiff may introduce the following exhibits during the trial the below number does not indicate the order in which Plaintiff will introduce exhibits.

- **Expert Report of Lou Reiter** previously produced to Defendants in discovery.

- **CV of Expert Lou Reiter** previously produced to Defendants in discovery.

- **Decision of Safety Director Ned Pettus regarding recommendation for termination** previously exchanged in discovery.

- **IAB investigation file of Plaintiff** previously exchanged in discovery.

- **IAB findings in investigation of Plaintiff** previously exchanged in discovery.

- **Narrative e-mails of Officers Johnson, Moorefield, and Sgt. Tate** previously exchanged in discovery.

- **Narrative e-mail of Officer Kaza to Cmdr. Grizzell regarding Plaintiff** previously exchanged in discovery.

- **Notice of reassignment of Plaintiff to Property** previously exchanged in discovery.

- **Notice of relief of assignment pending termination to Plaintiff** previously exchanged in discovery.

- **Text messages between Cmdr. Grizzell and Officers Johnson and Moorefield** previously exchanged in discovery.

- **Notebook pages showing serial numbers of ballistic vests processed by Plaintiff** previously exchanged in discovery.

- **Photographs of ballistic vests processed by Plaintiff** previously exchanged in discovery.

- **IAB complaint against Lt. Christine Nemchev** previously exchanged in discovery.

- **IAB complaint against Cmdr. Rhonda Grizzell** previously exchanged in discovery.

- **IAB complaint against Lt. Marby** previously exchanged in discovery.

- **Second IAB complaint against Lt. Marby** previously exchanged in discovery.

- **IAB complaint against Sgt. Fishburn** previously exchanged in discovery.

- **IAB complaint against Lt. Rector** previously exchanged in discovery.

- **IAB complaint against Sgt. Grunkemyer.** previously exchanged in discovery.

- **IAB Major Case worksheet** previously exchanged in discovery.

- **IAB Standard Operating Procedures** previously exchanged in discovery.

- **Performance reviews of Sgt. Andre Tate conducted by Plaintiff** previously exchanged in discovery.

- **E-mails between Cmdr. Grizzell and Cmdr. Knight regarding their friendship** previously exchanged in discovery.

- **E-mails announcing reassignment of Plaintiff to property room** previously exchanged in discovery.

- **E-mails discussing Plaintiff remaining in property room during investigation** previously exchanged in discovery.

- **Notes of Dr. John Trapy** previously exchanged in discovery.

- **Zone 2 report authored by Cmdr. Mark Garner** previously exchanged in discovery.

- **Staffing information for Zone 2** previously exchanged in discovery.

- **IAB interview transcripts of Cmdr. Grizzell, Sgt. Odom, Sgt. Tate, Ofc. Johnson, and Ofc. Moorefield** previously exchanged in discovery.

- **Transcript of Chief's Hearing for Plaintiff** previously exchanged in discovery.

- **E-mails regarding non-reassignment of Sgt. Edly during Lt. Nemchev investigation** previously exchanged in discovery.

- **Cmdr. Grizzell's notes regarding Saunders phone call** previously exchanged in discovery.

- **E-mail advising Cmdr. Grizzell of EEO investigation** previously exchanged in discovery.

- **Request for discipline of Plaintiff from Chief Jacobs regarding untruthfulness in Chief's hearing** previously exchanged in discovery.

- **Tuition reimbursement sheet** previously exchanged in discovery.

- **Tuition reimbursement policy** previously provided to Defendant

- **Property Room Sergeant Position Description** copy provided to Defendant

- **Property Room Lieutenant Position Description** copy provided to Defendant

- **Property Room Destruction of Property Procedure** copy provided to Defendant

- **Plaintiff's Worker's Compensation Records** copy previously provided to Defendant

- **EEO complaint filed by Sgt. Odom against Lt. Lowell Rector and Eric Moore** previously exchanged in discovery

- **E-mail from Deputy Chief Woods regarding tuition reimbursement** previously exchanged between the parties.

- **March 2017 Division Newsletter** previously exchanged between the parties.

- **Paystubs issued by Defendant to Plaintiff** previously exchanged between the parties.

- **Certificate of Release or Discharge from United States Air Force** provided to Defendant on May 2, 2022

Respectfully submitted,

By: /s/ *Samuel M. Schlein*
Samuel M. Schlein (0092194)
(sschlein@marshallforman.com)
John S. Marshall (0015160)
(jmarshall@marshallforman.com)

4

| | |
|---|---|
| **OF COUNSEL:**<br>Louis A. Jacobs (002101)<br>(*LAJOhio@aol.com*)<br>177 19th St., Apt. 9C<br>Oakland, CA 94612<br>(614) 203-1255<br>Fax (510) 250-9007 | Edward R. Forman (0076651)<br>*(eforman@marshallforman.com)*<br>Samuel M. Schlein (0092194)<br>*(sschlein@marshallforman.com)*<br>Helen M. Robinson (0097070)<br>*(hrobinson@marshallforman.com)*<br>MARSHALL FORMAN AND SCHLEIN LLC<br>250 Civic Center Dr., Suite 480<br>Columbus, Ohio 43215-5296<br>(614) 463-9790<br>Fax (614) 463-9780 |

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed with the Court on this 2 day of May, 2022 using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By:*/s/ Samuel M. Schlein*
Samuel M. Schlein (0092194)