UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MELISSA MCFADDEN,**

    **Plaintiff,**

  **v.**

**CITY OF COLUMBUS,**

    **Defendant.**

**Case No. 2:18-cv-544**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Kimberly A. Jolson**

## ORDER MEMORIALIZING VACATUR OF SETTLEMENT CONFERENCE

The parties in this case have conveyed to this Court that, after proceeding through an unsuccessful mediation, they do not believe a settlement conference would be beneficial to resolution of their dispute. Thus, no settlement conference shall be held. All other deadlines set forth in this Court's Order Setting Trial Date and Settlement Conference (ECF No. 56) shall remain.

This case is to remain open.

    **IT IS SO ORDERED.**

**5/4/2022**　　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**