UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MELISSA MCFADDEN,**

    **Plaintiff,**

  v.

**CITY OF COLUMBUS,**

    **Defendant.**

Case No. 2:18-cv-544
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER GRANTING EXTENSION TO FILE STIPULATIONS AND MOTIONS IN LIMINE

This matter arises on the parties' Joint Motion to Extend Deadline to File Stipulations and Motions *in Limine* (the "Joint Motion"). (ECF No. 69.) For good cause shown, the Court **GRANTS** the parties' Joint Motion, and **EXTENDS** the deadline to file stipulations and motions *in limine* to Wednesday, May 11, 2022.

This case is to remain open.

    **IT IS SO ORDERED.**

**5/10/2022**                                     s/Edmund A. Sargus, Jr.
**DATE**                                               EDMUND A. SARGUS, JR.
                                                           UNITED STATES DISTRICT JUDGE