# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MELISSA McFADDEN, | : | CIVIL ACTION NO. 18cv544 |
| Plaintiff, | : | |
| | : | JUDGE SARGUS |
| v. | : | |
| | : | MAGISTRATE JUDGE JOLSON |
| CITY OF COLUMBUS, | : | |
| Defendant | : | |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MEMORANDA IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE

Plaintiff Melissa McFadden seeks a page limit extension from ten pages to sixteen pages to properly respond to Defendant's Motion in Limine (Doc # 72). A memorandum in support follows this Motion.

Respectfully submitted,

By: */s/ John S. Marshall*
John S. Marshall (0015160)
*(jmarshall@marshallforman.com)*
Samuel M. Schlein (0092194)
*(sschlein@marshallforman.com)*
MARSHALL AND FORMAN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)
177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (510) 250-9007

## **MEMORANDUM IN SUPPORT**

The Court issued a Trial Order ("Order") on November 29, 2021. (Doc # 56) The Order outlined instructions to the Parties on pre-trial motions, including motions in limine. In section H. of the Order, the Court ordered "a party's motion *in liminie* and memoranda in support shall not exceed a total of ten (10) pages in length. The memoranda in opposition shall not exceed a total of ten (10) pages in length."

When Defendant filed its motion in limine (Doc #72) it sought a ruling on five separate issues. Defendant could have under the Order submitted five motions in limine for a total of fifty pages of briefing for the Court.

Plaintiff in her diligent attempts to be efficient in her arguments in response to the five motions in limine has been able reduce her argument to a single sixteen-page filing. The best interests of having an efficient trial and justice require that Plaintiff be able to provide a fulsome response to Defendant's motion. Plaintiff believes this modest extension of the page limitation will allow for the Court to render the most just decision on Defendant's motion.

Plaintiff respectfully requests that she be allowed to exceed the Order's page limit for memoranda to sixteen pages.

Respectfully submitted,

By: */s/ John S. Marshall*
John S. Marshall (0015160)
*(jmarshall@marshallforman.com)*
Samuel M. Schlein (0092194)
*(sschlein@marshallforman.com)*
MARSHALL AND FORMAN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)

177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (510) 250-9007

(614) 463-9790
Fax (614) 463-9780

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed with the Court on this 17 day of May, 2022, using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: */s/ John S. Marshall*
John S. Marshall (0015160)