Charles McFadden

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - -

Melissa McFadden,             :
                              :
          Plaintiff,          :
                              :
   vs.                        : Case No. 2:18-CV-544
                              :
City of Columbus,             :
                              :
          Defendant.          :

- - -

DEPOSITION

of Charles McFadden, taken before me, Karen Sue

Gibson, a Notary Public in and for the State of Ohio,

via Zoom, on Friday, May 20, 2022, at 10:00 a.m.

- - -

ARMSTRONG & OKEY, INC.
222 East Town Street, Second Floor
Columbus, Ohio  43215-5201
(614) 224-9481

- - -

Charles McFadden

2

```
 1    APPEARANCES:

 2            Marshall Forman & Schlein, LLC
              By Mr. Samuel M. Schlein
 3            250 Civic Center Drive, Suite 480
              Columbus, Ohio 43215
 4            (614) 463-9790
              sschlein@marshallforman.com
 5
                      On behalf of the Plaintiff.
 6
              City of Columbus, City Attorney's Office
 7            By Mr. Paul Bernhart,
              Labor and Employment Attorney
 8            Ms. Susan Williams,
              Chief of Labor and Employment
 9            and Mr. Westley Phillips,
              Chief of Litigation
10            77 North Front Street
              Columbus, Ohio 43215
11            (614) 645-7461
              (614) 645-2586
12            (614) 645-7385
              pmbernhart@columbus.gov
13            sewilliams@columbus.gov
              wmphillips@columbus.gov
14
                      On behalf of the Defendant.
15
      ALSO PRESENT:
16
              Ms. Melissa McFadden.
17                            - - -

18

19

20

21

22

23

24
```

Armstrong & Okey, Inc., Columbus, Ohio (614) 224-9481

Charles McFadden

3

1          Friday Morning Session,

2          May 20, 2022.

3                - - -

4          STIPULATIONS

5          It is stipulated by and among counsel for the

6     respective parties that the deposition of Charles

7     McFadden, a witness called by the Defendant under the

8     applicable Rules of Civil Procedure, may be reduced

9     to writing in stenotypy by the Notary, whose notes

10    thereafter may be transcribed out of the presence of

11    the witness; and that proof of the official character

12    and qualification of the Notary is waived.

13                - - -

14

15

16

17

18

19

20

21

22

23

24

Charles McFadden

4

1                     CHARLES MCFADDEN

2     being by me first duly sworn, as hereinafter

3     certified, deposes and says as follows:

4                     CROSS-EXAMINATION

5     By Mr. Bernhart:

6           Q.    Good morning, sir.  Would you please

7     state your name for the record.

8           A.    Yes.  My name is Charles McFadden.

9           Q.    And, Charles, you are a firefighter with

10    the Columbus Division of Fire, correct?

11          A.    Correct.

12          Q.    And what is your rank?

13          A.    Firefighter.

14          Q.    Let's go over some ground rules for

15    today's deposition.  If you don't understand a

16    question that I've asked, please ask me to rephrase

17    it or to repeat the question.  If you answer any

18    question, I will assume that you understood it; is

19    that fair?

20          A.    Yes.

21          Q.    Okay.  If you need a break today, just

22    let me know.  I would only ask that you answer any

23    question that's pending before we take that break,

24    okay?

Charles McFadden

5

1          A.    Yes.  Okay.

2          Q.    And you are doing good so far, but it's

3    important today that you give verbal responses as

4    opposed to shaking your head.  The court reporter

5    needs to take down my questions and your answers, so

6    can you agree to do that?

7          A.    Yes.

8          Q.    Are you suffering from any medical

9    condition that would prevent you from understanding

10   my questions and answering truthfully and accurately?

11         A.    No.

12         Q.    And don't be offended by this, I ask it

13   of everyone, but are you under the influence of

14   alcohol or any substance that would prevent you from

15   understanding my questions and answering truthfully

16   and accurately?

17         A.    No.

18         Q.    Have you ever had your deposition taken

19   before?

20         A.    No.

21         Q.    What did you do to prepare for today's

22   deposition?

23         A.    Just thought about the past events.  You

24   know, I spoke with my attorney and that was it.

Charles McFadden

6

1          Q.   Did you meet with anyone other than your
2     attorney?
3          A.   No.
4          Q.   Did you review any records?
5          A.   No.
6          Q.   Your wife has filed a lawsuit against the
7     City of Columbus; you understand that, correct?
8          A.   Yes, I do.
9          Q.   And you've been identified as a potential
10    witness for the upcoming trial.  You understand that?
11         A.   Yes.
12         Q.   What is your general understanding of
13    your wife's claims against the City?
14         A.   My understanding is that it's about the
15    City not doing enough to -- I guess to protect her
16    with what's happened on the Department, on the
17    Division of Police.
18         Q.   Can you be any more specific than that
19    about what your understanding of her claims in this
20    lawsuit are?
21         A.   Well, are we talking about specifically
22    today or over her career or what exactly are you
23    asking?
24         Q.   This lawsuit.

Charles McFadden

7

1          A.    Okay.

2          Q.    What is your understanding of -- of the

3    claims in this lawsuit?

4          A.    My understanding is that she was assigned

5    to the property room.  What else?  And just how it

6    was just unjustly and it was just wrong.  That's my

7    understanding of it.  And the event that happened out

8    of it and the before and after.  That's what I

9    understand that this lawsuit is about.

10         Q.    When you said you met with your attorney

11   to prepare for today, who is your attorney?

12         A.    Sam.

13         Q.    Okay.  And who was present at that

14   meeting?

15         A.    Just me and Sam.

16         Q.    And when did that meeting occur?

17         A.    Yesterday.

18         Q.    How long did you meet with Sam for?

19         A.    It was an hour.

20         Q.    Are you aware in March of 2017 three

21   African-American police officers came forward with

22   allegations that your wife had made racially

23   inappropriate comments?

24                MR. SCHLEIN:  I am going to object to

Charles McFadden

8

1    that.  The scope of this deposition is purely on

2    Melissa's alleged damages, not to liabilities.

3    Mr. McFadden has been named in this suit.  On the

4    26(A) and all of your discovery responses, he was

5    amply available to discuss liability purposes during

6    discovery.  So that's not related to damages, so he

7    shouldn't be subject at this deposition.

8              MR. BERNHART:  Well, you know, some of

9    these are foundational for, you know, questions that

10   I have today about damages.

11             MR. SCHLEIN:  You know, you can go a

12   little bit into this, but if we are going to talk

13   about the nature of the allegations that are against

14   Lieutenant McFadden, that would be subject to the

15   liability, not damages.

16        Q.   Do you need me to repeat the question?

17        A.   Yes.  Yeah.

18             MS. McFADDEN:  At this point I am going

19   to object.

20             MR. SCHLEIN:  Melissa, that's for me to

21   do.

22             MS. McFADDEN:  Okay.  Well, can we take a

23   recess?  Because I don't agree with this line of

24   questioning.

Charles McFadden

9

1          MR. BERNHART:  Sam, are you instructing

2     the witness not to answer?

3          MR. SCHLEIN:  He can -- can you ask the

4     question again?

5          MR. BERNHART:  I will.

6     Q.   Mr. McFadden, are you aware in March of

7     2017 at least three African-American police officers

8     came forward with allegations that your wife had made

9     racially inappropriate comments?

10          MR. SCHLEIN:  To the extent that he was

11    aware of it in a yes or no sense, I'll allow him to

12    answer.  Anything beyond that I think is beyond the

13    scope of what this deposition is and what we agreed

14    to in allowing Mr. McFadden to be dispose -- deposed,

15    excuse me, after the close of discovery.

16          MR. BERNHART:  Okay.  Your objection is

17    noted.

18     A.   Okay.  And one more time can you ask that

19    question, please?

20     Q.   Are you aware that in March of 2017 at

21    least three African-American police officers came

22    forward with allegations that your wife had made

23    racially inappropriate comments?

24     A.   Yes.

Charles McFadden

10

1        Q.   Do you know any of the officers that made

2    these allegations?

3              MR. SCHLEIN:  I am going to object to

4    that.  I am going to instruct him not to answer based

5    on our agreement for this deposition.

6              MR. BERNHART:  Sam, we believe this goes

7    towards damages, whether he knows the individuals

8    that are the subject of this lawsuit.

9              MR. SCHLEIN:  Are we -- how far are we

10   going to go into this, into the actual allegations?

11             MR. BERNHART:  I am not asking about any

12   allegations.  I am asking whether he knows the

13   officers that made the allegations.

14             MR. SCHLEIN:  Can you explain how that

15   goes into -- to his testimony on damages?

16             MR. BERNHART:  Because we believe that

17   it's a cause of -- of, you know, any stress that she

18   suffered and any mental anguish.  It's directly

19   related to it.

20             MR. SCHLEIN:  Whether Mr. McFadden knows

21   these officers?

22             MR. BERNHART:  I have questions today

23   about, you know -- you've identified Mr. McFadden,

24   you know, as someone who can testify about -- about

Charles McFadden

11

1    damages; and, you know, it goes directly to

2    causation.  We need to know -- we want to know what

3    the -- you know, the emotional distress that he's

4    witnessed from his wife or that he's observed.  It

5    goes directly to causation.

6                    MR. SCHLEIN:  All right.  Like I said, we

7    are going to have to be very careful with these

8    questions but, you know, there may be a time where if

9    we keep going here, we might have to get the

10   magistrate on the horn, but we will be careful on

11   these.

12                   Charles, you can answer if you knew who

13   those three officers were.

14          A.    Okay.  Yes, I -- I do.

15          Q.    You know them personally?

16          A.    I know of them.  I know of them.

17          Q.    Are you able to testify as to their

18   credibility?

19          A.    No.  I don't know them that well, no.

20          Q.    Okay.  Do you have any personal knowledge

21   about the allegations that came out against your

22   wife?

23          A.    I'm not sure what you are asking when you

24   say personal knowledge of.  Like the details?  I am

Charles McFadden

12

1    not sure.  What are you asking?

2           Q.   Yes.  Are you familiar with the details?

3           A.   Yes, I would say so, yeah.

4           Q.   You weren't present when any -- when any

5    of these alleged comments were made to your wife,

6    were you?

7           A.   Which comments?

8           Q.   Any of the comments that -- that these

9    three officers came forward with.

10          A.   There's been a lot of things said.  I'm

11   not sure.  Are you talking like Facebook stuff or

12   like --

13          Q.   No.  I am asking -- yes, while she was at

14   work, she allegedly made these comments to Officers

15   Tate, Morefield, and Johnson.  Were you ever present

16   when those comments were --

17               MR. SCHLEIN:  That's -- that's -- no.

18   That's -- that's purely towards liability.  You are

19   asking if he was there when these comments were or

20   were not made.  That's not causation to alleged

21   damages.  That's purely towards liability.

22               MR. BERNHART:  Are you instructing the

23   witness not to answer?

24               MR. SCHLEIN:  I am at this point for that

Charles McFadden

13

1    question, yeah.

2               MR. BERNHART:  I will move on for now --

3    right.  I'm going to move on for now, but I am going

4    to reserve the right to address that, if needed,

5    later.

6         Q.   Moving forward, are you aware that the

7    City conducted an investigation about the allegations

8    that came out against your wife?

9         A.   Yes, yes.

10        Q.   You don't have any personal knowledge of

11   what that investigation entailed, do you?

12              MR. SCHLEIN:  I will make a continuing

13   objection to any of the questions regarding the

14   investigation.

15              You can answer that one.

16              THE WITNESS:  I'm sorry.  You said I can

17   answer that one or?

18              MR. SCHLEIN:  Yes.

19        A.   Okay.  Ask the question again, please.

20        Q.   Sure.  You don't have any personal

21   knowledge of what the investigation actually

22   entailed, do you?

23        A.   Yes, I have some knowledge of it.

24        Q.   Were you involved in any way in the

14

1    investigation?

2          A.    No.

3          Q.    Okay.  Were you interviewed as part of

4    the investigation?

5          A.    And let me make sure I am clear now, you

6    are asking about the Internal Affairs investigation?

7          Q.    Correct.  Correct.

8          A.    Okay.  No, I wasn't involved at all.

9          Q.    Did you ever speak with the -- with the

10   Sergeant who conducted the investigation?

11         A.    No.

12         Q.    Okay.  While the investigation -- while

13   the investigation occurred, your wife was reassigned

14   temporarily to the property room.  Are you aware of

15   that?

16         A.    Yes.

17         Q.    And this also occurred in March of 2017?

18         A.    Yes.

19         Q.    During the course of today's deposition,

20   I am going to be referring to, you know, the events

21   of March 2017.  Could we agree that you understand

22   when I refer to March of 2017 to be, you know -- the

23   date that I am referring to is when your wife was

24   reassigned to the property room?

15

1        A.    Yes.

2        Q.    Does that make sense?  Okay.

3        A.    Yes.

4        Q.    Do you have any personal knowledge as to

5   the reason the Division reassigned your wife to the

6   property room?

7        A.    Yes.

8        Q.    And what's your personal knowledge?

9        A.    She was reassigned due to the allegations

10   that were made against her, you know.

11        Q.    Okay.  But do you know why -- you know,

12   specifically why the City reassigned her to the

13   property room as opposed to anywhere else?

14              MR. SCHLEIN:  Objection.

15        A.    No.

16        Q.    Okay.  And you don't have any personal

17   knowledge of what your wife was assigned to do in the

18   property room, do you?

19        A.    Yes, I do.

20        Q.    And what's your personal knowledge of

21   that?

22        A.    She was assigned to the property room to

23   count the ballistic vests, to, I guess, record by the

24   serial numbers the ones that are being taken out of

Charles McFadden

16

 1    service, and organize that.

 2         Q.   And that's what she told you, correct?

 3         A.   Yes.

 4         Q.   Other than what she told you, do you have

 5    any knowledge of what she was doing in the property

 6    room?

 7         A.   No.

 8         Q.   Do you know Rhonda Grizzell?

 9         A.   I know of her.  I don't know her

10    personally.

11         Q.   These questions are do you know them

12    personally.  Do you know Commander Gardner

13    personally?

14         A.   No.

15         Q.   Do you know Deputy Chief Kuebler

16    personally?

17         A.   No.

18         Q.   Do you know former Chief Kim Jacobs

19    personally?

20         A.   No.

21         Q.   You are aware that Chief Jacobs

22    recommended that your wife be terminated, correct?

23              MR. SCHLEIN:  Objection.  You can answer.

24         A.   Okay.  Say that question again.

Charles McFadden

17

1        Q.   You are aware that Chief Jacobs

2  recommended that your wife be terminated, correct?

3        A.   Yes.

4        Q.   And ultimately your wife received no

5  discipline out of the investigation, correct?

6        A.   Correct.

7        Q.   And that's because the Director of Public

8  Safety did not sustain the charges against your wife,

9  correct?

10       A.   Yes, that's correct.

11       Q.   You don't have any personal knowledge as

12  to why the Chief of Police recommended your wife be

13  terminated, do you?

14       A.   Yes, I feel I do.  I feel I do.

15       Q.   What's your personal knowledge?

16       A.   You know, my knowledge is from reading

17  and what was in the newspaper, what was sent -- what

18  was put out by the news media and then just, you

19  know, what my wife had told me.

20       Q.   Okay.  Other than what you read or saw in

21  the media and what your wife told you, do you know

22  personally why Chief Jacobs recommended that your

23  wife be terminated?

24       A.   I mean, I think that's -- I think that

1    tells me why that she was.  I mean, I didn't sit down

2    and talk with Chief Jacobs; but, you know, I feel --

3    I feel pretty confident that I know that's the

4    reasons that she recommended that.

5            Q.   And what are the reasons that you

6    understand?

7            A.   Well, what you said earlier, how -- you

8    know, about the allegations that you spoke of

9    earlier, you know, those reasons, I believe, is why

10   she recommended her for termination.

11           Q.   Okay.  Do you know why -- do you know why

12   the Public Safety Director did not sustain the

13   charges against your wife?

14           MR. SCHLEIN:  Objection.  You can answer.

15           A.   Okay.  Again, that's the same -- I would

16   give the same response.  I believe just from, again,

17   what I saw in the media, talking with my wife, and

18   then, you know, I feel confident in what I know with

19   that to why that it was given -- why she was given no

20   discipline.

21           Q.   Okay.  So is it fair to say that any

22   knowledge you have regarding the allegations that

23   were made against your wife, the reassignment to the

24   property room, the investigation, the disciplinary

Charles McFadden

19

 1    charges, and the outcome of those disciplinary

 2    charges all come from what you saw or read in the

 3    media or what your wife told you?

 4          A.    Correct.  Yes.

 5          Q.    Okay.  Mr. McFadden, what's the last

 6    grade level you completed of schooling?

 7          A.    Completed, I completed 12th grade or my

 8    senior year.

 9          Q.    Did you attend any college?

10          A.    Yes, attended a lot of college.

11          Q.    Okay.  Did you graduate from college?

12          A.    No.

13          Q.    Where did you attend college?

14          A.    My first college was University of

15    Maryland along with Park College, did University of

16    Phoenix, went to Ohio State University, and I think

17    that was all my schooling collegewise, a lot of trade

18    schooling and all.

19          Q.    And how many credits short are you from

20    graduating from college?

21          A.    I've never figured it out.  I've been

22    told I'm pretty close.  I just haven't put it

23    together to -- to complete.  Whether it's an

24    Associate's or how far from a Bachelor's, I'm not

Charles McFadden

20

1    sure.

2            Q.    What trade school have you attended?

3            A.    Paramedic school.  I'm not sure if that's

4    considered --

5            Q.    Where did -- I'm sorry for talking over

6    you.  One of the other ground rules for today I've

7    just violated, it's important because there's a court

8    reporter taking this all down, that you let me finish

9    my questions before you answer, and I am going to do

10   my best to let you finish your answer before asking

11   the next question.

12               So I want to be clear, where did you

13   attend paramedic school?

14           A.    Through Columbus Fire which is a joint

15   venture with Columbus State Community College.

16           Q.    And when did you graduate or complete

17   that program?

18           A.    Let's see, I want to say actually 2015.

19           Q.    Did you receive a certification?

20           A.    Yes.  National Reg -- it was the National

21   Registry Certification.

22           Q.    Do you have any other certifications?

23           A.    No.

24           Q.    Have you ever served in the military?

Charles McFadden

21

1          A.    Yes.

2          Q.    Which branch?

3          A.    The Marine Corps.

4          Q.    And when were you discharged?

5          A.    1995 of -- I think it's October 31, 1995.

6          Q.    Was it -- did you receive an honorable

7     discharge?

8          A.    Yes.

9          Q.    Are you currently employed?

10          A.    Yes.

11          Q.    Okay.  And you are employed with the

12     Columbus Division of Fire?

13          A.    Yes.

14          Q.    Do you have any other employment?

15          A.    Yes, sir; yes, I do.

16          Q.    Where else are you employed?

17          A.    Southwest Airlines.

18          Q.    And what do you do at Southwest Airlines?

19          A.    I am an operations agent.

20          Q.    Can you just generally describe what that

21     is or what you do in that position?

22          A.    Yes.  I'm responsible for the weights and

23     balances for the aircraft, and I board the customers,

24     get them on the plane, the ticket agent part of it.

Charles McFadden

22

1          Q.   How many hours a week do you work as a

2     firefighter?

3          A.   40 hours a week.

4          Q.   And how many hours a week do you work at

5     Southwest?

6          A.   Between -- between 30 and 40 right now.

7     It hasn't always been like that, but it is now so.

8          Q.   How long have you worked for Columbus

9     Division of Fire?

10          A.   For 23 years.

11          Q.   And what station are you currently

12     assigned?

13          A.   I'm assigned to the Training Academy

14     under the React and Spark Program.

15          Q.   And how long have you been assigned to

16     the Training Academy?

17          A.   For three years now.

18          Q.   Where was your assignment prior to that?

19          A.   Station 18 on Cleveland Avenue.

20          Q.   How long did you work there?

21          A.   I worked there for another five years.

22          Q.   Who is -- who is currently your direct

23     supervisor?

24          A.   Isaac Tolliver.

Charles McFadden

23

1          Q.    Is he -- is he a Sergeant or Lieutenant?

2          A.    A Lieutenant.

3          Q.    Lieutenant, so Lieutenant Tolliver?

4          A.    Yes, uh-huh.

5          Q.    Okay.  And who was your supervisor when

6     you were at Station 18?

