**IN THE UNITED STATES DISTR, ICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MELISSA MCFADDEN,**

          **Plaintiff,**

**v.**

**CITY OF COLUMBUS,**

          **Defendant.**

Case No. 2:18-cv-544

Judge Edmund A. Sargus, Jr.

## TELEPHONE NOTICE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

**May 31, 2022 at 12:50 p.m.**

TYPE OF PROCEEDING: **Telephone Status Conference**

**TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **May 31, 2022** at **12:50 p.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **0544.**

**EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

DATE: May 31, 2022

    /s / Christin M. Werner
(By) Christin M. Werner, Deputy Clerk