**MELISSA MCFADDEN,**
      **Plaintiff,**                                Case No. 2:18-cv-544
                                                         Judge Sargus, Jr.
    **v.**

**CITY OF COLUMBUS,**
        **Defendant.**

**Jury Trial Day 1**
**Monday, June 6, 2022**
**Before Edmund A. Sargus, Jr.**

For Plaintiff:  John Marshall and Sam Schlein
For Defendant:  Susan Williams, Wes Phillips and Paul Bernhart
Courtroom Deputy:  Christin Werner
Courtroom Deputy: Crystal Hatchett

    8:30 a.m. Conference held in chambers.
    9:00 a.m. Prospective jurors sworn in and Voir Dire begins.
    9:50 a.m. Jury selected.
    10:00 a.m. Jury instructions given.
    Opening statement by plaintiff (attorney John Marshall).
    Opening statement by defendants (attorney Susan Williams).

Gary Dunlap called by plaintiff (attorney John Marshall).
Mr. Dunlap testified to exhibit 8.

Deputy Chief Kenneth Kuebler called by video deposition by plaintiff (attorney John Marshall).
Deputy Chief Kuebler testified to exhibits 13, 10 and 12.

Sargent Christopher Smith-Hughes called by plaintiff (attorney Sam Schlein).
Sgt. Smith-Hughes testified to exhibit JE 6.
Cross examination of Sg. Smith-Hughes by defendant (attorney Susan Williams).
Redirect examination of Sgt. Smith-Hughes by plaintiff (attorney Schlein).

Maranda Vollmer testimony read into the record by plaintiff (attorney Sam Schlein).
Ms. Vollmer testified to exhibits JE 6 and JE 8.

Sargent Christopher Odom called by plaintiff (attorney Sam Schlein).
Cross examination of Sgt. Odom by defendant (attorney Susan Williams).
Sgt. Odom testified to exhibit JE 6.

Commander Mark Gardener called by plaintiff (attorney John Marshall).
Commander Gardner testified to exhibit 11.

Deputy Chief Kenneth Kuebler called by video deposition by defendant (attorney Wes Phillips).
Deputy Chief Kuebler testified to plaintiff exhibits 12 and 13 and defense exhibit A.

4:30 p.m. Court adjourns until 8:45 a.m., Tuesday, June 7, 2022.