**MELISSA MCFADDEN,**
      Plaintiff,                                  Case No. 2:18-cv-544
                                                      Judge Sargus, Jr.

     v.

**CITY OF COLUMBUS,**
      **Defendant.**

### Jury Trial Day 2
### Tuesday, June 7, 2022
### Before Edmund A. Sargus, Jr.

For Plaintiff:  John Marshall and Sam Schlein
For Defendant:  Susan Williams, Wes Phillips and Paul Bernhart
Courtroom Deputy:  Christin Werner
Courtroom Deputy: Crystal Hatchett

Cross examination of Deputy Chief Kenneth Kuebler by video deposition by defendant (attorney John Marshall).

Lou Reiter called by plaintiff (attorney Sam Schlein).
Mr. Reiter testified to exhibit 2.
Cross examination of Mr. Reiter by defendant (attorney Wes Phillips).
Mr. Reiter testified to exhibits JE 1, JE 2, JE 3, JE 5 and JE 6.
Redirect examination of Mr. Reiter by plaintiff (attorney Schlein).
Recross examination of Mr. Reiter by defendant (attorney Phillips).
Re redirect examination of Mr. Reiter by plaintiff (attorney Schlein).

Lieutenant Melissa McFadden called by plaintiff (attorney John Marshall).
Lt. McFadden testified to plaintiff exhibits 22, 8, 14, 13, 19, 20, 18 and 17.
Cross examination of Lt. McFadden by defendant (attorney Susan Williams).
Lt. McFadden testified to exhibits JE 1, JE 2, JE 4, defendant exhibit 32, defendant exhibit 33 and plaintiff exhibit 19.
Redirect examination of Lt. McFadden by plaintiff (attorney Marshall).
Lt. McFadden testified to plaintiff exhibit 19.

Cross examination of Sergeant Levon Morefield by plaintiff (attorney Sam Schlein).
Sgt. Morefield testified to JE 5.

1

Case: 2:18-cv-00544-EAS-KAJ Doc #: 99 Filed: 06/07/22 Page: 2 of 2  PAGEID #: 5728

2

Cross examination of Sergeant Andre Tate by plaintiff (attorney Sam Schlein).
Sgt. Tate testified to plaintiff exhibit 9.

Cross examination of Officer Anthony Johnson by plaintiff (attorney Sam Schlein).

4:30 p.m. Court adjourns until 8:45 a.m., Wednesday, June 8, 2022.