**MELISSA MCFADDEN,**
    **Plaintiff,**                                   Case No. 2:18-cv-544
                                                               Judge Sargus, Jr.

   v.

**CITY OF COLUMBUS,**
       **Defendant.**

### Jury Trial Day 3
### Wednesday, June 8, 2022
### Before Edmund A. Sargus, Jr.

For Plaintiff:  John Marshall and Sam Schlein
For Defendant:  Susan Williams, Wes Phillips and Paul Bernhart
Courtroom Deputy:  Denise Shane
Court Reporter: Crystal Hatchett

Cross examination of Officer Anthony Johnson by plaintiff (attorney Sam Schlein) JEx-2
Cross-examination of Rhonda Grizzell by plaintiff (attorney John Marshall), page 65 of depo, line 17
Cross examination of former Chief Kimberly Jacobs by plaintiff (attorney John Marshall) page 59 of depo, line 12
Direct examination of Charles McFadden by plaintiff (attorney Sam Schlein)
Cross examination of Charles McFadden by defendant (attorney Paul Bernhart), page 76 of depo, line 22
Redirect of Charles McFadden by defendant (attorney Sam Schlein)
Jurors excused
Move to admit all exhibits – no objections.
Plaintiff rests

Defendant moves for directed verdict
Court finds enough evidence for jury to decide case

Direct of Anthony Johnson by defendant (attorney Wes Phillips) JEx 5, JEx3
Cross of Anthony Johnson by plaintiff (attorney Sam Schlein)
Direct of Sargent Andre Tate by plaintiff (attorney Susan Williams) JEx 5, JEx 1
Cross of Tate by Mr. Schlein

Direct of Levon Morefield by defendant (Wes Phillips), JEx 5, JEx 2
Cross Examination of Levon Morefield by plaintiff (John Marshall)

4:26 pm Court adjourns until 9:00 a.m., Thursday, June 9, 2022.