**MELISSA MCFADDEN,**
      **Plaintiff,**                        **Case No. 2:18-cv-544**
                                              **Judge Sargus, Jr.**

    **v.**

**CITY OF COLUMBUS,**
      **Defendant.**

### Jury Trial Day 4
### Thursday, June 9, 2022
### Before Edmund A. Sargus, Jr.

For Plaintiff: John Marshall and Sam Schlein
For Defendant: Susan Williams, Wes Phillips and Paul Bernhart
Courtroom Deputy: Christin Werner
Courtroom Deputy: Crystal Hatchett

Gary Dunlap called by defendant (attorney Paul Bernhart).
Mr. Dunlap testified to exhibit JE 8.
Cross examination of Mr. Dunlap by plaintiff (attorney John Marshall).

Commander Mark Gardener called by defendant (attorney Paul Bernhart).
Cross examination of Commander Gardener by plaintiff (attorney John Marshall).
Commander Gardner testified to plaintiff exhibits 13 and 14.

Deputy Chief of Police Rhonda Grizzell called by defendant (attorney Susan Williams).
Deputy Chief Grizzell testified to exhibits JE 12, JE 1, JE 2, JE 3 and JE 12.
Cross examination of Deputy Chief Grizzell by plaintiff (attorney John Marshall).

Kimberly Jacobs called by defendant (attorney Paul Bernhart).
Ms. Jacobs testified to exhibit JE 12.
Cross examination of Ms. Jacobs by plaintiff (attorney John Marshall).
Redirect examination of Ms. Jacobs by defendant (attorney Bernhart).
Recross examination of Ms. Jacobs by plaintiff (attorney Marshall).

The defendant rest its case.

Rebuttal testimony by Sargent Christopher Odom by plaintiff (attorney Sam Schlein).
Cross examination of Sgt. Odom by defendant (attorney Susan Williams).

Exhibit 12 admitted.
Plaintiff makes a motion for judgment on the discrimination claim.  Motion is DENIED.

2:15 p.m. Court adjourns until 8:45 a.m., Monday, June 13, 2022.