**MELISSA MCFADDEN,**
       Plaintiff,                              Case No. 2:18-cv-544
                                                Judge Sargus, Jr.
   v.

**CITY OF COLUMBUS,**
       Defendant.

**Jury Trial Day 5**
**Monday, June 13, 2022**
**Before Edmund A. Sargus, Jr.**

For Plaintiff:  John Marshall and Sam Schlein
For Defendant:  Susan Williams, Wes Phillips and Paul Bernhart
Courtroom Deputy:  Denise Shane
Court Reporter: Crystal Hatchett

Judge meets with counsel without jury.
Plaintiff's closing argument by John Marshall.
Defendant's closing by Wes Phillips.
Rebuttal by Mr. Marshal.
Court reads jury instructions.
10:52 am Jurors deliberating
2:10 pm Question from jurors – court meets with counsel
3:06pm – Verdict Form(s) # 1 – For Plaintiff, # 2, amount $1 , #3 For Plaintiff, #4 amount $1
3:10 pm Court adjourned.