IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MELISSA MCFADDEN,

    Plaintiff,

v.

CITY OF COLUMBUS,

    Defendant.

Case No. 2:18-cv-544

JUDGE EDMUND A. SARGUS, JR.

### VERDICT FORM NO. 1

Do you find by a preponderance of the evidence that Defendant City of Columbus racially discriminated against Plaintiff Lt. Melissa McFadden in violation of Title VII of the Civil Rights Act of 1964, Ohio Revised Code § 4112, and 42 U.S.C. § 1983?

    __X__ Yes

    - or -

    _____ No

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MELISSA MCFADDEN,

    Plaintiff,

v.

CITY OF COLUMBUS,

    Defendant.

Case No. 2:18-cv-544

JUDGE EDMUND A. SARGUS, JR.

### VERDICT FORM NO. 2

Only complete this form if you answered "Yes" to Verdict Form No. 1.

The amount of compensatory damages to which Lt. McFadden is entitled for her race discrimination claim is:

$ _____ .

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MELISSA MCFADDEN,

    Plaintiff,

v.

Case No. 2:18-cv-544

JUDGE EDMUND A. SARGUS, JR.

CITY OF COLUMBUS,

    Defendant.

## VERDICT FORM NO. 3

Do you find by a preponderance of the evidence that Defendant City of Columbus retaliated against Plaintiff Lt. Melissa McFadden in violation of Title VII of the Civil Rights Act of 1964, Ohio Revised Code § 4112, and 42 U.S.C. § 1983?

                             __X__ Yes
                             - or -
                             _____ No

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MELISSA MCFADDEN,

    Plaintiff,

v.

CITY OF COLUMBUS,

    Defendant.

Case No. 2:18-cv-544

JUDGE EDMUND A. SARGUS, JR.

## VERDICT FORM NO. 4

Only complete this form if you answered "Yes" to Verdict Form No. 3.

The amount of compensatory damages to which Lt. McFadden is entitled for her retaliation claim is:

$ 1

Signed:

[signature] 6/13/2022