| Columbus Police Division Directive | EFFECTIVE<br>May. 15, 2003 | NUMBER<br>8.04 |  |
|---|---|---|---|
| | REVISED<br>Mar. 30, 2019 | TOTAL PAGES<br>7 | |
| **Assignments and Transfers** | | | |

# I. Definitions

## A. Hours for Sworn Assignments

1. Fixed

   *The hours that are posted with an assignment.*

2. Multi-Shift

   *Members in this assignment have the responsibility for accomplishing the mission of the assignment. Members may not always be able to accomplish the mission of the assignment by working a fixed eight or ten hour schedule. Members are responsible for adjusting the hours that they must work (so long as it is a continuous period of eight or ten hours) on any given day to accomplish the mission of the assignment. Members who do not fulfill this responsibility may cause the Division to change this assignment to variable hours through the labor relations process.*

3. Variable

   *The hours to be worked in this assignment will be changed as needed by the Division to accomplish the mission of the unit.*

## B. Job Requirement

*Qualifications particular to an assignment that sworn personnel must meet in order to apply for, accept, and retain the assignment. Failure to meet a job requirement is grounds for forfeiture of the assignment.*

# II. Policy Statements

A. Assignment of Personnel

1. The Division of Police shall make every effort to maintain a***n impartial***, non-discriminatory, and equitable system by which ***personnel*** receive assignments.

2. At times, it may be necessary to reassign an employee on an administrative basis. An employee shall receive an administrative reassignment only with the expressed prior approval of the Chief of Police and in accordance with the current applicable collective bargaining agreement (CBA).

3. Newly-promoted sergeants and lieutenants will normally be assigned to a Patrol zone; however, Division needs and interests may dictate or determine that a newly promoted sergeant or lieutenant is better suited for service elsewhere.
4. When a sworn assignment vacancy exists within a unit, the supervisor in charge of that position may first realign sworn personnel within the unit to fill the vacancy, subject to the approval of the Chief of Police and in accordance with the current CBA.
5. *Division personnel* are encouraged to seek training and develop skills that may prepare and qualify them for assignments which they desire.
6. ***When a supervisor realigns his or her unit or has a vacancy, sworn personnel from within the unit who are working temporary assignments shall be considered for permanent assignments. Sworn personnel who are working a temporary assignment may apply for and accept a new permanent assignment without vacating their temporary assignment prior to its conclusion as long as they remain in a regular duty status.***

B. Job Description Manual for Sworn Personnel
   1. *Personnel* desiring to make a change to the Job Description Manual shall refer to the current CBA *and forward a letter through their chain of command to the Chief of Police*.
   2. *T*he Job Description Manual*, and any changes thereto,* shall be maintained by the *Assignment and Transfer Committee Chairperson in an electronic format only*. The manual *may be referenced by* all personnel *through* the Division*'s electronic document management system.*

C. Assignment Application
   1. Sworn *Division* personnel*, and civilian personnel as applicable,* shall complete *an* Assignment Application via *the Job Postings link on* the intranet to be considered for a vacancy*. Personnel should only apply for assignments they are willing and able to accept.*
   2. *Division* personnel who do not meet or have all the listed requirements for a vacancy *at the time of application* shall not be considered for the assignment.
   3. ***Sworn personnel shall meet the exceptional qualification(s) listed in the Job Description Manual at the time of application in order to be considered for the assignment on the basis of an "exceptional qualification."***
   4. Sworn personnel who are on vacation, sick leave, or other approved leave may permit their Assignment Application to be submitted by another employee. The individual completing the application shall electronically sign on behalf of the other employee.

   a. Division personnel may complete an Assignment Application for another employee only with the consent of the affected employee.

### D. Additional Training

1. *Sworn personnel who are unable or unwilling to successfully comply with the specific provisions of the sections titled "Job Requirements" and "Additional Training" in the Job Description Manual for the assignment within the specified time frame shall forfeit the assignment.*

   *Note: "Specific provisions" does not include the catch-all phrase "any training that is required, needed, and available."*

2. *Proposed changes in a job description's "Additional Training" section shall be submitted through the chain of command as described in Section II,B.*

### E. Supervisors and applicants for all civilian vacancies and assignments shall refer to the appropriate CBA.

## III. Procedures

### A. *Job Description Manual Revisions*

1. *Sworn Personnel*
   a. *Forward a letter through your chain of command to the Chief of Police which includes a description of the requested change written in the format used in the manual and the reason for the request.*
2. *Chief of Police*
   a. *Recommend approval or disapproval of the request and forward the information to the Assignment and Transfer Committee Chairperson consistent with the current CBA.*
3. *Assignment and Transfer Committee*
   a. *Review the request and interview the originator if necessary.*
   b. *Review the recommendation(s) of the Chief of Police.*
   c. *Forward the Committee's recommendation(s) to the Chief of Police or to the Labor Relations Committee when required.*
4. *Labor Relations Committee*
   a. *Decide if the request is approved when applicable, and if approved, in what form.*

### B. *Posting* a Vacancy *After Realignment*

1. Supervisor
   a. *R*ealign personnel *from* within the unit *or section* to fill a vacancy:
      (1) Select the most senior eligible officer, *or civilian employee as applicable,* meeting the job requirements and desiring the assignment.

- (2) Complete an Assignment Order, form A-33, electronically*,* *a*ttach *it* to an email*,* and forward it *to* your *entire* chain of command and the Personnel Unit for approval and/or comments.
- b. *C*omplete a Personnel Request Vacancy Posting, form A-16, *to* fill *the remaining* vacan*t position(s)* from outside the unit, and forward *it electronically* through your chain of command *to the Personnel Unit*.

