| 6/22/2022 | Marshall Forman & Schlein, LLC | |
|---|---|---|
| 12:34 PM | Expenses by Client | Page 1 |

## Selection Criteria

| | |
|---|---|
| Slip.Classification | Open |
| Slip.Slip Type | Expense |
| Slip.Transaction Date | Earliest - 6/22/2022 |
| Clie.Selection | Include: 1McFadden fee |
| Acti.Selection | Include: Witness Fee |

Rate Info - identifies rate source and level

| Slip ID<br>  Dates and Time<br>  Posting Status<br>  Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Client: 1McFadden fee** | | | | |
| 558016    EXP<br>5/25/2022<br>WIP<br>Witness fee-Gary Dunlap; $40 + 34 miles @ $0.585/mile; Paid via M&F T ch 1809 | Firm<br>Witness Fee<br>1McFadden fee | 1 | 59.89 | 59.89 |
| 558017    EXP<br>5/25/2022<br>WIP<br>Witness fee-Kimberly Jacobs; $40 + 24 miles @ $0.585/mile; Paid via M&F T ch 1810 | Firm<br>Witness Fee<br>1McFadden fee | 1 | 54.04 | 54.04 |
| 558018    EXP<br>5/25/2022<br>WIP<br>Witness fee-Rhonda Grizzell; $40+ 30.2 miles @ $0.585/mile; Paid via M&F T ch 1811 | Firm<br>Witness Fee<br>1McFadden fee | 1 | 57.67 | 57.67 |
| **Total: 1McFadden fee** | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 171.60<br>0.00<br>171.60 |
| **Grand Total** | Billable<br>Unbillable<br>Total | 0.00<br>0.00<br>0.00 | | 171.60<br>0.00<br>171.60 |