7          A.    Let me see, we had -- it's hard to

8     explain in short words, but we had -- we have

9     Lieutenants that come in, come out, so I didn't

10    really have a -- like a long-standing supervisor.  I

11    guess I would say you probably could put down Chief

12    Moore, Chief Sean Moore.

13         Q.    Were you ever supervised by Ned Pettus?

14         A.    He was the Chief of the Fire Department

15    but not a direct supervisor.

16         Q.    Okay.  Did you ever work directly with

17    Ned Pettus?

18              MR. SCHLEIN:  Objection.

19         A.    No.

20              MR. SCHLEIN:  He is not relevant to

21    damages.

22         Q.    Was your answer no?

23              THE WITNESS:  Can I answer that?

24              MR. SCHLEIN:  Yeah.

Charles McFadden

24

 1          A.    Okay.  No, I was -- no.

 2          Q.    Okay.  Do you have any relationship with

 3     Ned Pettus?

 4                MR. SCHLEIN:  Objection.  And we are not

 5     going to answer that one.  This has nothing to do

 6     with damages, his relationship or lack thereof with

 7     Ned Pettus.

 8                MR. BERNHART:  You are instructing the

 9     witness not to answer?

10                MR. SCHLEIN:  Correct.

11          Q.    Okay.  Did you ever speak with Director

12     Pettus about your wife's case?

13                MR. SCHLEIN:  Objection.  I am going to

14     instruct him not to answer.  Again, this doesn't have

15     to do with damages.  If you wanted to know about

16     whether Mr. McFadden spoke with Mr. Pettus about, you

17     know, Lieutenant McFadden's case, that could have

18     been done during liability discovery, but we decided

19     to do this for damages and this doesn't have to do

20     with damages.

21          Q.    Okay.  Well, earlier you testified that

22     you don't have any, you know, personal knowledge

23     outside of what you read in the media, saw in the

24     media, or what your wife told you as far as why

Charles McFadden

25

1    Director Pettus did not sustain the charges; is that

2    true?

3            A.   Yes.

4            Q.   Okay.  Do you golf with Mr. Pettus?

5            MR. SCHLEIN:  I am going to object and

6    say he is not going to answer that one either.

7            MR. BERNHART:  You are instructing the

8    witness not to answer?

9            MR. SCHLEIN:  Correct.

10           Q.   You've worked with the Columbus Division

11   of Fire for 23 years, correct?

12           A.   Yes.

13           Q.   Has that always been in the capacity as a

14   firefighter?

15           A.   Yes.

16           Q.   Have you ever held any rank higher than

17   firefighter?

18           A.   No.

19           Q.   In addition to being a firefighter, are

20   you also a paramedic?

21           A.   Yes.

22           Q.   In your current role at the -- at the

23   Training Academy, do you respond to -- are you a

24   first responder to fires or to emergency situations?

Charles McFadden

26

1       A.   Yes.  I still -- still -- still will do
2   that but not, you know, out -- not out of the
3   Training Academy.  That's not my job there.  It's a
4   different kind of job.
5       Q.   Well, for the last three years, you've
6   been assigned to the Academy.  Are you also assigned
7   to any station?
8       A.   I'm still assigned to a station, but I
9   don't -- I don't report to that station.
10      Q.   In the last three years, have you
11  responded to any fires or emergency situations?
12      A.   Yes, I have.
13      Q.   Have you been subject to discipline at
14  any point during your career?
15      A.   Let me think here.  Yes, yes.
16      Q.   I want to walk through each of those
17  disciplines.  When -- to the best of your
18  recollection, when was the last time you were
19  disciplined?
20      A.   Think here.  I think I am going to go
21  back to in '99.  2002.  I believe it was 2002.
22      Q.   So did you start with the Division in
23  '99?
24      A.   Yes.

Charles McFadden

27

```
 1          Q.   Okay.  And in 2002 what were you
 2   disciplined for?
 3          A.   I believe it was for I didn't pass -- I
 4   think I didn't pass a test or some testing.  I don't
 5   know if it was EMT testing at the time.  And they
 6   write up a form, and you just sign it, so it was --
 7   you know, that's all it was.
 8          Q.   Sounds like a written counseling-type
 9   thing?
10          A.   Correct.  Correct.
11          Q.   Has there been any other time you've been
12   disciplined by the Division?
13          A.   No.
14          Q.   Have you ever filed an EEO complaint
15   during the time you've been employed with the
16   Division of Fire?
17          A.   No.
18          Q.   Have you ever been the subject of an EEO
19   investigation during the time you've been employed
20   with the Division of Fire?
21          A.   No.
22          Q.   Have you ever worked in the Division of
23   Fire's Internal Affairs Bureau or its equivalent?
24          A.   No.
```

Charles McFadden

28

1          Q.    Have you ever conducted an administrative

2    investigation at the Division of Fire?

3          A.    I have been a part -- a part of

4    investigations through our union, but I haven't

5    conducted one, been a part.

6          Q.    So you have been like a witness during an

7    investigation?

8          A.    I was a union steward years ago, so I

9    have a little knowledge of how that works so.

10         Q.    That was going to be the next question I

11   ask is have you ever served as a union steward?

12         A.    Yes.

13         Q.    When did you serve as the union steward?

14         A.    Let's see, let me go through my career

15   here.  I can't remember the exact dates.  I want to

16   say from maybe 2005 to 2010, I believe.  I would have

17   to look back over my record that I have.

18         Q.    And what did you do in that role as union

19   steward?

20         A.    You work with the Local 67, our union,

21   fire union, to, you know, pass the information that

22   the union has and represent firefighters when they

23   are being charged with -- with some sort of

24   violation.

Charles McFadden

29

1       Q.   So you would represent the firefighter

2   during their interviews and if the case proceeded to

3   arbitration?

4       A.   Actually that's a bad word to use.  Not

5   represent, just stand by their side basically,

6   just -- just...

7       Q.   Be their union representative?

8       A.   Right, right.  Just make sure that --

9   that the investigator's not going outside the

10  questioning that is -- you know, make sure they are

11  not being charged so.

12      Q.   So during those -- are you finished

13  answering?

14      A.   Yes.

15      Q.   Okay.  During those 5 or 10 years that

16  you served as a union steward, did you ever represent

17  any officers that were being charged with EEO

18  violations?

19      A.   No.

20      Q.   You are, of course, married to Melissa

21  McFadden, correct?

22      A.   Correct.

23      Q.   When were you married?

24      A.   2008.

Charles McFadden

30

1      Q.   And did you date prior to getting married
2  to her?
3      A.   Yes.
4      Q.   For how long?
5      A.   Six years.
6      Q.   Did you know her prior to that, prior to
7  dating her?
8      A.   Yes.
9      Q.   How long have you known your wife?
10      A.   I believe it was February of 2000.
11      Q.   Where did you meet her?
12      A.   I believe met at -- at the Fire Academy.
13  Yeah, Fire Academy.
14      Q.   So did you ever know her outside of the
15  Academy other than in your dating and married life?
16      A.   No.
17      Q.   Do you have any previous marriages?
18      A.   Yes.
19      Q.   How many?
20      A.   Two.
21      Q.   Do you have any children with Melissa?
22      A.   We have a child we raise together, yes.
23      Q.   And how old is that child now?
24      A.   21.

Charles McFadden

31

1       Q.   And did that child come from one of your

2  previous marriages?

3       A.   Yes.

4       Q.   And what's that child's name?

5       A.   Charles Lamont Isaiah McFadden.

6       Q.   Do you have any other children?

7       A.   No.

8       Q.   Does your wife have any other children?

9       A.   No.

10      Q.   Do you live with your wife?

11      A.   Yes.

12      Q.   Have you lived with her continuously

13  since March of 2017?

14      A.   Yes.

15      Q.   Do you share any hobbies with your wife?

16      A.   Yes.

17      Q.   Can you briefly describe what those

18  hobbies are?

19      A.   I'm not sure if you can call it a hobby,

20  but we watch a lot of shows, different shows that we

21  like together.  We like to travel and go to the same

22  places, you know, see the same type of shows.  I am

23  not sure if you can call that hobbies, but we like to

24  do a lot of trips together.

Charles McFadden

32

1       Q.   Okay.  Can you tell me what some other

2    things you like to do together are?

3       A.   That's -- that's our life, you know,

4    just -- just spending time when we can together and

5    enjoying different things around the house and all

6    and when we go places.

7       Q.   Has any of that changed since March of

8    2017?

9       A.   Yes.

10       Q.   Okay.  Can you describe how it's changed?

11       A.   You want me to go back to March of 2017

12    or now?  Which -- what time frame are you

13    specifically asking for?

14       Q.   Let's talk about watching T.V. together.

15    You said that's one of the activities that you like

16    to share with your wife is watching different T.V.

17    shows together.  You know, prior to March of 2017,

18    did you enjoy watching T.V. shows with your wife?

19       A.   So again, so prior to -- so you're saying

20    before then -- before March of 2017.

21       Q.   Yes.

22       A.   Okay.  Before then, yes, yes.

23       Q.   Did you continue to watch television

24    shows with your wife after March of 2017?

Charles McFadden

33

1          A.    From what -- from that time frame, no.

2     We -- it was drastically -- you know, drastically

3     less, a lot less actually.

4          Q.    And what was the reason that you stopped

5     watching T.V. shows together?

6          A.    I believe she was dejected just from

7     everything that had happened and no one -- she

8     didn't -- just wasn't interested with everything

9     going on, you know, just can't focus so.

10         Q.    Do you have Netflix?

11         A.    Yes.

12         Q.    Do you guys watch a lot of programs

13    together on Netflix?

14         A.    Yes.

15         Q.    What are some of your favorite shows?

16         A.    Netflix, let's see, we've watched not a

17    whole lot of series.  Trying to think the last thing

18    we watched on Netflix.  Let me think here.  I know we

19    watched -- oh, yeah, Ozark.  I don't know why I

20    couldn't think.  Yeah, Ozark, we went through that

21    whole season, a little bit of Squid Games, and just

22    other random movies that we've watched.

23              MR. SCHLEIN:  No asking about password

24    sharing.

Charles McFadden

34

1      Q.   I won't ask about password sharing.  And
2  you've watched those in recent years.  I know the
3  Squid Games just came out I think a year ago.
4      A.   Yeah.
5      Q.   And Ozark has over the last few years
6  come out with different seasons.
7      A.   Right, yeah, uh-huh.
8      Q.   And you said that, you know, you
9  decreased watching T.V. shows because of everything
10  that occurred with your wife.  And when you say
11  everything, are you talking about, you know, the
12  investigation, the recommended termination, and all
13  of that?
14      A.   Yeah.
15      Q.   All that played a factor in, you know,
16  your wife's decreased attention span and things like
17  that that you just described?
18      A.   Yes.
19      Q.   Okay.  Do you and your wife have a
20  current favorite T.V. show?
21      A.   Yes.
22      Q.   And what is that?
23      A.   Walking Dead, Fear of the Walking Dead,
24  just getting into catching up with -- what's that

Charles McFadden

35

1   show?  Like the vikings, what is it called or?  Game

2   of Thrones.  I am just starting to watch that.

3          Q.   And you watch both of those with your

4   wife?

5          A.   Yes.

6          Q.   You mentioned that you guys like to

7   travel.  Have you been on any vacations in the last

8   few years?

9          A.   Yes.

10          Q.   Where -- where have you vacationed?  When

11   was your last vacation?  Let's start there.

12          A.   Last vacation was Las Vegas.

13          Q.   Did you go with your wife?

14          A.   Yes.

15          Q.   And when was that?

16          A.   I think just a couple weeks ago.

17          Q.   Did you guys have fun?

18          A.   Yes, yeah.

19          Q.   So Las Vegas a couple weeks ago.  Prior

20   to that when was your last vacation?

21          A.   Let me see here, Las Vegas and -- oh, we

22   went to Brooklyn, New York.  That was in the fall

23   of -- this is 2022.  2021, let's say around August,

24   September time frame we went there.

Charles McFadden

36

1        Q.   Did you have fun in Brooklyn?

2        A.   Yes.

3        Q.   Did you guys go for pleasure, I assume?

4        A.   Yes, pleasure.

5        Q.   So Vegas, Brooklyn.  How about prior to

6  Brooklyn, did you travel?  Let me ask, did you go

7  with your wife to Brooklyn?

8        A.   Yes.

9        Q.   Okay.  Prior to that when was your last

10  vacation?

11        A.   Let's see, we went to -- we go to Phoenix

12  a lot.  I am trying to think when.  It was -- let's

13  see, I can't remember exactly if it was during the

14  summer.  It might have been summer or late springtime

15  of last year.

16        Q.   Last year?  You say you go to Phoenix a

17  lot.  Is there a particular reason you go to Phoenix

18  a lot?

19        A.   Yeah.  My dad and my son live out there.

20        Q.   Okay.  Have you and your wife been out to

21  Phoenix, you know, more than -- more than once in the

22  last few years?

23        A.   Yes.

24        Q.   Okay.  More than five times?

Charles McFadden

37

1          A.    Probably right about five times, I would

2     say.

3          Q.    And maybe how about since -- since 2017?

4     Is that what you are talking about, five times?

5     About once a year?

6          A.    Let's see, we -- I'm sorry.  Ask me that

7     again, please.

8          Q.    Sure.  You testified that you -- you and

9     your wife have gone out to Brooklyn.  You have got

10    family there.  You know, in the last five years, how

11    many times would you say you've been to Phoenix?

12         A.    No, we don't have family in Brooklyn but

13    Phoenix.

14         Q.    Oh, Phoenix, Phoenix.

15         A.    Right.  But Phoenix, I don't know, since

16    2017, I would have to look back exactly, but I know

17    we increased it after -- my dad has been there a long

18    time, but we started going out there more I would say

19    20 -- 20, I don't know, 19 or so so.  As far as how

20    many times, I couldn't tell you.  I would have to

21    look back.  We go there a few times a year at least

22    so.

23         Q.    Okay.  And in addition to seeing your --

24    your dad, do you also, you know, do other activities

Charles McFadden

38

1    while you are out there?

2         A.   Yes.

3         Q.   I've never been to Phoenix.  Do you have

4    a good time when you go out there?

5         A.   Yes.

6         Q.   Other than Phoenix, Brooklyn and Vegas,

7    have you been anywhere else in the last five years?

8         A.   Yes.

9         Q.   For vacation?

10        A.   Yes.

11        Q.   Where else?

12        A.   Went to San Francisco, been to San

13   Antonio to River Walk.  Where else?  And we've been

14   to Manhattan, so we've been a lot of places here.

15   You know, like I said, since 2019 I would say so.

16        Q.   Yeah.  All those, San Francisco, San

17   Antonio, Manhattan, all pleasure?

18        A.   All pleasure.

19        Q.   Okay.  And all with your wife?

20        A.   Yes.

21        Q.   And it sounds like you like to travel.

22   Prior to all this happening with your wife in 2017,

23   did you guys -- did you guys travel a lot before that

24   too?

Charles McFadden

39

```
 1          A.   We traveled some, yes.
 2          Q.   Have you -- has the travel increased in
 3    the last few years?
 4          A.   Just since 2019.
 5          Q.   Okay.  Any particular reason?
 6          A.   You know, my -- you know, I work for the
 7    airlines, so it makes it easier and then trying to
 8    make -- make a point to travel and try to be happy,
 9    you know, so I think -- I think that those are the
10    main reasons.
11          Q.   Okay.  That makes sense.  I assume that,
12    you know, traveling around the country makes you
13    happy, makes your wife happy; is that fair?
14          A.   Yes.
15          Q.   We talked about T.V. shows.  We talked
16    about travel.  One of the other things you mentioned
17    was that you guys like to see the same type of shows.
18    Are you talking about something other than T.V.?
19          A.   Yes.
20          Q.   And what are you talking about?
21          A.   Comedy shows.  What else?  When we went
22    to Vegas, we saw John Legend, music artists.  What
23    else?  Movies, things like that.
24          Q.   Do you guys go to a lot of concerts?
```

Charles McFadden

40

1    A.   No, no, not a lot, just if we find

2    someone -- hear about someone we may want to see,

3    then we will.

4    Q.   You got to see John Legend in Vegas?

5    A.   Yes.

6    Q.   You like -- you mentioned you like

7    comedy.  Did you guys go to the Funny Bone a lot?

8    A.   Not a lot, no.  Actually I can't remember

9    the last time we went to the Funny Bone, but we have

10   been there a couple times, I think, so.

11   Q.   A couple times in the last couple of

12   years?

13   A.   No, no, not -- it's been much longer ago

14   than that so.

15   Q.   Part of that because during COVID I don't

16   know how much was going through Funny Bone.  Is there

17   anywhere else you guys like to watch comedy?

18   A.   No.  Maybe on Netflix but that's all, so.

19   MR. SCHLEIN:  So I am keeping things

20   clear, are you asking about 2017 to present these

21   questions or just kind of more generally?

22   MR. BERNHART:  Well, yes, I am talking

23   about, you know, recently.

24   MR. SCHLEIN:  Okay.

Charles McFadden

41

1      Q.   Prior -- prior to seeing John Legend in

2   Vegas, what was the last concert you and your wife

3   saw?

4      A.   We saw Lionel Richie in Vegas.

5      Q.   In Columbus?

6      A.   No, in Las Vegas.

7      Q.   When was that?

8      A.   I can't remember.  I don't know.  It

9   might have been 2020 I'm thinking because of COVID

10  and everything.  Actually I think -- well, I can't

11  remember exactly when it was.

12     Q.   Have you been to Las Vegas more than once

13  in the last few -- in the last five years?

14     A.   Yes.

15     Q.   How many times have you been to Vegas in

16  the last five years?

17     A.   I think three times.

18     Q.   All for pleasure?

19     A.   Yes.

20     Q.   You and your wife?

21     A.   Yes.

22     Q.   So on all these trips that you go on with

23  your wife, does anyone else go with you?

24     A.   No.

Charles McFadden

42

1      Q.   Is there anything else you and your wife

2  like to do -- that you like to do together we haven't

3  discussed?

4      A.   Nope.

5      Q.   Are there any -- are there any activities

6  that your wife does that you don't enjoy doing so you

7  let her do those on her own time?  Does that make

8  sense?

9      A.   Say that again now.

10      Q.   Is there -- does -- is there things that

11  your wife likes to do that maybe you don't like to do

12  so she does them, you know, by herself or with other

13  friends?

14      A.   She likes -- she likes helping people a

15  lot, you know, in whatever way she can so, I don't

16  know, in different ways so.

17      Q.   You and your wife are close, aren't you?

18      A.   Yes.

19      Q.   Have you and your wife moved since 2017,

20  moved residences?

21      A.   Yes.

22      Q.   When did you move?

23      A.   We moved in -- just two years ago.

24      Q.   2020.  So is that the current residence

Charles McFadden

43

1    you two live in together?

2           A.    Yes.

3           Q.    Did you move outside of Columbus?

4           A.    Yes.

5           Q.    To a nice new house, I hope?

6           A.    Yes.

7           Q.    Bigger house?

8           A.    Yes.

9           Q.    Who does the cooking in the household?

10          A.    We both -- we both -- we both cook, but I

11   cook more, a lot more so.

12          Q.    Do you guys cook together?

13          A.    Sometimes.

14                MR. SCHLEIN:  If you ask who the better

15   cook is, you might get him in trouble.

16          Q.    I won't ask that.  You guys cook together

17   sometimes.  Who does the cleaning in the house?

18          A.    I would say I do.  I do most of the

19   cleaning.

20          Q.    Going back to cooking, is that something

21   you and your wife have always liked to do together?

22          A.    No, huh-uh, no.

23          Q.    Something more -- that's something more

24   recent that you've been doing together?

Charles McFadden

44

1          A.   Correct, yes.

2          Q.   Okay.  Is that something that started in

3     the last few years?

4          A.   Cooking together more?

5          Q.   Uh-huh, yes.

6          A.   Yes, yes.

7          Q.   And, I'm sorry, I just asked this.  Who

8     does the cleaning in the house?

9          A.   I would say I do the majority of the

10    cleaning.

11         Q.   Who does the laundry?

12         A.   We both do our own laundry so.

13         Q.   That sounds like you guys, you know,

14    share in the household chores; is that fair to say?

15         A.   I would say I do more of the household

16    chores, just Melissa -- she's so busy and just, you

17    know, consumed, tied up with other things, so I would

18    say more me than her.