2. Chain of Command
   - a. Review the Assignment Order and seek clarification from the selecting supervisor if needed.
   - b. Review, sign, and forward the *electronic* copy of the Personnel Request Vacancy Posting form to the Personnel Unit.
   - Note: *All* assignments require a deputy chief's *digital* signature. The Chief of Police's *digital* signature is required when there is a change in days off, staffing, etc.

3. Personnel Unit
   - a. Assign a number to the vacancy and cause notice of the vacancy to be posted on the Daily Bulletin as stipulated in the current CBA. Indicate in the notice:
     - (1) All information concerning the assignment, exceptional qualifications, job requirements, and all items listed on the Personnel Request Vacancy Posting form.
     - (2) The application deadline *date according to the approved Job Posting and Transfer Schedule posted under the Human Resources link on the intranet*.

C. *Division Personnel* Seeking Assignment
 1. Sworn Personnel
   - a. Review the Job Description Manual for the specific assignment requested.
   - b. Complete the Assignment Application via the intranet.
   - c. If a job description has exceptional qualifications, and/or requirements marked with an asterisk, indicate on the Assignment Application how you meet the*m*.
   - d. Complete and submit the Assignment Application before the deadline.
   - e. *Accept or reject the assignment if contacted by the appropriate supervisor.*
 2. Civilian P*e*rsonnel
   - a. *Complete and submit the Assignment Application via the intranet if applicable.*
   - Note: Applications can only be accepted for personnel already within the posted classification.

### D. Filling Assignments

1. Selecting Supervisor for Sworn Assignment*s*
   a. Review the Assignment Applications for the vacancy posting.
   b. Consider the senior applicant who meets the exceptional qualifications for the assignment as outlined in the Job Description Manual.
   c. *For tested assignments, create the test and grading criteria with input from subject matter experts and forward the materials directly to the deputy chief for approval.*
   d. Administer any tests, interviews, or demonstrations in accordance with the CBA *and in a uniform manner*. Eliminate any applicants who do not pass the test or meet the other requirements.
   e. Weigh the seniority of the senior applicant in the process against the senior exceptionally qualified applicant when applicable.
   f. Select an applicant to fill the vacancy based upon the above selection criteria.
      (1) Verify the applicant still desires and is able to fill the assignment.
      Note: Refer to the current CBA if the applicant is on military leave, restricted duty, marked off on sick or injury leave *(to include FMLA)*, or under an on-going investigation.
      (2) If the applicant is being considered for any other assignment, coordinate with the applicant to determine which assignment is desired.
   g. Complete an Assignment Order electronically*,* attach it to an email*,* and forward it *to* your chain of command and the Personnel Unit for approval and/or comments.
      (1) The form(s) must arrive in the Personnel Unit no later than 12:00 p.m. on the Monday before the anticipated effective date.
      (2) Forms arriving late will push the effective date forward at least two weeks to the beginning of the following pay period *in order to ensure the transfer follows the job posting schedule*.
      Note: The Job Posting and Transfer Schedule is located on the Division's intranet under Human Resources.
   h. Advise the applicant's current chain of command *immediately* of the selection.
   i. Upon the applicant's acceptance of the assignment, update the status on the electronic vacancy posting.
   j. Notify your chain of command and the Patrol Administration Section as soon as practicable if no applicant accepts a posted Patrol assignment. The Patrol Administration Section will fill assignments by placing eligible officers into their first permanent assignment as appropriate.
   Note: Notifications to the Patrol Administration Section can be made to Patroloffice@columbuspolice.org.

2. **Selecting Supervisor for Civilian Assignments**
   a. *Review the Assignment Applications for the vacancy posting if applicable.*
   b. *Contact the Payroll Unit Supervisor to receive the current seniority list and consider civilian Division personnel from the job classification contained in the vacancy posting by seniority when applicable.*
   c. *Conduct interviews as necessary.*
   d. *Select an applicant to fill the vacancy.*
      (1) *Verify the applicant still desires and is able to fill the assignment.*
      *Note: Refer to the current CBA or contact the Personnel Unit Supervisor for specific instructions on filling job vacancies.*
      (2) *If the applicant is being considered for any other assignment, coordinate with the applicant to determine which assignment is desired.*
   e. *If there are no applicants from within the Division, contact the Personnel Unit Supervisor for instructions on how to proceed.*
   f. *Complete an Assignment Order electronically, attach it to an email, and forward it to your chain of command and the Personnel Unit for approval and/or comments.*
   g. *Advise the applicant's current chain of command and Personnel Unit Supervisor of the selection.*
   h. *Upon the applicant's acceptance of the assignment, update the status on the electronic vacancy posting.*
3. Involved Chain of Command
   *a.* Concur or object to the selection. Reasons for any objections must be stated in writing.
   *b.* If objections are noted, forward all information through the chain of command to the Chief of Police.
   *c. If a selection is denied by the Chief of Police, use the Chief's instructions to either fill, cancel, or administratively assign someone to the vacant assignment.*
4. **Deputy Chief**
   a. *Review the test and grading criteria.*
   b. *If approved, return to the selecting supervisor for administration of the test.*
   c. *If disapproved, return and provide direction to the selecting supervisor.*

  5. Chief of Police
     a. Forward approved selections to the Personnel Unit.
     b. Return denied selections to the chain of command, providing instructions on how to proceed with the vacant assignment.
  6. Personnel Unit
     a. Cause approved assignments to be posted on the Daily Bulletin, *excluding* covert assignments.
     Note: The assignment shall appear in the Daily Bulletin by the Tuesday before the effective date, giving five days notice or the effective date shall be delayed.
     b. Make notifications as outlined in *the* Personnel Unit SOP.