19         Q.   You mentioned that, you know, over the

20    last few years you've been -- you know, you've been

21    traveling more.  You started cooking together.  Has

22    everything that your wife has been through brought

23    you guys closer together?

24         A.   I believe we've always been close

Charles McFadden

45

1   together.  You know, so I wouldn't say it brought us

2   closer; but, you know, I've been more sympathetic,

3   you know, just trying to support her with everything

4   so.

5           Q.   And you supported her through everything

6   she's went through, correct?

7           A.   Yes.

8           Q.   And when I say all she's went through,

9   I'm talking about, you know, with the City, you know,

10  with the investigation, with the recommended

11  termination, and all of that.  You've been supportive

12  of her?

13          A.   Yes.

14          Q.   Who does the grocery shopping?

15          A.   Same type of -- as before, I do the

16  majority of it, but sometimes we will shop together.

17          Q.   Okay.

18          A.   Or we'll --

19          Q.   Weekends?

20          A.   Mainly weekends, yes.

21          Q.   Yeah.  You guys go to Costco or anything

22  like that?

23          A.   Yep, Costco, yes.

24          Q.   Do you guys like to go there together?

Charles McFadden

46

1          A.   Yes.

2          Q.   Okay.  You and your wife have a regular

3    sex life?

4          A.   Yes.

5          Q.   Has that changed since 2017?

6          A.   Yes.

7          Q.   How has it changed?

8          A.   Well, only -- it's more now, you know,

9    than -- than it was before, you know, so.

10         Q.   That seems to be like the common theme

11   that, you know, just may have drawn you even closer

12   together through all this?

13         A.   No.  It's like I said before, just we've

14   always been close but, you know, if -- when something

15   is going through her head, when she's consumed with

16   something, Melissa, when she's tied up with -- if her

17   mind is not right, then she just doesn't feel like it

18   basically and didn't feel like it at all pretty much

19   so.

20         Q.   Now you guys are -- have a

21   pretty intimate -- more intimate than ever now, would

22   you say?

23         A.   Yes.

24         Q.   Okay.  Do you have knowledge regarding

Charles McFadden

47

1    your wife -- your wife's history of medical treatment

2    or mental health treatment?

3            A.   I'm not sure what you are asking when you

4    say do I have knowledge of it.  Did I -- I am not

5    sure what you are saying.

6            Q.   Why -- you know, since you've been

7    married, I mean, you'd know if she suffered an

8    injury; is that fair to say?

9            A.   Yes.

10           Q.   That's not something she would hide from

11   you; is that correct?

12           A.   Correct.  Yes.

13           Q.   She -- she suffered a shoulder injury in

14   2017, right?

15           A.   Yes.

16           Q.   Do you know if since -- since March of

17   2017, has your wife received any mental health

18   treatment?

19           A.   Yes.

20           Q.   Who did she have mental health treatment

21   through?

22           A.   We had -- Melissa had the therapist that

23   she would go and talk with provide -- through our

24   United Healthcare so.

Charles McFadden

48

1          Q.   Did you ever go with her to any of those

2    sessions?

3          A.   No, huh-uh, no.

4          Q.   Have you and her attended any therapy

5    together since 2017?

6          A.   Yes.

7          Q.   But couple's counseling?

8          A.   No.

9          Q.   What type of therapy have you attended

10   together?

11         A.   What was it?  Just dealing with our son

12   at the time.

13         Q.   Was it with a psychiatrist or

14   psychologist?

15         A.   Right, not the type that prescribes

16   medicine, the other type so.

17         Q.   Psychologist.

18         A.   Psychologist, right.

19         Q.   So was -- was that dealing with

20   difficulties you were having with your son?

21         A.   Yes.

22         Q.   Okay.  Does your son live with you guys?

23         A.   No.

24         Q.   Okay.  When did -- when did he last live

Charles McFadden

49

1    with you?

2          A.    Let's see, I believe it was 20 -- I think

3    2018 is when he last lived with us.

4          Q.    Have you had difficulties with him since

5    he's left, since he's moved out?

6          A.    No.

7          Q.    So the therapy sessions that you and your

8    wife attended together regarding your son, was that

9    prior to him moving out?

10         A.    Yes, yes.

11         Q.    So it would have been prior to 2018?

12         A.    Yes.

13         Q.    Or leading into -- between March of 2017

14   and 2018 when he moved out, is that a time frame that

15   you were attending therapy with your wife regarding

16   your son?

17         A.    Yes.

18         Q.    Do you recall the name of the therapist?

19         A.    Dr. Warren Bertner.

20         Q.    Is he affiliated with some -- with a

21   group?  Do you know?

22         A.    No.

23         Q.    What were the difficulties that you were

24   dealing with?

Charles McFadden

50

1          A.    With?

2          Q.    With your son.

3          A.    Think here.  Just a little bit of

4    defiance, not wanting to do his -- his school work,

5    staying out, not telling us where he was at times,

6    things like that.

7          Q.    I've got a son, and I deal with similar

8    issues.  I can imagine that's, you know, a great

9    source of stress on both of you or that was a --

10         A.    Yes, yes.

11         Q.    Yeah.  Did he graduate high school?

12         A.    Yes.

13         Q.    Is your son married?

14         A.    No.

15         Q.    Does he live in Columbus?

16         A.    No.

17         Q.    Columbus area?

18         A.    No.

19         Q.    No?  Where does he live?

20         A.    He lives just outside Glendale, Arizona.

21    I can't remember the city.

22         Q.    When did he move there?

23         A.    I believe he moved there in 2022 -- or,

24    I'm sorry, this is 2022.  I want to say last -- early

Charles McFadden

51

1    last year.

2           Q.    Prior to that was he living in the

3    Columbus area?

4           A.    Yes.

5           Q.    So he moved out in 2018 and lived in the

6    Columbus area for a few years after that.  During the

7    last few years, have you regularly seen him?

8           A.    Not regularly.  You know, not every day

9    if that's what you mean by regularly so.

10          Q.    Did he move out after he graduated high

11   school?

12          A.    Yes.

13          Q.    Did he live with you and Melissa all

14   throughout high school?

15          A.    No.

16          Q.    Who did he live with?

17          A.    His last year he lived with my dad out in

18   Arizona.

19          Q.    Did you have -- prior to that did you

20   have full custody of your son?

21          A.    Yes.

22          Q.    And prior to moving out to Arizona the

23   last year of high school, had he lived with you and

24   Melissa up until that point?

Charles McFadden

52

1          A.    I'm sorry.  Say that again.

2          Q.    Sure.  Prior to him moving to Arizona or

3    to live with your dad, you said.

4          A.    Yes.

5          Q.    Was that in Arizona?

6          A.    He -- I'm not sure I am understanding

7    your question.

8          Q.    Let me go back.  You said he graduated

9    high school.

10         A.    Correct.

11         Q.    Where did he graduate from?

12         A.    He graduated without -- he graduated from

13   Independence High School in Glendale, Arizona.

14         Q.    Okay.

15         A.    I believe it was that last -- his last

16   year 2018 so.

17         Q.    Prior to moving out to Arizona, was he

18   living with you and Melissa?

19         A.    Yes.

20         Q.    And was one of the reasons or the primary

21   reason for him moving out to Arizona to live with

22   your dad the difficulties that you had with him here

23   in Ohio?

24         A.    Yes.

1     Q.   Is that something that your son -- that
2  you kind of always dealt with throughout his life?
3     A.   No.  I wouldn't say that, no.
4     Q.   High school years?
5     A.   Not freshman year but maybe the middle
6  years.
7     Q.   Sophomore, junior years?
8     A.   Right, correct.
9     Q.   I know that Melissa wasn't the biological
10 mother of your son, but for all intents and purposes,
11 was she his mother?
12    A.   Yes.
13    Q.   Did he call her mom?
14    A.   Yes.
15    Q.   Did she ever -- did she have a close
16 relationship with him?
17    A.   Yes.
18    Q.   Was that a difficult decision letting him
19 move to Arizona to live with your dad?
20    A.   Yes.
21    Q.   How often did you guys have counseling
22 sessions with Warren -- is it Bertner?
23    A.   Bertner, yeah.
24    Q.   How often were you seeing Dr. Bertner?

Charles McFadden

54

1          A.    I think we saw him once -- I don't know

2     if it's once -- once every other week.  It might have

3     been a couple times a month.

4          Q.    And were all of those sessions -- did

5     your son attend with you?

6          A.    Yes.

7          Q.    So you and your wife and your son

8     attended?

9          A.    Yes.

10          Q.    Were you seeing Dr. Bertner a couple

11     times a month for a couple years?

12          A.    I would say off and on.  I can't remember

13     when we started seeing him, but it was off and on.

14          Q.    Okay.  Other than Dr. Bertner, you said

15     that your wife also treated with another doctor

16     through United Healthcare?

17          A.    Yes.

18          Q.    Do you know the name of that doctor?

19          A.    I think the name was Dr. Tarpey or

20     Tarpey, something like that.

21          Q.    And you never attended any of those

22     sessions with Dr. Tarpey?

23          A.    No.

24          Q.    Other than Dr. Tarpey or Dr. Bertner, did

55

1    your wife have any other mental health treatment

2    since 2017?

3              MR. SCHLEIN:  Sorry.  Are you asking --

4    you broke up on me a little bit.  Did you say medical

5    or mental?

6              MR. BERNHART:  Mental, mental health

7    treatment.

8         A.   Trying to think.  Not that I know of.

9         Q.   Did you have any other mental health

10   treatment since March -- since 2017?

11        A.   No.  Oh, wait.  I'm sorry.  Did I?  No, I

12   haven't, no.

13        Q.   Okay.  Did you yourself see Dr. Tarpey?

14        A.   I saw -- I think I did see her one time,

15   yes, about Isaiah, about our son.

16        Q.   About your son.

17        A.   Yeah.

18        Q.   Do you know whether why Dr. Tarpey ever

19   diagnosed Melissa with any mental health condition?

20        A.   I don't know.  I'm not sure.

21        Q.   Do you know -- do you know whether

22   Melissa received mental health treatment at any point

23   in your marriage prior to 2017?

24        A.   I'm not sure.  I don't know for sure.  I

Charles McFadden

56

```
1    don't think so.  I don't know.
2         Q.   Were you guys seeing -- were you guys
3    seeing Dr. Bertner with your son prior to everything
4    that happened with your wife at work?
5         A.   You said were we seeing him -- I'm sorry.
6    Say that again.
7         Q.   Prior -- yeah.  Were you seeing him for
8    issues involving your son prior to March of 2017?
9         A.   It was just about our son so.
10        Q.   Okay.  So before and after everything
11   that happened at work?
12        A.   Just -- just before -- well, I would have
13   to look -- I would have to write down the dates and
14   all, but it was mainly about our son, you know,
15   before he ended up leaving.
16        Q.   Have you and your wife ever been to
17   marriage counseling?
18        A.   Yes.
19        Q.   When was the last time you went to
20   marriage counseling?
21        A.   I am trying to think.  '8, 2010.  I know
22   it was after 2010 but before all this stuff happened,
23   before 2017, so I can't remember the exact year it
24   was or time frame so.
```

Charles McFadden

57

1      Q.   What --

2      A.   Sometime --

3      Q.   Your son graduated --

4      A.   I'm sorry.  I was saying --

5      Q.   Your son --

6      A.   -- so --

7      Q.   Your son graduated from high school in

8   2018, correct?

9      A.   Correct.

10     Q.   So he would have -- you said he moved out

11  to your -- to live with your dad in the year prior to

12  graduating, correct?

13     A.   Correct.

14     Q.   So that would have been in 2018 as well?

15     A.   When he moved?

16     Q.   Yes.

17     A.   He was with my dad for his last year of

18  school, so he graduated 20 -- 2018 because he's --

19  let's see, he's -- let me write -- I have to write it

20  down.  Hold on a second.

21          Okay.  I'm sorry.  Ask me the question

22  again.

23     Q.   Sure.  Your son graduated high school in

24  2018, correct?

Charles McFadden

58

1      A.   Actually it would have been 2019 when he

2    graduated because he's -- he was born in 2000, so he

3    graduated at 18 years old so.  I don't know.  I'm

4    getting my dates all mixed up.

5      Q.   Are you looking at your phone right now?

6      A.   No.  I am writing down what -- what

7    time -- like, see, he was born in 2000 so 2020 -- I

8    am just trying to figure out exactly when so I can

9    give you accurate -- accurate dates.  I can't

10   remember.  I have to -- I have to look exactly when.

11   I know you are trying to pinpoint dates, but it was

12   2018-2019 when he graduated so.

13     Q.   Okay.

14     A.   I would have to look back when we went to

15   his graduation so, yeah.

16     Q.   Okay.  And he lived with your dad the

17   last year of high school?

18     A.   Correct.  Right.

19     Q.   And he lived with you and Melissa his

20   sophomore and junior years in high school?

21     A.   Everything before that, everything.

22     Q.   Everything before that.  And it was his

23   sophomore and junior years that you had the most

24   difficulty with him?

Charles McFadden

59

```
1        A.    Yes, I would say that, yes.

2        Q.    Okay.  Sir, are you at your house right

3   now?

4        A.    Yes.

5        Q.    Is anyone there with you?

6        A.    Yes.

7        Q.    Melissa is there.  I see her waving.

8        A.    Yes.  She's in another room, yes.

9        Q.    She is in another room?

10       A.    Yes.

11       Q.    Has she texted you during this

12  deposition?

13       A.    I don't have my phone on me so.

14       Q.    Okay.  Is your phone not in the room with

15  you?

16       A.    No, huh-uh.

17       Q.    Okay.  I know I asked this already, and

18  you were looking for a date.

19       A.    Yeah.

20       Q.    You and your wife -- you and your wife

21  attended marriage counseling.  You believe it was

22  sometime between 2010 and 2017?

23       A.    Correct, yes.  Possibly, yes.

24       Q.    It was -- it was before everything
```

Charles McFadden

60

1   happened at work with her?

2        A.   Yes.

3        Q.   And why did you attend marriage

4   counseling?

5        A.   It all goes back to just with our son,

6   just, you know, disagreements on, you know -- on, you

7   know, what -- what she might have thought was wrong

8   and I might have thought was not so wrong and vice

9   versa.

10       Q.   I know I asked you if your wife was

11  texting you, and you told me you didn't have the

12  phone in the room with you.  Has she been

13  communicating with you on the computer during this

14  deposition?

15       A.   No, no.  I don't even know how to do that

16  because I don't want to lose my screen.  I'm tech

17  savvy, but I don't know how to do that while I'm, you

18  know, talking on Zoom so.

19       Q.   Okay.  Fair to say your son was a great

20  source of contention in your marriage?

21       A.   No, I wouldn't say that, no.  I wouldn't

22  say a great source of contention, no.

23       Q.   But did cause problems, enough that you

24  attended marriage counseling with your wife?

Charles McFadden

61

1          A.    Yes.

2          Q.    Who was the marriage counselor?

3          A.    I can't remember.  I think we went to --

4    I can't remember the names.  It was more important

5    about our son, just getting him -- just getting him

6    together, just getting him right.

7          Q.    Did he attend the marriage counseling

8    with you guys?

9          A.    No, huh-uh.

10         Q.    How often did you attend counseling?

11         A.    Marriage counseling was I think we went a

12   few times but not -- it wasn't like an ongoing

13   long-term -- I don't even know how people do marriage

14   counseling, like once -- I don't know what people do.

15   We only went a few times because our marriage -- you

16   know, I think our marriage is better than most

17   actually for the most part so.

18         Q.    Do you consider you and your wife

19   religious?

20         A.    Yes, yes, definitely.

21         Q.    You guys go to church?

22         A.    We don't attend a church, so we don't --

23   no.  We don't attend a church I should say regularly

24   so, but we have attended a consistent church in the

                                                          62

1    past so.

2         Q.   And when was that?  When were you

3    consistently attending church?

4         A.   I would say it's been a long time.  Going

5    back a while so.  Let's see.  Let's see, 2019.  Let

6    me think here.  2019.  I want to say it's before

7    COVID so what was COVID 2020?  So I would say

8    probably 2019 and before that.

9         Q.   So prior to moving?

10        A.   Yes, yeah.

11        Q.   What church did you attend?

12        A.   Corinthian Missionary Baptist Church.

13        Q.   Did you and your wife have a close

14   relationship with the pastor?

15        A.   My wife knows him better than I do.  So I

16   would say she has a close relationship with him.  I

17   can't say I do so.

18        Q.   Do you know whether she ever went to him

19   for support for the things she was dealing with at

20   work?

21        A.   I'm not sure that she did.

22        Q.   Did you ever go with her to meet with

23   him?

24        A.   No, huh-uh.

Charles McFadden

63

1          Q.   You know, we touched on it just a bit

2     earlier, you said that you know after -- after the

3     events in March of 2017, you noticed some changes

4     with your wife, that, you know, she had a hard time

5     focusing.  Are there any other changes that you

6     can -- you can tell me about that occurred with your

7     wife, you know, after the events of March of 2017?

8          A.   Yeah, there are a lot of things actually.

9     Just, you know, she was wanting to, you know, sleep a

10    lot.  You know, she had never gotten -- it's weird.

11    She had never gotten gout before.  And now she's

12    just -- different medical issues, you know, all of a

13    sudden started to, you know, sort of happen, you

14    know, things like I said with her -- things like that

15    so just -- like I said, just --

16         Q.   So you --

17         A.   Go ahead.

18         Q.   You mentioned gout.  Is there any other

19    medical condition that is -- that she suffered, you

20    know, since March of 2017 other than gout and her

21    shoulder injury?

22         A.   Well, I mean, it's a medical issue, just

23    I think it's called insomnia.  There were times she

24    couldn't sleep at all and then there were times she

Charles McFadden

64

1    just wanted to stay in the bed asleep so depression.

2    You know, how many --

3            Q.    Has she ever --

4            A.    Well, let me finish what I was going to

5    say.  I don't know if there is a medical term for

6    being like consumed with what's going on, you know,

7    maybe anxiety but not in a way that most people

8    experience anxiety.  And I see it a lot with being a

9    paramedic.  I would say she was very anxious of -- as

10   far as what was going on, just being consumed with it

11   all so.

12           Q.   Did she ever receive a medical diagnosis

13   of anxiety?

14           A.   I don't know if her doctors, you know,

15   labeled it as that.  I don't know.  But I could see

16   it but that's just me so.

17           Q.   Did she ever receive a medical diagnosis

18   of depression?

19           A.   I can't -- I can't say for sure.  I don't

20   know.  Same with that I'm not sure.

21           Q.   Did she ever receive a medical diagnosis

22   of insomnia?

23           A.   I don't think so, but I know that she was

24   taking melatonin to help her sleep and so that's

Charles McFadden

65

 1    something I don't -- I think you can get that over

 2    the counter.  I think so.

 3         Q.   So other than over-the-counter melatonin,

 4    do you know whether she was prescribed any

 5    medications by Dr. Tarpey?

 6         A.   I don't know.  I don't know if there is

 7    any.

 8         Q.   Do you know if she -- if she's taken any

 9    medications for mental health -- for mental health

10    care since March of 2017?

11         A.   I don't think so.  I don't think she has.

12    I see a lot of her meds, but I don't think that she

13    has.

14         Q.   Okay.  Do you think she would talk to you

15    about that or that you would know if she was taking

16    medicine to treat for anxiety or depression?

17         A.   Yeah, I think I would know, yeah.  I

18    believe I would know that.  We sleep in the same

19    bedroom so.

20         Q.   I know that your wife is back to work and

21    this is kind of in the past.  Have those issues, you

22    know, relieved?  Is she better now?

23         A.   I believe she's better mentally but, you

24    know, again, I know this as a paramedic, but the

Charles McFadden

66

1    damage is already done.  One other thing, blood

2    pressure, hypertension is another issue that's gotten

3    worse so.  But, you know, she's better mentally, I

4    believe, now but, you know, so.  That --

5         Q.   Has she been diagnosed with high blood

6    pressure?

7         A.   Yes.

8         Q.   Was that prior to March of 2017?

9         A.   I believe that -- I believe -- I'm sorry.

10   Ask me that question again one more time.

11        Q.   Sure.  Has she had high blood pressure

12   since before 2017?

13        A.   Okay.  Yeah, she has had high blood

14   pressure for a while, but then when doctors

15   prescribed an additional medication just because it

16   needs to be controlled in a -- whether it's some

17   other part of your body or something so she -- she's

18   on additional -- from what I understand additional

19   high blood pressure medicine now so.

20        Q.   Do you and your wife -- do you and your

21   wife share the same family doctor?

22        A.   Yes.

23        Q.   Who is your family doctor?

24        A.   Dr. Jeffrey Meiring.

Charles McFadden

67

1      Q.   Any way you can spell the last name?

2      A.   Yeah.  M as in Mary E-I-R-I-N-G.

3      Q.   And you believe that Dr. Meiring has

4  increased or added an additional blood pressure

5  medication to her regimen?

6      A.   This would be one of her other doctors

7  in -- I can't remember the doctor's name but not

8  Dr. Meiring so one of her other doctors.

9      Q.   Are you aware of -- other than the blood

10  pressure medication, are you aware of any other

11  prescribed medications for any condition, whether

12  it's mental health or physical, that your wife has

13  been prescribed since March of 2017?

14      A.   You said other than what again?

15      Q.   Other than the blood pressure medication.

16      A.   The gout medication that I spoke of

17  earlier.

18      Q.   Okay.  Anything else?

19      A.   Let's see, she's on -- she takes -- well,

20  you know, I guess I don't feel comfortable telling

21  you her medical, you know, information.  I would

22  rather her tell you that, so I don't know if you can

23  ask me in a more general way so.  I would rather her

24  tell you her medical.

Charles McFadden

68

1      Q.   Well, we've talked about gout.  We've

2    talked about blood pressure.

3      A.   Right.

4      Q.   I know she had a shoulder injury --

5      A.   Right.

6      Q.   -- in 2017.  Are there any other medical

7    conditions that she's suffered since March of 2017

8    that you are aware of?

9      A.   There are.  I just -- like I say, I don't

10    know if I'm -- I don't know if Sam can jump in.

11           THE WITNESS:  Am I okay to say her --

12           MR. SCHLEIN:  Yeah.  You got -- that's a

13    reasonable question for Mr. Bernhart.

14      A.   Okay.  Well, she's on dialysis now so

15    there is meds that have to go along with that, a lot

16    of meds and different things so, you know.

17      Q.   So dialysis.  When did that begin?

18      A.   That began I think -- let's see, moved

19    here 2020.  I would say -- I believe it was last

20    year, last year.

21      Q.   I imagine that's a cause of stress on --

22    on her?

23      A.   Actually it has been making her feel

24    better so.  A little nervous at first but it's making

1     her feel better so.

2          Q.   Do you know what the underlying medical

3     condition was behind needing dialysis?

4          A.   Yeah.  That's from, my understanding, you

5     know, with -- that's, you know, because of -- well,

6     one of the reasons because of that high blood

7     pressure, you know, when your kidneys are dealing

8     with that stressor, then if things aren't corrected

9     in your body, then that can be one of the -- one of

10    the down the road type of issues that you may have

11    so.

12         Q.   Okay.  Has your wife suffered any other

13    medical conditions that you haven't already told me

14    about since March of 2017?

15         A.   Gout, the high blood pressure, the

16    dialysis.  No, that's all.  That's all.

17         Q.   When your wife goes to her doctor, do you

18    attend with her?

19         A.   When she goes to her doctors in

20    Cleveland, I do, yes.

21         Q.   What doctors does she have in Cleveland?

22         A.   Yeah, I can't remember those doctors'

23    names.  She has two or three different doctors in

24    Cleveland.

Charles McFadden

70

1          Q.   Is that who she treats for the blood
2     pressure and dialysis?
3          A.   Yes, yes, yes.
4          Q.   And was she seeing those doctors prior to
5     March of 2017?
6          A.   Yes, yes.
7          Q.   During the course of the administrative
8     investigation of your wife, are you aware or do you
9     know that the investigator spoke with more than 20
10    police officers about your wife?
11               MR. SCHLEIN:  Objection.  This isn't
12    relevant to damages.
13               MR. BERNHART:  Well, we believe it goes
14    to stressors; and, you know, stressors would be a
15    direct causation of damages.  We think it is
16    relevant.
17               MR. SCHLEIN:  I mean, I will let him
18    answer yes or no but, you know, anything beyond that
19    I think is beyond the scope.
20               MR. BERNHART:  I am not asking anything
21    beyond that right now.
22               MR. SCHLEIN:  You can answer yes or no to
23    that.
24          A.   Okay.  Can you ask again, please?

Charles McFadden

71

1          Q.   Sure.  Are you aware during the course of

2     the administrative investigation that the

3     investigators spoke with more than 20 -- more than 20

4     other Columbus Police officers?

5          A.   No.

6          Q.   Did your wife discuss with you what was

7     going on during the investigation?

8          A.   Yes.

9          Q.   Keeping you, you know, in the loop on?

10         A.   I wouldn't say keeping me in the loop.

11    She would talk a little bit about it but, you know,

12    not every day discussion on here is the latest

13    update, nothing like that so, but I was aware.

14         Q.   Was the -- was the investigation of your

15    wife stressful on her?

16         A.   Yes.

17         Q.   And when the Chief of Police Kim Jacobs,

18    when she recommended your wife be terminated, I

19    imagine that was stressful on her; is that fair?

20         A.   Yes.

21         Q.   Are you aware that your wife published a

22    book alleging systemic racism within the Columbus

23    Division of Police?

24         A.   Yes.

Charles McFadden

72

1          Q.    Did you have any role in writing the
2    book?
3                MR. SCHLEIN:  Objection.  That's totally
4    irrelevant to damages.  I am going to instruct him
5    not to answer that.
6          Q.    Sir, the book that your wife published,
7    she published it in September of 2020; is that
8    accurate to the best of your knowledge?
9          A.    Yes.
10         Q.    Did you observe her writing the book at
11   home?
12         A.    I was -- I was home; but, you know, I was
13   doing other things so.  When you say observe, like
14   what do you mean exactly?
15         Q.    Sure.  She wrote a book.
16         A.    Right.
17         Q.    It's a pretty lengthy book.  Published in
18   September of 2020.  Did you observe her writing this
19   book while she was off duty at home?
20         A.    I guess the best way I can answer that I
21   was here, but I'm doing what I am doing at home, you
22   know.  I'm cleaning, fixing things so not -- I knew
23   she was doing something; but, no, I wasn't listening
24   word by word or, you know, I just wasn't part of

Charles McFadden

73

1    the -- I just, you know, so.

2         Q.   I'm looking behind you, and I am assuming

3    that you are in some type of home office; is that

4    fair?

5         A.   Yes.

6         Q.   Is that a home office that you share with

7    your wife?

8         A.   Yes.

9         Q.   So when she needs to be in the office,

10   the home office, you know, she uses it and the same

11   with you; is that fair?

12        A.   Yes.

13        Q.   Okay.  Did she write the book primarily

14   in that home office?

15        A.   You know, again, I'm not sure.  You

16   know -- you know, she -- she may have been here at

17   times.  You know, Melissa is very busy, so she does

18   stuff anywhere.  It could be the bedroom, the family

19   room; so, you know, I don't know where exactly that

20   she was writing -- doing the -- but I knew she was.

21   I just didn't -- I don't know where exactly.

22        Q.   Does she have a laptop?

23        A.   Yes.

24        Q.   Did she write it on her laptop?

Charles McFadden

74

1          A.    I couldn't tell you.  I'm not trying to
2    be difficult.  I don't know how she did it.
3          Q.    Sure.  Maybe the better question is did
4    you ever observe her or know that she was, you know,
5    in a separate room writing the book on her laptop?
6          A.    I knew she was writing it, yes.
7          Q.    Okay.  Did she spend a lot of time
8    writing it?
9          A.    Yes.  Yeah.
10          Q.    I imagine that it was a lot of time and
11    effort; would you agree?
12          A.    Yes.
13          Q.    Do you know when she started writing the
14    book?
15          A.    No, I am not sure when it all began.  I
16    knew she was, but I'm not sure when -- like the first
17    day of writing it though.
18          Q.    Do you know if she started writing it
19    after the events in March of 2017 or before?
20          A.    It definitely wasn't before so, you know.
21          Q.    Sometime after?
22          A.    Yeah, sometime after, right.
23          Q.    And while she was writing the book, were
24    you aware of, you know, the subject that she was --

Charles McFadden

75

1    generally what she was writing on?

2         A.    Just in general.  Until I read it, I

3    didn't know what -- what exactly she was going to put

4    in there.

5         Q.    You know, did your wife -- did her

6    publishing the book have any effect or impact on your

7    marriage?

8         A.    No.

9         Q.    Are you aware that your wife has spoken

10   at community events discussing racism within the

11   Columbus Division of Police?

12        A.    Yes.

13        Q.    Have you ever attended any of those

14   events with her?

15        A.    Yes.

16        Q.    Would you say you -- you regularly attend

17   those events with her?

18        A.    When you say regularly, like what do you

19   mean?  Like all of them or what do you --

20        Q.    Yes.  Have you attended all of the

21   events, the community events, that your wife has

22   spoken at detailing, you know, her belief, perception

23   of racism -- racism within the Division of Police?

24        A.    No, not all.

Charles McFadden

76

1      Q.   Most of them?

2      A.   Somewhere in the middle, not even most

3   but, you know, she's done a lot of events, a whole

4   bunch of events so.

5      Q.   Right.

6      A.   So not all.

7      Q.   You are aware that your wife has been --

8   has continued to be an outspoken critic of the

9   Columbus Division of Police over the past few years;

10  is that fair?

11     A.   Yeah.

12     Q.   And you talked earlier about, you know,

13  when you -- when Melissa, you know, is involved in

14  something, that she's, you know, almost overly

15  consumed with it.  You know, is that -- you know, in

16  her dealing and her perception of racism within the

17  Columbus Division of Police and her outspokenness on

18  that, would that fall within that category?

19     A.   I'm sorry.  That's a long question.

20     Q.   Sure.  I will try to break it down.

21     A.   Okay.

22     Q.   Your wife is a critic of the Columbus

23  Division of Police, specifically with respect to her

24  perceived, you know, racism within the Division of

Charles McFadden

77

1    Police, correct?

2          A.   Correct, yes.

3          Q.   Is that -- that something that greatly

4    consumes, you know, her interest and attention?

5          A.   Not -- not as much as it used to but I

6    would say then, yes, definitely, definitely because

7    she's in the middle of a fight so, you know.

8          Q.   And when you say she used to, are you

9    talking about just a couple years ago?

10         A.   I am saying 2017 when things started

11   getting bad, that's when it consumed her and, you

12   know, took her main attention, yes.

13         Q.   And she was an outspoken critic, you

14   know, particularly at that time, correct?

15         A.   I think it was shortly after that maybe.

16         Q.   2018, 2019?

17         A.   Right, right, yes, yes.

18         Q.   That's when she was speaking at a lot of

19   events, correct?

20         A.   Correct.

21         Q.   Okay.  Are you aware that your wife has

22   filed additional EEO claims against the Columbus --

23   or against the City of Columbus and its officials?

24         A.   Yes.

Charles McFadden

78

1          Q.   Okay.  Your wife was on injury leave as
2     she injured her shoulder in 2017, correct?
3          A.   Yes.
4          Q.   Do you know how long she was out of work?
5          A.   I can't remember exactly.  You know, I
6     can't remember if it was like six months or, you
7     know.  It was a good amount of time, so I just can't
8     remember how long.
9          Q.   That time she was off work, was she
10    primarily at home recovering from her injury?
11         A.   Yes.  Yeah.
12         Q.   Did you say yes?
13         A.   Yes.
14         Q.   She was also attending law school at the
15    time, correct?
16         A.   Yes.
17              MR. SCHLEIN:  Not wanting to slow your
18    roll, Paul, we have been going for a little bit
19    longer than an hour and a half.  Do you have a lot
20    more to go or is there going to be a breaking point
21    to do a restroom break?  It could be like 3 minutes.
22              MR. BERNHART:  I don't think I have more
23    than 20 or 30 minutes left but why don't we take a
24    5-minute break.

Charles McFadden

79

1          MR. SCHLEIN:  Okay.  So we'll come back

2     at 11:40?

3          MR. BERNHART:  Yep.

4          MR. SCHLEIN:  Thanks.

5          (Recess taken.)

6     Q.  Can we go back on the record.

7          Mr. McFadden, you mentioned that your

8     wife was attending law school, at least she was

9     attending classes while she was out on sick leave.

10    When did -- when did she start law school?  Do you

11    know the year?

12    A.  It was a long time.  I'm not sure of the

13    year.  Melissa had been going to school a long time

14    so.

15    Q.  Was she attending Capital Law School?

16    A.  Yes.

17    Q.  The night program?

18    A.  Yes.

19    Q.  Part-time?

20    A.  I'm not sure how -- how they do it, so I

21    don't know full-time, part-time.  I don't understand

22    all that.

23    Q.  Sure.  She started -- she started

24    attending law school prior to March of 2017, correct?

Charles McFadden

80

1      A.   Yes.

2      Q.   Okay.  She's graduated law school,

3  correct?

4      A.   Yes.

5      Q.   And she's taken the Bar Exam a few times?

6      A.   Yes.

7      Q.   And not passed yet?

8      A.   She's passed.

9      Q.   Oh, she has passed?

10     A.   Yes.

11     Q.   When did she pass the Bar Exam?

12     A.   I think it was just here recently, I

13  believe.

14     Q.   Okay.  But she took it a number of times

15  and did not pass, correct?

16     A.   Yes.

17     Q.   Did she spend a lot of time studying for

18  the Bar Exam?

19     A.   Yes.

20     Q.   Mostly at home?

21     A.   Yes.

22     Q.   And I took the Bar Exam myself, and I

23  understand it requires a lot of studying.  I imagine,

24  you know, that she spent quite a bit of time studying

Charles McFadden

81

1    over the years, over the last couple of years for the

2    Bar?

3            A.   Yes.

4            Q.   When these allegations surfaced against

5    your wife, the City or the Division of Police

6    temporarily reassigned her to the property room,

7    right?

8            A.   Yes.

9            Q.   And she wasn't happy with that, was she?

10           A.   No.

11           Q.   Caused a lot of stress on her, didn't it?

12           A.   Yes.

13           Q.   So she -- these allegations surface.  I

14   imagine -- did she tell you that allegations surfaced

15   against her at that time?

16           A.   Yes.

17           Q.   Okay.  I assume she was upset about that?

18           A.   Yes.

19           Q.   Okay.  So she was upset about the

20   allegations.  She is not happy about being

21   transferred to the property room.  You already

22   testified that she was stressed over the

23   investigation that was pending over her, correct?

24           A.   Yes.

Charles McFadden

82

1      Q.   She was stressed over the fact that the

2  Chief of Police was recommending her termination,

3  correct?

4      A.   Yes.

5      Q.   And then she had to go before the Public

6  Safety Director, and I imagine that was a source of

7  stress, correct?

8      A.   Yes.  Yeah.

9      Q.   Fear of losing her job?

10      A.   Yes.

11      Q.   And you would agree, you know, at the

12  same time frame, you know, from what it sounds like,

13  she was dealing with high blood pressure, dialysis,

14  correct?

15      A.   The high blood pressure.  Dialysis didn't

16  come until later.

17      Q.   Dealing with high blood pressure,

18  correct?

19      A.   Correct.

20      Q.   And she was treating for high blood

21  pressure at the time, correct?

22      A.   Yes.

23      Q.   And this sounds like the same time frame

24  that, you know, you were dealing with some

Charles McFadden

83

1    difficulties with your son, correct?

2         A.   The son, if you remember, that was --

3    that was his -- those are years prior so those are

4    going back so that wasn't in the same time.

5         Q.   2018 is when, you know, he moved out to

6    live with your dad, correct?

7         A.   Let's see.  See, that was like I was

8    telling you before, I am going to have to write down

9    the dates exactly when he graduated and look it up.

10   You know, I knew we flew out there to see him

11   graduate; but, you know, all I know for sure -- for

12   certain is that that was a whole separate time frame.

13   It was like the issues that we had with him, things

14   that he was doing, and then came all this, so it

15   was -- it was separate times.

16        Q.   Okay.  She's in law school at this time,

17   correct?

18        A.   Yes.

19        Q.   Writing a book at this time, correct?

20        A.   The book didn't come until I think you

21   even said 2020 so.

22        Q.   It sounds like a lot.  Would you agree

23   with me that it would be difficult to -- you know, to

24   distinguish, you know, how much, you know, one thing

Charles McFadden

84

1    caused stress over another?  Would you agree with

2    that?  They are all --

3           A.    I'm sorry.  Say that again.

4           Q.    Would you agree with me it would be

5    impossible to separate out each of these individual

6    stressors, correct?

7           A.    No, no.  I mean, we deal with stress and

8    then, you know, you -- just you have stressors and

9    then you deal with it and then another stressor is

10   coming and you deal with it.  So for us it's been

11   easy to -- for us actually it's been easy to separate

12   it all.  Now, when they do all happen at once, yeah,

13   that makes life more difficult but, no, I believe

14   it's easy to separate, you know, the stressful events

15   that you are going through at the time.

16          Q.    But we are talking about, you know, the

17   same general thing here.  We are talking about

18   allegations coming out against her; we are talking

19   about reassignment to the property room, right?

20          A.    Right, yes.

21          Q.    Talking about, you know, an internal

22   administrative investigation by IAB, correct?

23          A.    Correct.  Right.

24          Q.    Talking about the Chief of Police

Charles McFadden

85

1   recommending her termination and her facing the

2   Director of Public Safety, you know, at a hearing,

3   you know, on whether she'll keep her job.  All of

4   that was pretty stressful, correct?

5           A.   Yes, yes, that's all stressful and that's

6   all at the same time, yes.

7           Q.   Are you aware -- you testified that you

8   are aware that your wife has filed additional EEO

9   complaints against the City, correct?

10          A.   Yes.

11          Q.   Are you aware that other officers have

12  filed EEO claims against your wife?

13          A.   Yes.

14          Q.   You are aware that they are threatening

15  to sue her and the City of Columbus for creating a

16  hostile work environment?

17          A.   Yes.

18          Q.   Has she discussed those allegations with

19  you?

20          A.   Just a little bit, yes.

21          Q.   Have the two of you discussed the

22  financial impact that, you know, that lawsuit could

23  have on your family?

24          A.   Yes.

Charles McFadden

86

1     Q.   All right.  I imagine that's a source of

2  stress, correct?

3     A.   It's -- I mean, if you have put stress on

4  a level, it's -- when you know something is

5  fraudulent or not accurate, then it's not as much

6  stress as it could be so.  With that -- with that

7  piece right there, that's not -- it's stressful but

8  it's not like consumes us night and day with other --

9  with other stuff against us so.

10     Q.   Do you know where things stand with

11  respect to that EEO complaint?

12          MR. SCHLEIN:  I'm sorry.  Can you

13  describe which EEO complaint you are discussing?

14     Q.   The one that other officers, I believe

15  it's 12 other officers, have filed against your wife

16  and the City of Columbus.

17     A.   And you asked --

18          MR. SCHLEIN:  I am going to object to the

19  characterization of that as being filed because

20  throughout this there has never been any indication

21  other than the couple of media reports that anything

22  has actually ever been filed.

23     Q.   Are you aware, sir, that an EEOC

24  complaint has been filed against your wife?

Charles McFadden

87

1          A.   Yes.

2          Q.   I want to clarify, your wife attended

3     Capital Law School.  It was actually the day program

4     she was attending, correct?

5          A.   That's like I said before, I don't know.

6     You know, I don't know enough about school to know

7     day, night, half day, adult.  I don't know all that,

8     so I just know she was in Capital Law School.

9          Q.   And has she discussed these specific

10    allegations that -- at least that she's aware of that

11    these other officers are making against her?

12         A.   Yes.

13         Q.   And some of those officers are above her

14    in the chain of command, aren't they?

15         A.   Yes.

16         Q.   Your wife is back to work full-time,

17    correct?

18         A.   Yes.

19         Q.   And she's a Lieutenant with the Division

20    of Police, correct?

21         A.   Yes.

22         Q.   Are you aware of her having to take time

23    off work say in the last -- in the last six months to

24    deal with emotional -- her emotional state?

Charles McFadden

88

1        A.   You said in the last six months?

2        Q.   Yeah.

3        A.   I'm thinking last six months that's going

4   back to -- we are in May right now, since December.

5        Q.   This year, talk about this year, 2022.

6   Has your wife had to take time off work to deal with

7   emotional distress?

8        A.   No, not this year, no.

9        Q.   Is she still in therapy?

10       A.   No, huh-uh.

11       MR. BERNHART:  Sam, could we take a

12   2-minute break?  I may be about done.  Let me flip

13   through my notes.  But if we could go off the record

14   for a minute.

15       MR. SCHLEIN:  Absolutely.

16       (Discussion off the record.)

17        Q.   Can we go back on the record.

18       Mr. McFadden, you've been identified as a

19   witness who will testify regarding your wife's

20   emotional distress.  Is there anything, you know,

21   about her emotional distress that you are going to

22   testify to at trial that we haven't already talked

23   about today?

24        A.   Yes.

Charles McFadden

89

1      Q.    Okay.  And what is that?

2      A.    To me just a normal Melissa for all those

3   years that we've talked about being married and all

4   those things and seeing her at the time when this

5   happened.  Those other things would be just all those

6   emotions of being mad and angry, humiliated,

7   embarrassed, and we had media calling our house so

8   that's a lot -- those are the things that we haven't

9   talked about but I just wanted to at least put out

10  there that it was -- it was a tough time.  You know,

11  so that was just a lot to see her going through that

12  and, you know, a lot as her husband knowing there is

13  nothing I can do about it.

14          So it was just a tough time, you know,

15  with all those different things and different

16  feelings, you know, and then to unpack her health, it

17  was -- it was just terrible so.

18     Q.    And we are talking -- so I am clear, we

19  are talking about, you know, the investigation into

20  these allegations against your wife?

21     A.    Right, right, right.

22     Q.    And the threat of losing her job?

23     A.    Right, exactly.

24     Q.    And the disciplinary charges that were

Charles McFadden

90

1   brought against your wife?

2          A.   Yes.

3          Q.   And having to go before the Director of

4   Public Safety to fight for her job?

5          A.   Yes.

6          Q.   And when you say the media was contacting

7   your house, was that over the book that she

8   published?

9          A.   No.

10         Q.   What was the media contacting your house

11  about?

12         A.   About being relieved of her job and

13  reassigned to the property room.

14         Q.   And the investigation itself?

15         A.   And the investigation, yes.

16         Q.   Okay.  Did you ever speak with the media?

17         A.   Briefly I did.  It was Channel 4 that I

18  talked to.

19         Q.   Were you ever quoted in any news

20  articles?

21         A.   No.  I didn't speak to them about what we

22  are speaking of, no.  I just told them I can't talk

23  about anything so that was my speaking with them so.

24         Q.   Is that the only thing you told Channel

Charles McFadden

91

1    4?

2          A.   I told them just I couldn't -- I said

3    "Come on.  You guys know I can't talk about this" and

4    we just -- that was it so.

5          Q.   So did you speak with any other media

6    members?

7          A.   No; no, I did not.

8          Q.   Now, during this time frame, you know, we

9    have already -- I don't want to get back into it but

10   this is the time frame in which your wife was

11   speaking at community events.  And we are talking

12   about 2017, '18.  She was speaking about -- speaking

13   at community events about the Columbus Division of

14   Police, right?

15         A.   I'm sorry.  Ask that again, please.

16         Q.   Sure.  It was during this same time frame

17   that your wife was speaking, you know, at community

18   events criticizing the Columbus Division of Police,

19   correct?

20         A.   No.  I think the 2017 March time when

21   everything began, and then it was after that, you

22   know, I believe after the Safety Director dismissed

23   everything is when she started to speak.  I believe.

24   I would have to look back but that's my thinking

Charles McFadden

92

1    right now.

2         Q.   You understand she received a lot of

3    media attention over her outspokenness against the

4    Columbus Division of Police, correct?

5         A.   Correct.  Yes.

6         Q.   And she received a lot of -- a lot of

7    media attention from the book that she wrote about

8    the Columbus Division of Police, correct?

9         A.   Yes.

10        Q.   And, in fact, she held a press conference

11   on the front steps of the police department.  Do you

12   recall that?

13        A.   She didn't hold that.  That was from

14   whatever group.  I knew a little bit about that but,

15   yeah, she didn't hold that but she was there.

16        Q.   Were you there?

17        A.   No, no.

18        Q.   You are aware that she spoke on the front

19   steps of the police department when her book came

20   out, correct?

21        A.   Yes.

22        Q.   And you are aware that the media covered

23   that, correct?

24        A.   Yes.

Charles McFadden

93

1      Q.   And she was -- she was the speaker at it,

2    correct?

3      A.   Again, since I wasn't there, I just know

4    about it.  I know just what I told you before -- a

5    minute ago.

6      Q.   Your wife gave media interviews, didn't

7    she?

8      A.   Yes.

9      Q.   Okay.  Do you know an individual named

10   Jody Ann?

11     A.   I'm not sure -- I know a Jody.  I'm not

12   sure.  I would have to see her picture if -- or maybe

13   you could describe her.

14     Q.   Do you know her -- do you know her to be

15   a member of the media?

16     A.   Are you talking about Lu Ann Stoia or is

17   that who you are talking about?

18     Q.   No.  I am talking about an individual

19   named Jody Ann.

20     A.   Okay.  I must not know Jody Ann.  I was

21   thinking --

22     Q.   Are you familiar with an interview that

23   your wife gave to a Jody -- an individual named Jody

24   Ann?

Charles McFadden

94

1           A.    Jody Ann, no, no.

2           Q.    Okay.  You mentioned Reann -- Lu Ann

3     Stoia.  Are you aware of an interview that your wife

4     gave to Lu Ann Stoia?

5           A.    Yes.

6           Q.    And in these interviews generally she is

7     criticizing the Columbus Division of Police with this

8     ongoing -- you know, ongoing perception of racism, a

9     systemic racism within the Columbus Division of

10    Police, correct?

11          A.    Yes.

12          Q.    Yeah.  And there's been a lot of media

13    reports covering that, correct?

14          A.    Yes.

15          Q.    And there's been a lot of online social

16    media covering that, correct?

17          A.    Yes.

18          Q.    And your wife has given Facebook

19    interviews, correct?

20          A.    Yes.

21                MR. BERNHART:  Okay.  I've got nothing

22    further.

23                MR. SCHLEIN:  I have just a little bit to

24    make sure that I understand things correctly.

Charles McFadden

95

1                    DIRECT EXAMINATION

2    By Mr. Schlein:

3         Q.   So throughout this Mr. Bernhart was

4    asking you questions, you know, related to what you

5    had testified to experiencing with Melissa, and he

6    used the term, you know, everything including the

7    investigation, termination, et cetera, and I want to

8    make sure when you are saying that you agreed with

9    Mr. Bernhart when you said, yes, all of that, that

10   you also were including the reassignment to the

11   property room in that, you know, group of events?

12        A.   Correct, yes.

13        Q.   All right.  So any time where

14   Mr. Bernhart was asking you -- saying, you know,

15   these things were impactful and listed off

16   specifically the investigation, termination

17   recommendation, Safety Director's hearing, you

18   include the -- that to be -- you know, thought to

19   include the property room reassignment as well?

20        A.   Yes.  Correct.

21        Q.   I want to go a little bit making sure I'm

22   understanding the timeline of -- of when your son

23   moved to Arizona.  He graduated May 2019; does that

24   sound right?

Charles McFadden

96

1          A.    Let me see.  We keep going over this

2    graduation.  Let me -- let's see, he was -- 2019.  I

3    believe it was 2019.  I think I said 2018 but let's

4    see.  He turns -- he turned 18 and then turned 19.

5    Oh, wait.  He was born November -- figure this out

6    real quick.  So he is born November 18, okay,

7    November of 2000.  Okay.  So then he turned 18 that

8    year, and he graduated.  I don't know why I can't

9    figure this out.  Dang.  I'm guessing it was -- not

10   guessing.  I believe it was 2019 when he graduated.

11         Q.    And he graduated in the spring with

12   everyone else at the end of the traditional academic

13   year?

14         A.    Right.  Correct.

15         Q.    And --

16         A.    He was older than -- his birthday came in

17   November so he was always older than the rest of the

18   kids so I believe then it was 2019 is when he

19   graduated.

20         Q.    That's like my brother.  He was always a

21   year older than everyone else that graduated end of

22   May.

23         A.    Right.  Right.

24         Q.    And then so he moved during that academic

Charles McFadden

97

1     year.  Does November of 2018 sound correct when your

2     son moved out to the Phoenix area?

3          A.   Right, because I remember it was -- I

4     can't remember if it was before or after

5     Thanksgiving, and everybody knows when Thanksgiving

6     is.  So it had been -- of course, because he

7     graduated that following year so and plus it was his

8     senior year.  So, yeah, it would have been November

9     and then graduated 2019, yeah.

10         Q.   Okay.  Just wanted to make sure we had

11    that timeline right.  And then just a couple more

12    things.  You said that Melissa is better mentally

13    now.  Did that take a process to get her better

14    mentally from where she was in March 2017 to where

15    you are saying she's better now?

16         A.   Yes.

17         Q.   So it didn't -- it wasn't just all at

18    once where she was just one day woke up "I'm better

19    now"?

20         A.   Correct.  Yes.

21         Q.   And you had also mentioned to

22    Mr. Bernhart that -- that you're more intimate now

23    than any time previous in your marriage.  Did I hear

24    your testimony right?

Charles McFadden

98

1      A.   Yes.

2      Q.   Was there a period between 20 --

3  March 2017 and when your intimacy came to the point

4  where it was more than ever where -- where it was

5  less than tra -- you know, what traditionally was in

6  your marriage?

7      A.   Can you ask me that in a different way?

8  Like break it up a little bit what you are asking?

9      Q.   Sure.  So just -- just I am going to ask

10 some things I have asked a second ago just to make it

11 a little bit clearer.  You said at current your level

12 of intimacy is at the highest point in your marriage.

13 That's what you told Mr. Bernhart, right?

14     A.   Yes.

15     Q.   And -- and March 2017 is when you learned

16 that your wife was reassigned to the property room.

17     A.   Right.  Yes.

18     Q.   Was your intimacy level the same in

19 March, April, May, June 2017 as it was in January,

20 February, the beginning of March 2017?

21     A.   I'm sorry, Sam.  I'm -- I think -- well,

22 I don't want to think.  You are asking me is the

23 intimacy level different is what you are asking me?

24     Q.   Yeah.  You know, in the three months, you

Charles McFadden

99

1   know, December 1st, 2016, to February 28, 2017,

2   versus March 1, 2017, to June 30, 2017, that's the

3   period of time -- the two different periods of time.

4   Does that make sense?

5       A.   Yes, yes.

6       Q.   So using the December to end of February,

7   as I will call that the control group, was your

8   intimacy in the March to June 2017 more, less, or the

9   same than the control group of December '16 to the

10  end of February '17?

11      A.   Okay.  It was a lot less so a lot less

12  starting March 2017 and on.

13      Q.   And how long did it stay a lot less?

14      A.   Let's see, I would say really the rest of

15  the year, the rest of 2017.

16      Q.   And did it go back to normal starting

17  early '18, or did it take a while to gradually get

18  back to where your level of intimacy was during that

19  control month of the end of '16 and early 2017?

20      A.   I would say it -- it was a slow increase

21  in intimacy.  I would say probably around middle of

22  2018.  You know, it was a gradual.  I can't

23  remember -- I don't know if you all have the dates

24  when the Safety Director dismissed everything.  I

Charles McFadden

100

1    don't know -- I don't have that date wrote down

2    anywhere but.

3             Q.    Does August 2018 sound correct for that

4    date?

5             A.    Right.  Right.  That's what I was going

6    to say.  Somewhere in 2018 is when I believe the

7    pressure of her relieved and that's not consuming her

8    brain so.

9             Q.    And is that when things started to get

10   better or when things got back to normal?

11            A.    Just better, not normal but better.

12            Q.    So it was just -- I am making sure I am

13   understanding correctly.  From, you know, judging

14   against your intimacy from 2000 -- end of 2016 to the

15   end of February 2017, it was much lower from

16   March 2017 until August 2018, correct?

17            A.    Yes.

18            Q.    And then it had gradually started to get

19   better over, I guess, gosh, it's almost the next four

20   years now to a point where it's more intimate than

21   you've been at any other point in your marriage?

22            A.    There is a reason I'm thinking, yes,

23   gradually only but you got to remember COVID though

24   and then so, you know.

Charles McFadden

101

1          MR. SCHLEIN:  Sure.  That's -- that's all

2     the follow-up I had.  Thank you so much.  Unless

3     Mr. Bernhart has anything based on what I was just

4     asking, appreciate your time today.

5                       - - -

6                  RECROSS-EXAMINATION

7     By Mr. Bernhart:

8          Q.   I just have a couple questions.  I will

9     keep it brief.  Mr. McFadden, you mentioned the

10    reassignment to the property room was one of the

11    other stressors, you know, in your -- that your wife

12    was dealing with, correct?

13         A.   Yes.

14         Q.   And I wasn't fully leaving that out

15    earlier, you know.  I understand that all this

16    occurred at the -- around the same time frame in

17    2017, the allegations are made against her, she's

18    reassigned to the property room, the Division opens

19    up an investigation, the Chief of Police recommends

20    her termination, she has to go before the Public

21    Safety Director to fight for her job.  All of that

22    was stressful, wasn't it?

23         A.   Yes.

24              MR. SCHLEIN:  I just want to clarify for

Charles McFadden

102

1   the record just so it's clear the recommendation for

2   termination and Safety Director hearing was not until

3   May and August 2018 so not all the events.

4           MR. BERNHART:  Thanks for the

5   clarification.

6        Q.   So this was, you know, a stressful period

7   in 2017, 2018 until she finds out that she is not

8   losing her job, correct?

9        A.   Yes.

10       Q.   And you said it was during this time

11   frame that the intimacy levels were down before they

12   gradually increased after all of this.  That's

13   because, you know, the Chief of Police was

14   recommending her termination and she has fear of

15   losing her job, correct?

16        A.   I guess if you -- well, one, more of the

17   being assigned to the property room, just the

18   conditions there, being in the job she was doing, so

19   I would say more because of those things, you know,

20   and then -- in addition to the allegations and

21   things.

22       Q.   Kind of everything together, correct?

23       A.   Correct.  Yes.

24       Q.   What was more stressful to your wife,

Charles McFadden

103

1    being assigned to the property room temporarily or

2    being under threat of losing her job?

3          A.    The threat of losing her job.

4                MR. BERNHART:  I have nothing further.

5                MR. SCHLEIN:  I don't have anything

6    additional.  Thanks so much, Charles.

7                THE WITNESS:  All right.  Thank you.

8                MR. SCHLEIN:  Charles, you have got the

9    opportunity to read the transcript to make sure our

10   court reporter here didn't have any type of

11   typographical errors or, you know, mistype anything.

12   Would you like to do that?

13               THE WITNESS:  Yes.

14               (Thereupon, at 12:14 p.m., the deposition

15   was adjourned.)

16                             - - -

17

18

19

20

21

22

23

24

Charles McFadden

104

1  State of Ohio            :
                            :  SS:
2  County of _____ :

3       I, Charles McFadden, do hereby certify that I
   have read the foregoing transcript of my deposition
4  given on Friday, May 20, 2022; that together with the
   correction page attached hereto noting changes in
5  form or substance, if any, it is true and correct.

6

7                        _____
                         Charles McFadden
8

9       I do hereby certify that the foregoing
   transcript of the deposition of Charles McFadden was
10 submitted to the witness for reading and signing;
   that after he had stated to the undersigned Notary
11 Public that he had read and examined his deposition,
   he signed the same in my presence on the _____ day
12 of _____, 2022.

13

14                       _____
                         Notary Public
15

16 My commission expires _____, _____.

17                            - - -

18

19

20

21

22

23

24

Armstrong & Okey, Inc., Columbus, Ohio (614) 224-9481

Charles McFadden

105

1                           CERTIFICATE

2    State of Ohio            :
                              :  SS:
3    County of Franklin       :

4         I, Karen Sue Gibson, Notary Public in and for
     the State of Ohio, duly commissioned and qualified,
5    certify that the within named Charles McFadden was by
     me duly sworn to testify to the whole truth in the
6    cause aforesaid; that the testimony was taken down by
     me in stenotypy in the presence of said witness,
7    afterwards transcribed upon a computer; that the
     foregoing is a true and correct transcript of the
8    testimony given by said witness taken at the time and
     place in the foregoing caption specified and
9    completed without adjournment.

10        I certify that I am not a relative, employee,
     or attorney of any of the parties hereto, or of any
11   attorney or counsel employed by the parties, or
     financially interested in the action.

12
          IN WITNESS WHEREOF, I have hereunto set my
13   hand and affixed my seal of office at Columbus, Ohio,
     on this 27th day of May, 2022.

14

15
                     Karen Sue Gibson, Registered
16                   Merit Reporter and Notary Public
                     in and for the State of Ohio.
17

18   My commission expires August 14, 2025.

19   (KSG-7284)

20                          - - -

21

22

23

24

Armstrong & Okey, Inc., Columbus, Ohio (614) 224-9481

**A**
**a.m** 1:13
**able** 11:17
**Absolutely** 88:15
**academic** 96:12,24
**Academy** 22:13,16
  25:23 26:3,6
  30:12,13,15
**accurate** 58:9,9
  72:8 86:5
**accurately** 5:10,16
**action** 105:11
**activities** 32:15
  37:24 42:5
**actual** 10:10
**added** 67:4
**addition** 25:19
  37:23 102:20
**additional** 66:15,18
  66:18 67:4 77:22
  85:8 103:6
**address** 13:4
**adjourned** 103:15
**adjournment** 105:9
**administrative**
  28:1 70:7 71:2
  84:22
**adult** 87:7
**Affairs** 14:6 27:23
**affiliated** 49:20
**affixed** 105:13
**aforesaid** 105:6
**African-American**
  7:21 9:7,21
**agent** 21:19,24
**ago** 28:8 34:3 35:16
  35:19 40:13 42:23
  77:9 93:5 98:10
**agree** 5:6 8:23
  14:21 74:11 82:11
  83:22 84:1,4
**agreed** 9:13 95:8
**agreement** 10:5
**ahead** 63:17
**aircraft** 21:23
**airlines** 21:17,18

39:7
**alcohol** 5:14
**allegations** 7:22
  8:13 9:8,22 10:2
  10:10,12,13 11:21
  13:7 15:9 18:8,22
  81:4,13,14,20
  84:18 85:18 87:10
  89:20 101:17
  102:20
**alleged** 8:2 12:5,20
**allegedly** 12:14
**alleging** 71:22
**allow** 9:11
**allowing** 9:14
**amount** 78:7
**amply** 8:5
**angry** 89:6
**anguish** 10:18
**Ann** 93:10,16,19,20
  93:24 94:1,2,4
**answer** 4:17,22 9:2
  9:12 10:4 11:12
  12:23 13:15,17
  16:23 18:14 20:9
  20:10 23:22,23
  24:5,9,14 25:6,8
  70:18,22 72:5,20
**answering** 5:10,15
  29:13
**answers** 5:5
**Antonio** 38:13,17
**anxiety** 64:7,8,13
  65:16
**anxious** 64:9
**APPEARANCES**
  2:1
**applicable** 3:8
**appreciate** 101:4
**April** 98:19
**arbitration** 29:3
**area** 50:17 51:3,6
  97:2
**Arizona** 50:20
  51:18,22 52:2,5
  52:13,17,21 53:19

95:23
**ARMSTRONG**
  1:21
**articles** 90:20
**artists** 39:22
**asked** 4:16 44:7
  59:17 60:10 86:17
  98:10
**asking** 6:23 10:11
  10:12 11:23 12:1
  12:13,19 14:6
  20:10 32:13 33:23
  40:20 47:3 55:3
  70:20 95:4,14
  98:8,22,23 101:4
**asleep** 64:1
**assigned** 7:4 15:17
  15:22 22:12,13,15
  26:6,6,8 102:17
  103:1
**assignment** 22:18
**Associate's** 19:24
**assume** 4:18 36:3
  39:11 81:17
**assuming** 73:2
**attached** 104:4
**attend** 19:9,13
  20:13 54:5 60:3
  61:7,10,22,23
  62:11 69:18 75:16
**attended** 19:10
  20:2 48:4,9 49:8
  54:8,21 59:21
  60:24 61:24 75:13
  75:20 87:2
**attending** 49:15
  62:3 78:14 79:8,9
  79:15,24 87:4
**attention** 34:16
  77:4,12 92:3,7
**attorney** 2:7 5:24
  6:2 7:10,11
  105:10,11
**Attorney's** 2:6
**August** 35:23 100:3
  100:16 102:3

105:17
**available** 8:5
**Avenue** 22:19
**aware** 7:20 9:6,11
  9:20 13:6 14:14
  16:21 17:1 67:9
  67:10 68:8 70:8
  71:1,13,21 74:24
  75:9 76:7 77:21
  85:7,8,11,14
  86:23 87:10,22
  92:18,22 94:3

**B**
**Bachelor's** 19:24
**back** 26:21 28:17
  32:11 37:16,21
  43:20 52:8 58:14
  60:5 62:5 65:20
  79:1,6 83:4 87:16
  88:4,17 91:9,24
  99:16,18 100:10
**bad** 29:4 77:11
**balances** 21:23
**ballistic** 15:23
**Baptist** 62:12
**Bar** 80:5,11,18,22
  81:2
**based** 10:4 101:3
**basically** 29:5
  46:18
**bed** 64:1
**bedroom** 65:19
  73:18
**began** 68:18 74:15
  91:21
**beginning** 98:20
**behalf** 2:5,14
**belief** 75:22
**believe** 10:6,16
  18:9,16 26:21
  27:3 28:16 30:10
  30:12 33:6 44:24
  49:2 50:23 52:15
  59:21 65:18,23
  66:4,9,9 67:3

68:19 70:13 80:13
  84:13 86:14 91:22
  91:23 96:3,10,18
  100:6
**Bernhart** 2:7 4:5
  8:8 9:1,5,16 10:6
  10:11,16,22 12:22
  13:2 24:8 25:7
  40:22 55:6 68:13
  70:13,20 78:22
  79:3 88:11 94:21
  95:3,9,14 97:22
  98:13 101:3,7
  102:4 103:4
**Bertner** 49:19
  53:22,23,24 54:10
  54:14,24 56:3
**best** 20:10 26:17
  72:8,20
**better** 43:14 61:16
  62:15 65:22,23
  66:3 68:24 69:1
  74:3 97:12,13,15
  97:18 100:10,11
  100:11,19
**beyond** 9:12,12
  70:18,19,21
**Bigger** 43:7
**biological** 53:9
**birthday** 96:16
**bit** 8:12 33:21 50:3
  55:4 63:1 71:11
  78:18 80:24 85:20
  92:14 94:23 95:21
  98:8,11
**blood** 66:1,5,11,13
  66:19 67:4,9,15
  68:2 69:6,15 70:1
  82:13,15,17,20
**board** 21:23
**body** 66:17 69:9
**Bone** 40:7,9,16
**book** 71:22 72:2,6
  72:10,15,17,19
  73:13 74:5,14,23
  75:6 83:19,20

90:7 92:7,19
**born** 58:2,7 96:5,6
**brain** 100:8
**branch** 21:2
**break** 4:21,23
76:20 78:21,24
88:12 98:8
**breaking** 78:20
**brief** 101:9
**briefly** 31:17 90:17
**broke** 55:4
**Brooklyn** 35:22
36:1,5,6,7 37:9,12
38:6
**brother** 96:20
**brought** 44:22 45:1
90:1
**bunch** 76:4
**Bureau** 27:23
**busy** 44:16 73:17

**C**
**call** 31:19,23 53:13
99:7
**called** 3:7 35:1
63:23
**calling** 89:7
**capacity** 25:13
**Capital** 79:15 87:3
87:8
**caption** 105:8
**care** 65:10
**career** 6:22 26:14
28:14
**careful** 11:7,10
**case** 1:6 24:12,17
29:2
**catching** 34:24
**category** 76:18
**causation** 11:2,5
12:20 70:15
**cause** 10:17 60:23
68:21 105:6
**caused** 81:11 84:1
**Center** 2:3
**certain** 83:12

**CERTIFICATE**
105:1
**certification** 20:19
20:21
**certifications** 20:22
**certified** 4:3
**certify** 104:3,9
105:5,10
**cetera** 95:7
**chain** 87:14
**changed** 32:7,10
46:5,7
**changes** 63:3,5
104:4
**Channel** 90:17,24
**character** 3:11
**characterization**
86:19
**charged** 28:23
29:11,17
**charges** 17:8 18:13
19:1,2 25:1 89:24
**Charles** 1:11 3:6
4:1,8,9 11:12 31:5
103:6,8 104:3,7,9
105:5
**Chief** 2:8,9 16:15
16:18,21 17:1,12
17:22 18:2 23:11
23:12,14 71:17
82:2 84:24 101:19
102:13
**child** 30:22,23 31:1
**child's** 31:4
**children** 30:21 31:6
31:8
**chores** 44:14,16
**church** 61:21,22,23
61:24 62:3,11,12
**city** 1:7 2:6,6 6:7,13
6:15 13:7 15:12
45:9 50:21 77:23
81:5 85:9,15
86:16
**Civic** 2:3
**Civil** 3:8

**claims** 6:13,19 7:3
77:22 85:12
**clarification** 102:5
**clarify** 87:2 101:24
**classes** 79:9
**cleaning** 43:17,19
44:8,10 72:22
**clear** 14:5 20:12
40:20 89:18 102:1
**clearer** 98:11
**Cleveland** 22:19
69:20,21,24
**close** 9:15 19:22
42:17 44:24 46:14
53:15 62:13,16
**closer** 44:23 45:2
46:11
**college** 19:9,10,11
19:13,14,15,20
20:15
**collegewise** 19:17
**Columbus** 1:7,22
2:3,6,10 4:10 6:7
20:14,15 21:12
22:8 25:10 41:5
43:3 50:15,17
51:3,6 71:4,22
75:11 76:9,17,22
77:22,23 85:15
86:16 91:13,18
92:4,8 94:7,9
105:13
**come** 19:2 23:9,9
31:1 34:6 79:1
82:16 83:20 91:3
**comedy** 39:21 40:7
40:17
**comfortable** 67:20
**coming** 84:10,18
**command** 87:14
**Commander** 16:12
**comments** 7:23 9:9
9:23 12:5,7,8,14
12:16,19
**commission** 104:16
105:17

**commissioned**
105:4
**common** 46:10
**communicating**
60:13
**community** 20:15
75:10,21 91:11,13
91:17
**complaint** 27:14
86:11,13,24
**complaints** 85:9
**complete** 19:23
20:16
**completed** 19:6,7,7
105:9
**computer** 60:13
105:7
**concert** 41:2
**concerts** 39:24
**condition** 5:9 55:19
63:19 67:11 69:3
**conditions** 68:7
69:13 102:18
**conducted** 13:7
14:10 28:1,5
**conference** 92:10
**confident** 18:3,18
**consider** 61:18
**considered** 20:4
**consistent** 61:24
**consistently** 62:3
**consumed** 44:17
46:15 64:6,10
76:15 77:11
**consumes** 77:4 86:8
**consuming** 100:7
**contacting** 90:6,10
**contention** 60:20
60:22
**continue** 32:23
**continued** 76:8
**continuing** 13:12
**continuously** 31:12
**control** 99:7,9,19
**controlled** 66:16
**cook** 43:10,11,12

43:15,16
**cooking** 43:9,20
44:4,21
**Corinthian** 62:12
**Corps** 21:3
**correct** 4:10,11 6:7
14:7,7 16:2,22
17:2,5,6,9,10 19:4
24:10 25:9,11
27:10,10 29:21,22
44:1 45:6 47:11
47:12 52:10 53:8
57:8,9,12,13,24
58:18 59:23 77:1
77:2,14,19,20
78:2,15 79:24
80:3,15 81:23
82:3,7,14,18,19
82:21 83:1,6,17
83:19 84:6,22,23
85:4,9 86:2 87:4
87:17,20 91:19
92:4,5,8,20,23
93:2 94:10,13,16
94:19 95:12,20
96:14 97:1,20
100:3,16 101:12
102:8,15,22,23
104:5 105:7
**corrected** 69:8
**correction** 104:4
**correctly** 94:24
100:13
**Costco** 45:21,23
**counsel** 3:5 105:11
**counseling** 48:7
53:21 56:17,20
59:21 60:4,24
61:7,10,11,14
**counseling-type**
27:8
**counselor** 61:2
**count** 15:23
**counter** 65:2
**country** 39:12
**County** 104:2

105:3
couple 35:16,19
  40:10,11,11 54:3
  54:10,11 77:9
  81:1 86:21 97:11
  101:8
couple's 48:7
course 14:19 29:20
  70:7 71:1 97:6
court 1:1 5:4 20:7
  103:10
covered 92:22
covering 94:13,16
COVID 40:15 41:9
  62:7,7 100:23
creating 85:15
credibility 11:18
credits 19:19
critic 76:8,22 77:13
criticizing 91:18
  94:7
CROSS-EXAMI...
  4:4
current 25:22
  34:20 42:24 98:11
currently 21:9
  22:11,22
custody 51:20
customers 21:23

                D
dad 36:19 37:17,24
  51:17 52:3,22
  53:19 57:11,17
  58:16 83:6
damage 66:1
damages 8:2,6,10
  8:15 10:7,15 11:1
  12:21 23:21 24:6
  24:15,19,20 70:12
  70:15 72:4
Dang 96:9
date 14:23 30:1
  59:18 100:1,4
dates 28:15 56:13
  58:4,9,11 83:9

99:23
dating 30:7,15
day 51:8 71:12
  74:17 86:8 87:3,7
  87:7 97:18 104:11
  105:13
Dead 34:23,23
deal 50:7 84:7,9,10
  87:24 88:6
dealing 48:11,19
  49:24 62:19 69:7
  76:16 82:13,17,24
  101:12
dealt 53:2
December 88:4
  99:1,6,9
decided 24:18
decision 53:18
decreased 34:9,16
Defendant 1:8 2:14
  3:7
defiance 50:4
definitely 61:20
  74:20 77:6,6
dejected 33:6
department 6:16
  23:14 92:11,19
deposed 9:14
deposes 4:3
deposition 1:10 3:6
  4:15 5:18,22 8:1,7
  9:13 10:5 14:19
  59:12 60:14
  103:14 104:3,9,11
depression 64:1,18
  65:16
Deputy 16:15
describe 21:20
  31:17 32:10 86:13
  93:13
described 34:17
detailing 75:22
details 11:24 12:2
diagnosed 55:19
  66:5
diagnosis 64:12,17

64:21
dialysis 68:14,17
  69:3,16 70:2
  82:13,15
different 26:4
  31:20 32:5,16
  34:6 42:16 63:12
  68:16 69:23 89:15
  89:15 98:7,23
  99:3
difficult 53:18 74:2
  83:23 84:13
difficulties 48:20
  49:4,23 52:22
  83:1
difficulty 58:24
direct 22:22 23:15
  70:15 95:1
directly 10:18 11:1
  11:5 23:16
Director 17:7 18:12
  24:11 25:1 82:6
  85:2 90:3 91:22
  99:24 101:21
  102:2
Director's 95:17
disagreements 60:6
discharge 21:7
discharged 21:4
disciplinary 18:24
  19:1 89:24
discipline 17:5
  18:20 26:13
disciplined 26:19
  27:2,12
disciplines 26:17
discovery 8:4,6
  9:15 24:18
discuss 8:5 71:6
discussed 42:3
  85:18,21 87:9
discussing 75:10
  86:13
discussion 71:12
  88:16
dismissed 91:22

99:24
dispose 9:14
distinguish 83:24
distress 11:3 88:7
  88:20,21
DISTRICT 1:1,1
Division 1:2 4:10
  6:17 15:5 21:12
  22:9 25:10 26:22
  27:12,16,20,22
  28:2 71:23 75:11
  75:23 76:9,17,23
  76:24 81:5 87:19
  91:13,18 92:4,8
  94:7,9 101:18
doctor 54:15,18
  66:21,23 69:17
doctor's 67:7
doctors 64:14
  66:14 67:6,8
  69:19,21,23 70:4
doctors' 69:22
doing 5:2 6:15 16:5
  42:6 43:24 72:13
  72:21,21,23 73:20
  83:14 102:18
Dr 49:19 53:24
  54:10,14,19,22,24
  54:24 55:13,18
  56:3 65:5 66:24
  67:3,8
drastically 33:2,2
drawn 46:11
Drive 2:3
due 15:9
duly 4:2 105:4,5
duty 72:19

                E
E-I-R-I-N-G 67:2
earlier 18:7,9 24:21
  63:2 67:17 76:12
  101:15
early 50:24 99:17
  99:19
easier 39:7

East 1:21
EASTERN 1:2
easy 84:11,11,14
EEO 27:14,18
  29:17 77:22 85:8
  85:12 86:11,13
EEOC 86:23
effect 75:6
effort 74:11
either 25:6
embarrassed 89:7
emergency 25:24
  26:11
emotional 11:3
  87:24,24 88:7,20
  88:21
emotions 89:6
employed 21:9,11
  21:16 27:15,19
  105:11
employee 105:10
employment 2:7,8
  21:14
EMT 27:5
ended 56:15
enjoy 32:18 42:6
enjoying 32:5
entailed 13:11,22
environment 85:16
equivalent 27:23
errors 103:11
et 95:7
event 7:7
events 5:23 14:20
  63:3,7 74:19
  75:10,14,17,21,21
  76:3,4 77:19
  84:14 91:11,13,18
  95:11 102:3
everybody 97:5
exact 28:15 56:23
exactly 6:22 36:13
  37:16 41:11 58:8
  58:10 72:14 73:19
  73:21 75:3 78:5
  83:9 89:23

**Exam** 80:5,11,18 80:22
**EXAMINATION** 95:1
**examined** 104:11
**excuse** 9:15
**experience** 64:8
**experiencing** 95:5
**expires** 104:16 105:17
**explain** 10:14 23:8
**extent** 9:10

**F**

**Facebook** 12:11 94:18
**facing** 85:1
**fact** 82:1 92:10
**factor** 34:15
**fair** 4:19 18:21 39:13 44:14 47:8 60:19 71:19 73:4 73:11 76:10
**fall** 35:22 76:18
**familiar** 12:2 93:22
**family** 37:10,12 66:21,23 73:18 85:23
**far** 5:2 10:9 19:24 24:24 37:19 64:10
**favorite** 33:15 34:20
**fear** 34:23 82:9 102:14
**February** 30:10 98:20 99:1,6,10 100:15
**feel** 17:14,14 18:2,3 18:18 46:17,18 67:20 68:23 69:1
**feelings** 89:16
**fight** 77:7 90:4 101:21
**figure** 58:8 96:5,9
**figured** 19:21
**filed** 6:6 27:14

77:22 85:8,12 86:15,19,22,24
**financial** 85:22
**financially** 105:11
**find** 40:1
**finds** 102:7
**finish** 20:8,10 64:4
**finished** 29:12
**fire** 4:10 20:14 21:12 22:9 23:14 25:11 27:16,20 28:2,21 30:12,13
**Fire's** 27:23
**firefighter** 4:9,13 22:2 25:14,17,19 29:1
**firefighters** 28:22
**fires** 25:24 26:11
**first** 4:2 19:14 25:24 68:24 74:16
**five** 22:21 36:24 37:1,4,10 38:7 41:13,16
**fixing** 72:22
**flew** 83:10
**flip** 88:12
**Floor** 1:21
**focus** 33:9
**focusing** 63:5
**follow-up** 101:2
**following** 97:7
**follows** 4:3
**foregoing** 104:3,9 105:7,8
**form** 27:6 104:5
**Forman** 2:2
**former** 16:18
**forward** 7:21 9:8 9:22 12:9 13:6
**foundational** 8:9
**four** 100:19
**frame** 32:12 33:1 35:24 49:14 56:24 82:12,23 83:12 91:8,10,16 101:16 102:11

**Francisco** 38:12,16
**Franklin** 105:3
**fraudulent** 86:5
**freshman** 53:5
**Friday** 1:13 3:1 104:4
**friends** 42:13
**front** 2:10 92:11,18
**full** 51:20
**full-time** 79:21 87:16
**fully** 101:14
**fun** 35:17 36:1
**Funny** 40:7,9,16
**further** 94:22 103:4

**G**

**Game** 35:1
**Games** 33:21 34:3
**Gardner** 16:12
**general** 6:12 67:23 75:2 84:17
**generally** 21:20 40:21 75:1 94:6
**getting** 30:1 34:24 58:4 61:5,5,6 77:11
**Gibson** 1:12 105:4 105:15
**give** 5:3 18:16 58:9
**given** 18:19,19 94:18 104:4 105:8
**Glendale** 50:20 52:13
**go** 4:14 8:11 10:10 26:20 28:14 31:21 32:6,11 35:13 36:3,6,11,16,17 37:21 38:4 39:24 40:7 41:22,23 45:21,24 47:23 48:1 52:8 61:21 62:22 63:17 68:15 78:20 79:6 82:5 88:13,17 90:3 95:21 99:16

101:20
**goes** 10:6,15 11:1,5 60:5 69:17,19 70:13
**going** 7:24 8:12,18 10:3,4,10 11:7,9 13:3,3 14:20 20:9 24:5,13 25:5,6 26:20 28:10 29:9 33:9 37:18 40:16 43:20 46:15 62:4 64:4,6,10 71:7 72:4 75:3 78:18 78:20 79:13 83:4 83:8 84:15 86:18 88:3,21 89:11 96:1 98:9 100:5
**golf** 25:4
**good** 4:6 5:2 38:4 78:7
**gosh** 100:19
**gotten** 63:10,11 66:2
**gout** 63:11,18,20 67:16 68:1 69:15
**grade** 19:6,7
**gradual** 99:22
**gradually** 99:17 100:18,23 102:12
**graduate** 19:11 20:16 50:11 52:11 83:11
**graduated** 51:10 52:8,12,12 57:3,7 57:18,23 58:2,3 58:12 80:2 83:9 95:23 96:8,10,11 96:19,21 97:7,9
**graduating** 19:20 57:12
**graduation** 58:15 96:2
**great** 50:8 60:19,22
**greatly** 77:3
**Grizzell** 16:8
**grocery** 45:14

**ground** 4:14 20:6
**group** 49:21 92:14 95:11 99:7,9
**guess** 6:15 15:23 23:11 67:20 72:20 100:19 102:16
**guessing** 96:9,10
**guys** 33:12 35:6,17 36:3 38:23,23 39:17,24 40:7,17 43:12,16 44:13,23 45:21,24 46:20 48:22 53:21 56:2 56:2 61:8,21 91:3

**H**

**half** 78:19 87:7
**hand** 105:13
**happen** 63:13 84:12
**happened** 6:16 7:7 33:7 56:4,11,22 60:1 89:5
**happening** 38:22
**happy** 39:8,13,13 81:9,20
**hard** 23:7 63:4
**head** 5:4 46:15
**health** 47:2,17,20 55:1,6,9,19,22 65:9,9 67:12 89:16
**Healthcare** 47:24 54:16
**hear** 40:2 97:23
**hearing** 85:2 95:17 102:2
**held** 25:16 92:10
**help** 64:24
**helping** 42:14
**hereinafter** 4:2
**hereto** 104:4 105:10
**hereunto** 105:12
**hide** 47:10
**high** 50:11 51:10

51:14,23 52:9,13
53:4 57:7,23
58:17,20 66:5,11
66:13,19 69:6,15
82:13,15,17,20
**higher** 25:16
**highest** 98:12
**history** 47:1
**hobbies** 31:15,18
31:23
**hobby** 31:19
**hold** 57:20 92:13
92:15
**home** 72:11,12,19
72:21 73:3,6,10
73:14 78:10 80:20
**honorable** 21:6
**hope** 43:5
**horn** 11:10
**hostile** 85:16
**hour** 7:19 78:19
**hours** 22:1,3,4
**house** 32:5 43:5,7
43:17 44:8 59:2
89:7 90:7,10
**household** 43:9
44:14,15
**huh-uh** 43:22 48:3
59:16 61:9 62:24
88:10
**humiliated** 89:6
**husband** 89:12
**hypertension** 66:2

**I**

**IAB** 84:22
**identified** 6:9 10:23
88:18
**imagine** 50:8 68:21
71:19 74:10 80:23
81:14 82:6 86:1
**impact** 75:6 85:22
**impactful** 95:15
**important** 5:3 20:7
61:4
**impossible** 84:5

**inappropriate** 7:23
9:9,23
**include** 95:18,19
**including** 95:6,10
**increase** 99:20
**increased** 37:17
39:2 67:4 102:12
**Independence**
52:13
**indication** 86:20
**individual** 84:5
93:9,18,23
**individuals** 10:7
**influence** 5:13
**information** 28:21
67:21
**injured** 78:2
**injury** 47:8,13
63:21 68:4 78:1
78:10
**insomnia** 63:23
64:22
**instruct** 10:4 24:14
72:4
**instructing** 9:1
12:22 24:8 25:7
**intents** 53:10
**interest** 77:4
**interested** 33:8
105:11
**internal** 14:6 27:23
84:21
**interview** 93:22
94:3
**interviewed** 14:3
**interviews** 29:2
93:6 94:6,19
**intimacy** 98:3,12
98:18,23 99:8,18
99:21 100:14
102:11
**intimate** 46:21,21
97:22 100:20
**investigation** 13:7
13:11,14,21 14:1
14:4,6,10,12,13

17:5 18:24 27:19
28:2,7 34:12
45:10 70:8 71:2,7
71:14 81:23 84:22
89:19 90:14,15
95:7,16 101:19
**investigations** 28:4
**investigator** 70:9
**investigator's** 29:9
**investigators** 71:3
**involved** 13:24 14:8
76:13
**involving** 56:8
**irrelevant** 72:4
**Isaac** 22:24
**Isaiah** 31:5 55:15
**issue** 63:22 66:2
**issues** 50:8 56:8
63:12 65:21 69:10
83:13

**J**

**Jacobs** 16:18,21
17:1,22 18:2
71:17
**January** 98:19
**Jeffrey** 66:24
**job** 26:3,4 82:9
85:3 89:22 90:4
90:12 101:21
102:8,15,18 103:2
103:3
**Jody** 93:10,11,19
93:20,23,23 94:1
**John** 39:22 40:4
41:1
**Johnson** 12:15
**joint** 20:14
**judging** 100:13
**jump** 68:10
**June** 98:19 99:2,8
**junior** 53:7 58:20
58:23

**K**

**Karen** 1:11 105:4

105:15
**keep** 11:9 85:3 96:1
101:9
**keeping** 40:19 71:9
71:10
**kidneys** 69:7
**kids** 96:18
**Kim** 16:18 71:17
**kind** 26:4 40:21
53:2 65:21 102:22
**knew** 11:12 72:22
73:20 74:6,16
83:10 92:14
**know** 4:22 5:24 8:8
8:9,11 10:1,17,23
10:24 11:1,2,2,3,8
11:15,16,16,19
14:20,22 15:10,11
15:11 16:8,9,9,11
16:12,15,18 17:16
17:19,21 18:2,3,8
18:9,11,11,18,18
24:15,17,22 26:2
27:5,7 28:1,7
29:10 30:6,14
31:22 32:3,17
33:2,9,18,19 34:2
34:8,11,15 36:21
37:10,15,16,19,24
38:15 39:6,6,9,12
40:16,23 41:8
42:12,15,16 44:13
44:17,19,20 45:1
45:2,3,9,9 46:8,9
46:11,14 47:6,7
47:16 49:21 50:8
51:8 53:9 54:1,18
55:8,18,20,21,21
55:24 56:1,14,21
58:3,11 59:17
60:6,6,7,10,15,17
60:18 61:13,14,16
62:18 63:1,2,4,7,9
63:9,10,12,13,14
63:20 64:2,5,6,14
64:14,15,20,23

65:4,6,6,8,15,17
65:18,20,22,24,24
66:3,4 67:20,21
67:22 68:4,10,10
68:16 69:2,5,5,7
70:9,14,18 71:9
71:11 72:12,22,24
73:1,10,15,16,16
73:17,19,19,21
74:2,4,4,13,18,20
74:24 75:3,5,22
76:3,12,13,14,15
76:15,24 77:4,7
77:12,14 78:4,5,7
79:11,21 80:24
82:11,12,24 83:5
83:10,11,11,23,24
83:24 84:8,14,16
84:21 85:2,3,22
86:4,10 87:5,6,6,6
87:7,8 88:20
89:10,12,14,16,19
91:3,8,17,22 93:3
93:4,9,11,14,14
93:20 94:8 95:4,6
95:11,14,18 96:8
98:5,24 99:1,22
99:23 100:1,13,24
101:11,15 102:6
102:13,19 103:11
**knowing** 89:12
**knowledge** 11:20
11:24 13:10,21,23
15:4,8,17,20 16:5
17:11,15,16 18:22
24:22 28:9 46:24
47:4 72:8
**known** 30:9
**knows** 10:7,12,20
62:15 97:5
**KSG-7284** 105:18
**Kuebler** 16:15

**L**

**labeled** 64:15
**Labor** 2:7,8

**lack** 24:6
**Lamont** 31:5
**laptop** 73:22,24
74:5
**Las** 35:12,19,21
41:6,12
**late** 36:14
**latest** 71:12
**laundry** 44:11,12
**law** 78:14 79:8,10
79:15,24 80:2
83:16 87:3,8
**lawsuit** 6:6,20,24
7:3,9 10:8 85:22
**leading** 49:13
**learned** 98:15
**leave** 78:1 79:9
**leaving** 56:15
101:14
**left** 49:5 78:23
**Legend** 39:22 40:4
41:1
**lengthy** 72:17
**let's** 4:14 20:18
28:14 32:14 33:16
35:11,23 36:11,12
37:6 49:2 57:19
62:5,5 67:19
68:18 83:7 96:2,3
99:14
**letting** 53:18
**level** 19:6 86:4
98:11,18,23 99:18
**levels** 102:11
**liabilities** 8:2
**liability** 8:5,15
12:18,21 24:18
**Lieutenant** 8:14
23:1,2,3,3 24:17
87:19
**Lieutenants** 23:9
**life** 30:15 32:3 46:3
53:2 84:13
**liked** 43:21
**likes** 42:11,14,14
**line** 8:23

**Lionel** 41:4
**listed** 95:15
**listening** 72:23
**Litigation** 2:9
**little** 8:12 28:9
33:21 50:3 55:4
68:24 71:11 78:18
85:20 92:14 94:23
95:21 98:8,11
**live** 31:10 36:19
43:1 48:22,24
50:15,19 51:13,16
52:3,21 53:19
57:11 83:6
**lived** 31:12 49:3
51:5,17,23 58:16
58:19
**lives** 50:20
**living** 51:2 52:18
**LLC** 2:2
**Local** 28:20
**long** 7:18 22:8,15
22:20 30:4,9
37:17 62:4 76:19
78:4,8 79:12,13
99:13
**long-standing**
23:10
**long-term** 61:13
**longer** 40:13 78:19
**look** 28:17 37:16,21
56:13 58:10,14
83:9 91:24
**looking** 58:5 59:18
73:2
**loop** 71:9,10
**lose** 60:16
**losing** 82:9 89:22
102:8,15 103:2,3
**lot** 12:10 19:10,17
31:20,24 33:3,12
33:17 36:12,17,18
38:14,23 39:24
40:1,7,8 42:15
43:11 63:8,10
64:8 65:12 68:15

74:7,10 76:3
77:18 78:19 80:17
80:23 81:11 83:22
89:8,11,12 92:2,6
92:6 94:12,15
99:11,11,13
**lower** 100:15
**Lu** 93:16 94:2,4

**M**

**M** 2:2 67:2
**mad** 89:6
**magistrate** 11:10
**main** 39:10 77:12
**majority** 44:9
45:16
**making** 68:23,24
87:11 95:21
100:12
**Manhattan** 38:14
38:17
**March** 7:20 9:6,20
14:17,21,22 31:13
32:7,11,17,20,24
47:16 49:13 55:10
56:8 63:3,7,20
65:10 66:8 67:13
68:7 69:14 70:5
74:19 79:24 91:20
97:14 98:3,15,19
98:20 99:2,8,12
100:16
**Marine** 21:3
**marriage** 55:23
56:17,20 59:21
60:3,20,24 61:2,7
61:11,13,15,16
75:7 97:23 98:6
98:12 100:21
**marriages** 30:17
31:2
**married** 29:20,23
30:1,15 47:7
50:13 89:3
**Marshall** 2:2
**Mary** 67:2

**Maryland** 19:15
**McFadden** 1:4,11
2:16 3:7 4:1,8 8:3
8:14,18,22 9:6,14
10:20,23 19:5
24:16 29:21 31:5
79:7 88:18 101:9
104:3,7,9 105:5
**McFadden's** 24:17
**mean** 17:24 18:1
47:7 51:9 63:22
70:17 72:14 75:19
84:7 86:3
**media** 17:18,21
18:17 19:3 24:23
24:24 86:21 89:7
90:6,10,16 91:5
92:3,7,22 93:6,15
94:12,16
**medical** 5:8 47:1
55:4 63:12,19,22
64:5,12,17,21
67:21,24 68:6
69:2,13
**medication** 66:15
67:5,10,15,16
**medications** 65:5,9
67:11
**medicine** 48:16
65:16 66:19
**meds** 65:12 68:15
68:16
**meet** 6:1 7:18 30:11
62:22
**meeting** 7:14,16
**Meiring** 66:24 67:3
67:8
**melatonin** 64:24
65:3
**Melissa** 1:4 2:16
8:20 29:20 30:21
44:16 46:16 47:22
51:13,24 52:18
53:9 55:19,22
58:19 59:7 73:17
76:13 79:13 89:2

95:5 97:12
**Melissa's** 8:2
**member** 93:15
**members** 91:6
**mental** 10:18 47:2
47:17,20 55:1,5,6
55:6,9,19,22 65:9
65:9 67:12
**mentally** 65:23
66:3 97:12,14
**mentioned** 35:6
39:16 40:6 44:19
63:18 79:7 94:2
97:21 101:9
**Merit** 105:16
**met** 7:10 30:12
**middle** 53:5 76:2
77:7 99:21
**military** 20:24
**mind** 46:17
**minute** 88:14 93:5
**minutes** 78:21,23
**Missionary** 62:12
**mistype** 103:11
**mixed** 58:4
**mom** 53:13
**month** 54:3,11
99:19
**months** 78:6 87:23
88:1,3 98:24
**Moore** 23:12,12
**Morefield** 12:15
**morning** 3:1 4:6
**mother** 53:10,11
**move** 13:2,3 42:22
43:3 50:22 51:10
53:19
**moved** 42:19,20,23
49:5,14 50:23
51:5 57:10,15
68:18 83:5 95:23
96:24 97:2
**movies** 33:22 39:23
**moving** 13:6 49:9
51:22 52:2,17,21
62:9

music 39:22

**N**

name 4:7,8 31:4
  49:18 54:18,19
  67:1,7
named 8:3 93:9,19
  93:23 105:5
names 61:4 69:23
National 20:20,20
nature 8:13
Ned 23:13,17 24:3
  24:7
need 4:21 8:16 11:2
needed 13:4
needing 69:3
needs 5:5 66:16
  73:9
nervous 68:24
Netflix 33:10,13,16
  33:18 40:18
never 19:21 38:3
  54:21 63:10,11
  86:20
new 35:22 43:5
news 17:18 90:19
newspaper 17:17
nice 43:5
night 79:17 86:8
  87:7
Nope 42:4
normal 89:2 99:16
  100:10,11
North 2:10
Notary 1:12 3:9,12
  104:10,14 105:4
  105:16
noted 9:17
notes 3:9 88:13
noticed 63:3
noting 104:4
November 96:5,6,7
  96:17 97:1,8
number 80:14
numbers 15:24

**O**

object 7:24 8:19
  10:3 25:5 86:18
objection 9:16
  13:13 15:14 16:23
  18:14 23:18 24:4
  24:13 70:11 72:3
observe 72:10,13
  72:18 74:4
observed 11:4
occur 7:16
occurred 14:13,17
  34:10 63:6 101:16
October 21:5
offended 5:12
office 2:6 73:3,6,9
  73:10,14 105:13
officers 7:21 9:7,21
  10:1,13,21 11:13
  12:9,14 29:17
  70:10 71:4 85:11
  86:14,15 87:11,13
official 3:11
officials 77:23
oh 33:19 35:21
  37:14 55:11 80:9
  96:5
Ohio 1:1,12,22 2:3
  2:10 19:16 52:23
  104:1 105:2,4,13
  105:16
okay 4:21,24 5:1
  7:1,13 8:22 9:16
  9:18 11:14,20
  13:19 14:3,8,12
  15:2,11,16 16:24
  17:20 18:11,15,21
  19:5,11 21:11
  23:5,16 24:1,2,11
  24:21 25:4 27:1
  29:15 32:1,10,22
  34:19 36:9,20,24
  37:23 38:19 39:5
  39:11 40:24 44:2
  45:17 46:2,24
  48:22,24 52:14

54:14 55:13 56:10
  57:21 58:13,16
  59:2,14,17 60:19
  65:14 66:13 67:18
  68:11,14 69:12
  70:24 73:13 74:7
  76:21 77:21 78:1
  79:1 80:2,14
  81:17,19 83:16
  89:1 90:16 93:9
  93:20 94:2,21
  96:6,7 97:10
  99:11
OKEY 1:21
old 30:23 58:3
older 96:16,17,21
once 36:21 37:5
  41:12 54:1,2,2
  61:14 84:12 97:18
ones 15:24
ongoing 61:12 94:8
  94:8
online 94:15
opens 101:18
operations 21:19
opportunity 103:9
opposed 5:4 15:13
organize 16:1
outcome 19:1
outside 24:23 29:9
  30:14 43:3 50:20
outspoken 76:8
  77:13
outspokenness
  76:17 92:3
over-the-counter
  65:3
overly 76:14
Ozark 33:19,20
  34:5

**P**

p.m 103:14
page 104:4
paramedic 20:3,13
  25:20 64:9 65:24

Park 19:15
part 14:3 21:24
  28:3,3,5 40:15
  61:17 66:17 72:24
part-time 79:19,21
particular 36:17
  39:5
particularly 77:14
parties 3:6 105:10
  105:11
pass 27:3,4 28:21
  80:11,15
passed 80:7,8,9
password 33:23
  34:1
pastor 62:14
Paul 2:7 78:18
pending 4:23 81:23
people 42:14 61:13
  61:14 64:7
perceived 76:24
perception 75:22
  76:16 94:8
period 98:2 99:3
  102:6
periods 99:3
personal 11:20,24
  13:10,20 15:4,8
  15:16,20 17:11,15
  24:22
personally 11:15
  16:10,12,13,16,19
  17:22
Pettus 23:13,17
  24:3,7,12,16 25:1
  25:4
Phillips 2:9
Phoenix 19:16
  36:11,16,17,21
  37:11,13,14,14,15
  38:3,6 97:2
phone 58:5 59:13
  59:14 60:12
physical 67:12
picture 93:12
piece 86:7

pinpoint 58:11
place 105:8
places 31:22 32:6
  38:14
Plaintiff 1:5 2:5
plane 21:24
played 34:15
please 4:6,16 9:19
  13:19 37:7 70:24
  91:15
pleasure 36:3,4
  38:17,18 41:18
plus 97:7
pmbernhart@col...
  2:12
point 8:18 12:24
  26:14 39:8 51:24
  55:22 78:20 98:3
  98:12 100:20,21
police 6:17 7:21 9:7
  9:21 17:12 70:10
  71:4,17,23 75:11
  75:23 76:9,17,23
  77:1 81:5 82:2
  84:24 87:20 91:14
  91:18 92:4,8,11
  92:19 94:7,10
  101:19 102:13
position 21:21
Possibly 59:23
potential 6:9
prepare 5:21 7:11
prescribed 65:4
  66:15 67:11,13
prescribes 48:15
presence 3:10
  104:11 105:6
present 2:15 7:13
  12:4,15 40:20
press 92:10
pressure 66:2,6,11
  66:14,19 67:4,10
  67:15 68:2 69:7
  69:15 70:2 82:13
  82:15,17,21 100:7
pretty 18:3 19:22

46:18,21 72:17
85:4
**prevent** 5:9,14
**previous** 30:17
31:2 97:23
**primarily** 73:13
78:10
**primary** 52:20
**prior** 22:18 30:1,6
30:6 32:17,19
35:19 36:5,9
38:22 41:1,1 49:9
49:11 51:2,19,22
52:2,17 55:23
56:3,7,8 57:11
62:9 66:8 70:4
79:24 83:3
**probably** 23:11
37:1 62:8 99:21
**problems** 60:23
**Procedure** 3:8
**proceeded** 29:2
**process** 97:13
**program** 20:17
22:14 79:17 87:3
**programs** 33:12
**proof** 3:11
**property** 7:5 14:14
14:24 15:6,13,18
15:22 16:5 18:24
81:6,21 84:19
90:13 95:11,19
98:16 101:10,18
102:17 103:1
**protect** 6:15
**provide** 47:23
**psychiatrist** 48:13
**psychologist** 48:14
48:17,18
**Public** 1:12 17:7
18:12 82:5 85:2
90:4 101:20
104:11,14 105:4
105:16
**published** 71:21
72:6,7,17 90:8

**publishing** 75:6
**purely** 8:1 12:18,21
**purposes** 8:5 53:10
**put** 17:18 19:22
23:11 75:3 86:3
89:9

___

**Q**
**qualification** 3:12
**qualified** 105:4
**question** 4:16,17,18
4:23 8:16 9:4,19
13:1,19 16:24
20:11 28:10 52:7
57:21 66:10 68:13
74:3 76:19
**questioning** 8:24
29:10
**questions** 5:5,10,15
8:9 10:22 11:8
13:13 16:11 20:9
40:21 95:4 101:8
**quick** 96:6
**quite** 80:24
**quoted** 90:19

___

**R**
**racially** 7:22 9:9,23
**racism** 71:22 75:10
75:23,23 76:16,24
94:8,9
**raise** 30:22
**random** 33:22
**rank** 4:12 25:16
**React** 22:14
**read** 17:20 19:2
24:23 75:2 103:9
104:3,11
**reading** 17:16
104:10
**real** 96:6
**really** 23:10 99:14
**Reann** 94:2
**reason** 15:5 33:4
36:17 39:5 52:21
100:22

**reasonable** 68:13
**reasons** 18:4,5,9
39:10 52:20 69:6
**reassigned** 14:13
14:24 15:5,9,12
81:6 90:13 98:16
101:18
**reassignment** 18:23
84:19 95:10,19
101:10
**recall** 49:18 92:12
**receive** 20:19 21:6
64:12,17,21
**received** 17:4 47:17
55:22 92:2,6
**recess** 8:23 79:5
**recollection** 26:18
**recommendation**
95:17 102:1
**recommended**
16:22 17:2,12,22
18:4,10 34:12
45:10 71:18
**recommending**
82:2 85:1 102:14
**recommends**
101:19
**record** 4:7 15:23
28:17 79:6 88:13
88:16,17 102:1
**records** 6:4
**recovering** 78:10
**RECROSS-EXA...**
101:6
**reduced** 3:8
**refer** 14:22
**referring** 14:20,23
**Reg** 20:20
**regarding** 13:13
18:22 46:24 49:8
49:15 88:19
**regimen** 67:5
**Registered** 105:15
**Registry** 20:21
**regular** 46:2
**regularly** 51:7,8,9

61:23 75:16,18
**related** 8:6 10:19
95:4
**relationship** 24:2,6
53:16 62:14,16
**relative** 105:10
**relevant** 23:20
70:12,16
**relieved** 65:22
90:12 100:7
**religious** 61:19
**remember** 28:15
36:13 40:8 41:8
41:11 50:21 54:12
56:23 58:10 61:3
61:4 67:7 69:22
78:5,6,8 83:2 97:3
97:4 99:23 100:23
**repeat** 4:17 8:16
**rephrase** 4:16
**report** 26:9
**reporter** 5:4 20:8
103:10 105:16
**reports** 86:21 94:13
**represent** 28:22
29:1,5,16
**representative** 29:7
**requires** 80:23
**reserve** 13:4
**residence** 42:24
**residences** 42:20
**respect** 76:23 86:11
**respective** 3:6
**respond** 25:23
**responded** 26:11
**responder** 25:24
**response** 18:16
**responses** 5:3 8:4
**responsible** 21:22
**rest** 96:17 99:14,15
**restroom** 78:21
**review** 6:4
**Rhonda** 16:8
**Richie** 41:4
**right** 11:6 13:3,4
22:6 29:8,8 34:7

37:1,15 46:17
47:14 48:15,18
53:8 58:5,18 59:2
61:6 68:3,5 70:21
72:16 74:22 76:5
77:17,17 81:7
84:19,20,23 86:1
86:7 88:4 89:21
89:21,21,23 91:14
92:1 95:13,24
96:14,23,23 97:3
97:11,24 98:13,17
100:5,5 103:7
**River** 38:13
**road** 69:10
**role** 25:22 28:18
72:1
**roll** 78:18
**room** 7:5 14:14,24
15:6,13,18,22
16:6 18:24 59:8,9
59:14 60:12 73:19
74:5 81:6,21
84:19 90:13 95:11
95:19 98:16
101:10,18 102:17
103:1
**rules** 3:8 4:14 20:6

___

**S**
**Safety** 17:8 18:12
82:6 85:2 90:4
91:22 95:17 99:24
101:21 102:2
**Sam** 7:12,15,18 9:1
10:6 68:10 88:11
98:21
**Samuel** 2:2
**San** 38:12,12,16,16
**savvy** 60:17
**saw** 17:20 18:17
19:2 24:23 39:22
41:3,4 54:1 55:14
**saying** 32:19 47:5
57:4 77:10 95:8
95:14 97:15

says 4:3
Schlein 2:2,2 7:24
8:11,20 9:3,10
10:3,9,14,20 11:6
12:17,24 13:12,18
15:14 16:23 18:14
23:18,20,24 24:4
24:10,13 25:5,9
33:23 40:19,24
43:14 55:3 68:12
70:11,17,22 72:3
78:17 79:1,4
86:12,18 88:15
94:23 95:2 101:1
101:24 103:5,8
school 20:2,3,13
50:4,11 51:11,14
51:23 52:9,13
53:4 57:7,18,23
58:17,20 78:14
79:8,10,13,15,24
80:2 83:16 87:3,6
87:8
schooling 19:6,17
19:18
scope 8:1 9:13
70:19
screen 60:16
seal 105:13
Sean 23:12
season 33:21
seasons 34:6
second 1:21 57:20
98:10
see 20:18 23:7
28:14 31:22 33:16
35:21 36:11,13
37:6 39:17 40:2,4
49:2 55:13,14
57:19 58:7 59:7
62:5,5 64:8,15
65:12 67:19 68:18
83:7,7,10 89:11
93:12 96:1,2,4
99:14
seeing 37:23 41:1

53:24 54:10,13
56:2,3,5,7 70:4
89:4
seen 51:7
senior 19:8 97:8
sense 9:11 15:2
39:11 42:8 99:4
sent 17:17
separate 74:5 83:12
83:15 84:5,11,14
September 35:24
72:7,18
Sergeant 14:10
23:1
serial 15:24
series 33:17
serve 28:13
served 20:24 28:11
29:16
service 16:1
Session 3:1
sessions 48:2 49:7
53:22 54:4,22
set 105:12
sewilliams@colu...
2:13
sex 46:3
shaking 5:4
share 31:15 32:16
44:14 66:21 73:6
sharing 33:24 34:1
she'll 85:3
shop 45:16
shopping 45:14
short 19:19 23:8
shortly 77:15
shoulder 47:13
63:21 68:4 78:2
show 34:20 35:1
shows 31:20,20,22
32:17,18,24 33:5
33:15 34:9 39:15
39:17,21
sick 79:9
side 29:5
sign 27:6

signed 104:11
signing 104:10
similar 50:7
sir 4:6 21:15 59:2
72:6 86:23
sit 18:1
situations 25:24
26:11
six 30:5 78:6 87:23
88:1,3
sleep 63:9,24 64:24
65:18
slow 78:17 99:20
social 94:15
son 36:19 48:11,20
48:22 49:8,16
50:2,7,13 51:20
53:1,10 54:5,7
55:15,16 56:3,8,9
56:14 57:3,5,7,23
60:5,19 61:5 83:11
83:2 95:22 97:2
sophomore 53:7
58:20,23
sorry 13:16 20:5
37:6 44:7 50:24
52:1 55:3,11 56:5
57:4,21 66:9
76:19 84:3 86:12
91:15 98:21
sort 28:23 63:13
sound 95:24 97:1
100:3
sounds 27:8 38:21
44:13 82:12,23
83:22
source 50:9 60:20
60:22 82:6 86:1
SOUTHERN 1:1
Southwest 21:17,18
22:5
span 34:16
Spark 22:14
speak 14:9 24:11
90:16,21 91:5,23
speaker 93:1

speaking 77:18
90:22,23 91:11,12
91:12,17
specific 6:18 87:9
specifically 6:21
15:12 32:13 76:23
95:16
specified 105:8
spell 67:1
spend 74:7 80:17
spending 32:4
spent 80:24
spoke 5:24 18:8
24:16 67:16 70:9
71:3 92:18
spoken 75:9,22
spring 96:11
springtime 36:14
Squid 33:21 34:3
SS 104:1 105:2
sschlein@marsh...
2:4
stand 29:5 86:10
start 26:22 35:11
79:10
started 37:18 44:2
44:21 54:13 63:13
74:13,18 77:10
79:23,23 91:23
100:9,18
starting 35:2 99:12
99:16
state 1:12 4:7 19:16
20:15 87:24 104:1
105:2,4,16
stated 104:10
STATES 1:1
station 22:11,19
23:6 26:7,8,9
stay 64:1 99:13
staying 50:5
stenotypy 3:9 105:6
steps 92:11,19
steward 28:8,11,13
28:19 29:16
stipulated 3:5

STIPULATIONS
3:4
Stoia 93:16 94:3,4
stopped 33:4
Street 1:21 2:10
stress 10:17 50:9
68:21 81:11 82:7
84:1,7 86:2,3,6
stressed 81:22 82:1
stressful 71:15,19
84:14 85:4,5 86:7
101:22 102:6,24
stressor 69:8 84:9
stressors 70:14,14
84:6,8 101:11
studying 80:17,23
80:24
stuff 12:11 56:22
73:18 86:9
subject 8:7,14 10:8
26:13 27:18 74:24
submitted 104:10
substance 5:14
104:5
sudden 63:13
sue 1:11 85:15
105:4,15
suffered 10:18 47:7
47:13 63:19 68:7
69:12
suffering 5:8
suit 8:3
Suite 2:3
summer 36:14,14
supervised 23:13
supervisor 22:23
23:5,10,15
support 45:3 62:19
supported 45:5
supportive 45:11
sure 11:23 12:1,11
13:20 14:5 20:1,3
29:8,10 31:19,23
37:8 47:3,5 52:2,6
55:20,24,24 57:23
62:21 64:19,20

66:11 71:1 72:15
73:15 74:3,15,16
76:20 79:12,20,23
83:11 91:16 93:11
93:12 94:24 95:8
95:21 97:10 98:9
100:12 101:1
103:9
**surface** 81:13
**surfaced** 81:4,14
**Susan** 2:8
**sustain** 17:8 18:12
25:1
**sworn** 4:2 105:5
**sympathetic** 45:2
**systemic** 71:22 94:9

---
**T**

**T.V** 32:14,16,18
33:5 34:9,20
39:15,18
**take** 4:23 5:5 8:22
78:23 87:22 88:6
88:11 97:13 99:17
**taken** 1:11 5:18
15:24 65:8 79:5
80:5 105:6,8
**takes** 67:19
**talk** 8:12 18:2
32:14 47:23 65:14
71:11 88:5 90:22
91:3
**talked** 39:15,15
68:1,2 76:12
88:22 89:3,9
90:18
**talking** 6:21 12:11
18:17 20:5 34:11
37:4 39:18,20
40:22 45:9 60:18
77:9 84:16,17,18
84:21,24 89:18,19
91:11 93:16,17,18
**Tarpey** 54:19,20,22
54:24 55:13,18
65:5

**Tate** 12:15
**tech** 60:16
**television** 32:23
**tell** 32:1 37:20 63:6
67:22,24 74:1
81:14
**telling** 50:5 67:20
83:8
**tells** 18:1
**temporarily** 14:14
81:6 103:1
**term** 64:5 95:6
**terminated** 16:22
17:2,13,23 71:18
**termination** 18:10
34:12 45:11 82:2
85:1 95:7,16
101:20 102:2,14
**terrible** 89:17
**test** 27:4
**testified** 24:21 37:8
81:22 85:7 95:5
**testify** 10:24 11:17
88:19,22 105:5
**testimony** 10:15
97:24 105:6,8
**testing** 27:4,5
**texted** 59:11
**texting** 60:11
**Thank** 101:2 103:7
**Thanks** 79:4 102:4
103:6
**Thanksgiving** 97:5
97:5
**theme** 46:10
**therapist** 47:22
49:18
**therapy** 48:4,9 49:7
49:15 88:9
**thereof** 24:6
**thing** 27:9 33:17
66:1 83:24 84:17
90:24
**things** 12:10 32:2,5
34:16 39:16,23
40:19 42:10 44:17

50:6 62:19 63:8
63:14,14 68:16
69:8 72:13,22
77:10 83:13 86:10
89:4,5,8,15 94:24
95:15 97:12 98:10
100:9,10 102:19
102:21
**think** 9:12 17:24,24
19:16 21:5 26:15
26:20,20 27:4
33:17,18,20 34:3
35:16 36:12 39:9
39:9 40:10 41:10
41:17 49:2 50:3
54:1,19 55:8,14
56:1,21 61:3,11
61:16 62:6 63:23
64:23 65:1,2,11
65:11,12,14,17
68:18 70:15,19
77:15 78:22 80:12
83:20 91:20 96:3
98:21,22
**thinking** 41:9 88:3
91:24 93:21
100:22
**thought** 5:23 60:7,8
95:18
**threat** 89:22 103:2
103:3
**threatening** 85:14
**three** 7:20 9:7,21
11:13 12:9 22:17
26:5,10 41:17
69:23 98:24
**Thrones** 35:2
**ticket** 21:24
**tied** 44:17 46:16
**time** 9:18 11:8
26:18 27:5,11,15
27:19 32:4,12
33:1 35:24 37:18
38:4 40:9 42:7
48:12 49:14 55:14
56:19,24 58:7

62:4 63:4 66:10
74:7,10 77:14
78:7,9,15 79:12
79:13 80:17,24
81:15 82:12,21,23
83:4,12,16,19
84:15 85:6 87:22
88:6 89:4,10,14
91:8,10,16,20
95:13 97:23 99:3
99:3 101:4,16
102:10 105:8
**timeline** 95:22
97:11
**times** 36:24 37:1,4
37:11,20,21 40:10
40:11 41:15,17
50:5 54:3,11
61:12,15 63:23,24
73:17 80:5,14
83:15
**today** 4:21 5:3 6:22
7:11 8:10 10:22
20:6 88:23 101:4
**today's** 4:15 5:21
14:19
**told** 16:2,4 17:19
17:21 19:3,22
24:24 60:11 69:13
90:22,24 91:2
93:4 98:13
**Tolliver** 22:24 23:3
**totally** 72:3
**touched** 63:1
**tough** 89:10,14
**Town** 1:21
**tra** 98:5
**trade** 19:17 20:2
**traditional** 96:12
**traditionally** 98:5
**Training** 22:13,16
25:23 26:3
**transcribed** 3:10
105:7
**transcript** 103:9
104:3,9 105:7

**transferred** 81:21
**travel** 31:21 35:7
36:6 38:21,23
39:2,8,16
**traveled** 39:1
**traveling** 39:12
44:21
**treat** 65:16
**treated** 54:15
**treating** 82:20
**treatment** 47:1,2
47:18,20 55:1,7
55:10,22
**treats** 70:1
**trial** 6:10 88:22
**trips** 31:24 41:22
**trouble** 43:15
**true** 25:2 104:5
105:7
**truth** 105:5
**truthfully** 5:10,15
**try** 39:8 76:20
**trying** 33:17 36:12
39:7 45:3 55:8
56:21 58:8,11
74:1
**turned** 96:4,4,7
**turns** 96:4
**two** 30:20 42:23
43:1 69:23 85:21
99:3
**type** 31:22 39:17
45:15 48:9,15,16
69:10 73:3 103:10
**typographical**
103:11

---
**U**

**uh-huh** 23:4 34:7
44:5
**ultimately** 17:4
**underlying** 69:2
**undersigned**
104:10
**understand** 4:15
6:7,10 7:9 14:21

18:6 66:18 79:21
80:23 92:2 94:24
101:15
**understanding** 5:9
5:15 6:12,14,19
7:2,4,7 52:6 69:4
95:22 100:13
**understood** 4:18
**union** 28:4,8,11,13
28:18,20,21,22
29:7,16
**United** 1:1 47:24
54:16
**University** 19:14
19:15,16
**unjustly** 7:6
**unpack** 89:16
**upcoming** 6:10
**update** 71:13
**upset** 81:17,19
**use** 29:4
**uses** 73:10

**V**

**vacation** 35:11,12
35:20 36:10 38:9
**vacationed** 35:10
**vacations** 35:7
**Vegas** 35:12,19,21
36:5 38:6 39:22
40:4 41:2,4,6,12
41:15
**venture** 20:15
**verbal** 5:3
**versa** 60:9
**versus** 99:2
**vests** 15:23
**vice** 60:8
**vikings** 35:1
**violated** 20:7
**violation** 28:24
**violations** 29:18
**vs** 1:6

**W**

**wait** 55:11 96:5

**waived** 3:12
**walk** 26:16 38:13
**Walking** 34:23,23
**want** 11:2 20:12,18
26:16 28:15 32:11
40:2 50:24 60:16
62:6 87:2 91:9
95:7,21 98:22
101:24
**wanted** 24:15 64:1
89:9 97:10
**wanting** 50:4 63:9
78:17
**Warren** 49:19
53:22
**wasn't** 14:8 33:8
53:9 61:12 72:23
72:24 74:20 81:9
83:4 93:3 97:17
101:14,22
**watch** 31:20 32:23
33:12 35:2,3
40:17
**watched** 33:16,18
33:19,22 34:2
**watching** 32:14,16
32:18 33:5 34:9
**waving** 59:7
**way** 13:24 42:15
64:7 67:1,23
72:20 98:7
**ways** 42:16
**we'll** 45:18 79:1
**we've** 33:16,22
38:13,14 44:24
46:13 68:1,1 89:3
**week** 22:1,3,4 54:2
**weekends** 45:19,20
**weeks** 35:16,19
**weights** 21:22
**weird** 63:10
**went** 19:16 33:20
35:22,24 36:11
38:12 39:21 40:9
45:6,8 56:19
58:14 61:3,11,15

62:18
**weren't** 12:4
**Westley** 2:9
**WHEREOF**
105:12
**wife** 6:6 7:22 9:8,22
11:4,22 12:5 13:8
14:13,23 15:5,17
16:22 17:2,4,8,12
17:19,21,23 18:13
18:17,23 19:3
24:24 30:9 31:8
31:10,15 32:16,18
32:24 34:10,19
35:4,13 36:7,20
37:9 38:19,22
39:13 41:2,20,23
42:1,6,11,17,19
43:21 44:22 46:2
47:1,17 49:8,15
54:7,15 55:1 56:4
56:16 59:20,20
60:10,24 61:18
62:13,15 63:4,7
65:20 66:20,21
67:12 69:12,17
70:8,10 71:6,15
71:18,21 72:6
73:7 75:5,9,21
76:7,22 77:21
78:1 79:8 81:5
85:8,12 86:15,24
87:2,16 88:6
89:20 90:1 91:10
91:17 93:6,23
94:3,18 98:16
101:11 102:24
**wife's** 6:13 24:12
34:16 47:1 88:19
**Williams** 2:8
**witness** 3:7,11 6:10
9:2 12:23 13:16
23:23 24:9 25:8
28:6 68:11 88:19
103:7,13 104:10
105:6,8,12

**witnessed** 11:4
**wmphillips@col...**
2:13
**woke** 97:18
**word** 29:4 72:24,24
**words** 23:8
**work** 12:14 22:1,4
22:20 23:16 28:20
39:6 50:4 56:4,11
60:1 62:20 65:20
78:4,9 85:16
87:16,23 88:6
**worked** 22:8,21
25:10 27:22
**works** 28:9
**worse** 66:3
**wouldn't** 45:1 53:3
60:21,21 71:10
**write** 27:6 56:13
57:19,19 73:13,24
83:8
**writing** 3:9 58:6
72:1,10,18 73:20
74:5,6,8,13,17,18
74:23 75:1 83:19
**written** 27:8
**wrong** 7:6 60:7,8
**wrote** 72:15 92:7
100:1

**X**

**Y**

**yeah** 8:17 12:3 13:1
23:24 30:13 33:19
33:20 34:4,7,14
35:18 36:19 38:16
45:21 50:11 53:23
55:17 56:7 58:15
59:19 62:10 63:8
65:17,17 66:13
67:2 68:12 69:4
69:22 74:9,22
76:11 78:11 82:8
84:12 88:2 92:15
94:12 97:8,9

98:24
**year** 19:8 34:3
36:15,16 37:5,21
51:1,17,23 52:16
53:5 56:23 57:11
57:17 58:17 68:20
68:20 79:11,13
88:5,5,8 96:8,13
96:21 97:1,7,8
99:15
**years** 22:10,17,21
25:11 26:5,10
28:8 29:15 30:5
34:2,5 35:8 36:22
37:10 38:7 39:3
40:12 41:13,16
42:23 44:3,20
51:6,7 53:4,6,7
54:11 58:3,20,23
76:9 77:9 81:1,1
83:3 89:3 100:20
**Yep** 45:23 79:3
**Yesterday** 7:17
**York** 35:22

**Z**

**Zoom** 1:13 60:18

**0**

**1**

**1** 99:2
**10** 29:15
**10:00** 1:13
**11:40** 79:2
**12** 86:15
**12:14** 103:14
**12th** 19:7
**14** 105:17
**16** 99:9,19
**17** 99:10
**18** 22:19 23:6 58:3
91:12 96:4,6,7
99:17
**19** 37:19 96:4
**1995** 21:5,5
**1st** 99:1

**2**

**2-minute** 88:12
**2:18-CV-544** 1:6
**20** 1:13 3:2 37:19
   37:19 49:2 57:18
   70:9 71:3,3 78:23
   98:2 104:4
**2000** 30:10 58:2,7
   96:7 100:14
**2002** 26:21,21 27:1
**2005** 28:16
**2008** 29:24
**2010** 28:16 56:21
   56:22 59:22
**2015** 20:18
**2016** 99:1 100:14
**2017** 7:20 9:7,20
   14:17,21,22 31:13
   32:8,11,17,20,24
   37:3,16 38:22
   40:20 42:19 46:5
   47:14,17 48:5
   49:13 55:2,10,23
   56:8,23 59:22
   63:3,7,20 65:10
   66:8,12 67:13
   68:6,7 69:14 70:5
   74:19 77:10 78:2
   79:24 91:12,20
   97:14 98:3,15,19
   98:20 99:1,2,2,8
   99:12,15,19
   100:15,16 101:17
   102:7
**2018** 49:3,11,14
   51:5 52:16 57:8
   57:14,18,24 77:16
   83:5 96:3 97:1
   99:22 100:3,6,16
   102:3,7
**2018-2019** 58:12
**2019** 38:15 39:4
   58:1 62:5,6,8
   77:16 95:23 96:2
   96:3,10,18 97:9
**2020** 41:9 42:24

58:7 62:7 68:19
   72:7,18 83:21
**2021** 35:23
**2022** 1:13 3:2 35:23
   50:23,24 88:5
   104:4,12 105:13
**2025** 105:17
**21** 30:24
**222** 1:21
**224-9481** 1:22
**23** 22:10 25:11
**250** 2:3
**26(A)** 8:4
**27th** 105:13
**28** 99:1

**3**

**3** 78:21
**30** 22:6 78:23 99:2
**31** 21:5

**4**

**4** 90:17 91:1
**40** 22:3,6
**43215** 2:3,10
**43215-5201** 1:22
**463-9790** 2:4
**480** 2:3

**5**

**5** 29:15
**5-minute** 78:24

**6**

**614** 1:22 2:4,11,11
   2:12
**645-2586** 2:11
**645-7385** 2:12
**645-7461** 2:11
**67** 28:20

**7**

**77** 2:10

**8**

**8** 56:21

**9**

**99** 26:21,23